# EXHIBIT B

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA

### Harrisonburg Division

JOHN DOE 1, *et al.*, by and through their
next friend, NELSON LOPEZ, on behalf of
themselves and all persons similarly situated,

       *Plaintiffs,*

v.

SHENANDOAH VALLEY JUVENILE
CENTER COMMISSION,

       *Defendant.*

CIVIL ACTION

Case No.: 5:17-cv-00097-EKD

Honorable Elizabeth K. Dillon

## AFFIDAVIT

### COMMONWEALTH OF VIRGINIA
### COUNTY OF AUGUSTA:

This day, Elsa Gallardo, Case Manager for Shenandoah Valley Juvenile Center Commission, appeared before the undersigned notary public and made oath to the following based on her personal knowledge:

1. I am employed as a case manager for Shenandoah Valley Juvenile Center Commission ("SVJC").

2. I am the case manager for Plaintiff John Doe 1 ("Doe 1").

3. As his case manager, I supervise and oversee all aspects of Doe 1's care and placement at SVJC.

4. I am a custodian of and have access to Doe 1's case file in the performance of my employment responsibilities.

5. All records referenced by and attached to this affidavit:

(a) Are true, accurate, and complete copies of records regularly maintained by SVJC as part of Doe 1's case file in the ordinary course of business;

(b) Are made at or near the time of the actions and events described therein;

(c)    Are prepared using information provided by persons with knowledge of the actions and events described therein; and

(d)    Are made and maintained as a regular practice by SVJC.

6.    Doe 1 was initially placed in a staff-secure placement by ORR due to his disclosure of significant criminal history in Mexico and the United States.

7.    Doe 1 was working as a foot guide and drug trafficker for the Cartel Del Golfo at the Mexican border and was guiding three adults across the border at the time he was detained.

8.    Doe 1 was first placed at BCFS San Antonio, but was later transferred to Mercy First Residential Treatment Center due to violent, threatening, and self-harming behaviors.

9.    Doe 1 was next transferred to NOVA Staff Secure due to being a flight risk, then from NOVA to SVJC due to violent and threatening behavior.

10.    While at SVJC, Doe 1 received a psychological assessment and evaluation by Dr. Gustavo Rife on May 4, 2016.

11.    Doe 1's medication dosage for depression remained the same when he transferred to SVJC.

12.    Doe 1 was evaluated and treated by a psychiatrist on approximately 15 occasions while at SVJC.

13.    Doe 1 participated in individual and group counseling sessions with a licensed professional counselor on approximately 278 occasions while at SVJC.

14.    An updated psychological assessment was scheduled for Doe 1 in 2017, but was canceled after an evaluation with another psychologist was scheduled by the child advocate supervisors from the Young Center.

15.    Doe 1 assaulted other UAC and juveniles on at least 20 occasions while at SVJC.

16.    Doe 1 had incidents involving assaults on staff on at least 15 occasions while at SVJC.

17.    Injuries sustained by SVJC staff members from Doe 1's assaults include, but are not limited to, two concussions, a fractured finger, and numerous facial lacerations and abrasions.

18.    A copy of a report from Doe 1's file is attached as Exhibit B-1 that describes the events which may correspond with Doe 1's allegation that SVJC staff watched him use the bathroom on one occasion. As stated in the report:

(a)     Doe 1 reported making eye contact with a staff member while Doe 1 was in his room using the bathroom on June 29, 2016.

(b)     Doe 1 did not feel he was watched for an extended period of time and denied feeling that staff was participating in voyeurism.

(c)     Doe 1 accepted the opportunity to present his concerns directly to a SVJC shift supervisor, who offered a solution to prevent similar events that required staff to knock on the door before looking into a room.

(d)     Doe 1 stated that the solution would be sufficient and thanked the shift supervisor.

19.     I am not aware of any other similar incident being reported by Doe 1.

20.     A copy of a report from Doe 1's file is attached as Exhibit B-2 that describes the events which may correspond with Doe 1's allegation that SVJC staff called him names and laughed at him. As stated in the report:

(a)     On November 19, 2017, Doe 1 filed a grievance alleging that SVJC staff called him names and laughed at him on November 17, 2017.

(b)     Video taken during the time of the alleged conduct did not substantiate Doe 1's allegations.

(c)     The video showed Doe 1 giving SVJC staff the middle finger, ripping off his sweatshirt, throwing shoes, refusing to take a timeout, running towards staff, then punching another staff member in the face and head who tried to intervene.

(d)     SVJC forwarded Doe 1's allegations to Child Protective Services and the Department of Juvenile Justice for investigation.

21.     A copy of a report from Doe 1's file is attached as Exhibit B-3 that describes the events which may correspond with Doe 1's allegation that SVJC staff piled on top of him and struck him with their elbows. As stated in the report:

(a)     Two staff members approached the door to Doe 1's room to provide him with toothpaste he requested on November 17, 2016.

(b)     When the door opened, Doe 1 rushed forward to the door swinging his elbows and trying to head-butt staff.

(c)     Staff and Doe 1 fell to the floor as they tried to restrain him.

(d)     Video footage of the incident did not show staff elbowing Doe 1.

(e)     Doe 1 did not report any injuries following the incident.

(f)     One staff member required treatment for a laceration above and below his left eye and for an abrasion on his left hand.

22.     A copy of a report from Doe 1's file is attached as Exhibit B-4 that describes the events which may correspond with Doe 1's allegation that he was thrown to the ground, searched, and had his clothes shredded after asking to come inside the gym due to a headache. As stated in the report:

(a)     On March 9, 2017, Doe 1 requested a timeout while participating in outside recreation during school.

(b)     Doe 1 had been observed digging in the dirt outside prior to making the request.

(c)     Doe 1 had previously located items from digging in the dirt which he later used to harm himself or destroy property.

(d)     Doe 1 refused to allow staff to search his room for such items after his timeout and then placed paper over his room window preventing staff from completing their visual safety check.

(e)     After Doe 1 refused several verbal requests, staff entered the room to search for any items brought in from outside and to ensure Doe 1's safety.

(f)     Doe 1 began throwing items at staff and kicked and punched staff multiple times before he could be restrained and the search completed.

23.     A copy of a report from Doe 1's file is attached as Exhibit B-5 that describes the events which may correspond with Doe 1's allegation that staff stabbed him with a pen after trying to defend another UAC. As stated in the report:

(a)     Another UAC was arguing with staff regarding a behavioral level on April 24, 2016.

(b)     The UAC used a touchscreen control to open the door to Doe 1's room.

(c)     Doe 1 ran out of his room and punched a computer monitor that fell to the floor.

(d)     Additional staff assisted in restraining Doe 1 and returning him to his room.

(e)     Doe 1 reported being scratched with a pen during the incident and was evaluated by a nurse.

(f)     The nurse discovered two small scratches on the right arm, a small abrasion on the right forearm, five small scratches on his left arm, and two small scratches on the left side of his face.

(g)    Doe 1 was offered and accepted ibuprofen for the scratches.

(h)    One staff member involved in the incident suffered a fractured finger, while another sustained a cut on the left side of his face.

(i)    The Augusta County Sherriff's Department pressed felony assault charges against Doe 1 after reviewing video footage of this incident.

24.    A copy of a report from Doe 1's file is attached as Exhibit B-6 that describes the events which may correspond with Doe 1's allegations that he was beaten by a staff member after Doe 1 bit the staff member for entering his room:

(a)    On December 17, 2016, staff making a visual safety check on Doe 1 observed that hardware from the sink in Doe 1's room was missing.

(b)    Doe 1 needed to temporarily move to another room while minor repairs were completed to the sink.

(c)    After being given several options verbally, Doe 1 refused to move and would not allow staff to enter his room.

(d)    When staff entered his room, Doe 1 became combative and was physically restrained and lowered to the floor.

(e)    A staff member was bit on the right forearm in the process of restraining Doe 1.

(f)    While on the floor, Doe 1 began striking his head and face area on the ground.

(g)    Staff placed a mattress between Doe 1's head and the floor to avoid further injury.

(h)    After the incident, Doe 1 was evaluated for complaints of pain in his right pinky and ring finger. Doe 1 also had several red marks below his chin, jawline, forehead, and above his eyes.

(i)    Doe 1 was offered ice and ibuprofen but refused. Doe 1 accepted a cold compress.

(j)    SVJC referred the incident to Child Protective Services for an investigation.

25.    A copy of a report from Doe 1's file is attached as Exhibit B-7 that describes the events which may correspond with Doe 1's allegation that he cut himself on a Friday and did not receive treatment until the following Monday. As stated in the report:

(a)    On Friday, July 14, 2017, staff applied wound care after observing a fresh cut on Doe 1's left wrist.

(b)     Approximately two hours and fifteen minutes later, a new bandage was applied when staff observed that the wound had bled through.

(c)     Staff applied wound care again after blood was discovered on Doe 1's clothing after showers.

(d)     When asked, Doe 1 acknowledged irrigating his cut with a sharp object, promised not to do it any further, and indicated that he had flushed the object down his toilet.

(e)     On Saturday, July 15, 2017, staff applied wound care after Doe 1 opened the cut on his left wrist again.

(f)     Later that day, Doe 1 received wound care after he caused the wound to reopen by applying pressure.

(g)     Doe 1 received wound care again after showers on Saturday and surrendered a blue piece of tile to staff.

26.     I am not aware of any instance in which Doe 1 did not receive prompt medical care once staff observed indications of cuts or other self-harm.

27.     A copy of a report from Doe 1's file is attached as Exhibit B-8 that describes the events which may correspond with Doe 1's allegation that he attempted suicide on August 21, 2017. As stated in the report:

(a)     On August 17, 2017, Doe 1 covered the window in the door to his room while observing a timeout.

(b)     Doe 1 refused to remove the window covering to allow staff to complete a visual safety check.

(c)     Doe 1 took the window covering and wrapped it around his neck.

(d)     Doe 1 laid upon his mattress and refused to respond verbally to staff.

(e)     Doe 1 would occasionally open his eyes but then close them upon seeing staff.

(f)     Staff entered the room when Doe 1 appeared to be tightening the cover around his neck.

(g)     Staff removed the cover and other objects from Doe 1's room to prevent any further self-harm.

(h)     Doe 1 later began shredding his shirt into strips and wrapping the strips around his neck.

(i)    Doe 1's shirt and pants were temporarily removed to prevent any further self-harm.

(j)    Doe 1 was removed from programming from that afternoon until 11:00 a.m. the next morning following this incident.

28.    A copy of a report from Doe 1's file is attached as Exhibit B-9 that describes events involving Doe 1 on August 21, 2017. As stated in the report:

(a)    Staff discovered that Doe 1 had pierced his right cheek with a wire from a spiral notebook.

(b)    Following the discovery, Doe 1 was examined by a nurse and counseled by his clinician.

29.    A copy of report from Doe 1's file is attached as Exhibit B-10 that describes events involving Doe 1 on August 22, 2017. As stated in the report:

(a)    Doe 1 was in school programming on August 22, 2017.

(b)    Doe 1 was removed from regular programming after threatening to stab a peer and flashing a makeshift shank.

30.    SVJC has not received notice of an adverse outcome or determination from Child Protective Services or the Department of Juvenile Justice with respect to any of Doe 1's reported allegations.

31.    Doe 1 transferred from SVJC to NOVA secure on December 7, 2017.

32.    As of March 6, 2018, Doe 1 has assaulted NOVA staff on four occasions and has assaulted other UAC on nine occasions.

_____

Elsa Gallardo

Subscribed and sworn before me this 20ᵗʰ day of March 2018 by Elsa Gallardo

My commission expires     1/31/2020 .

Notary Registration No.     7682465 .

NOTARY PUBLIC



DATE:  06/29/16          Time: 60m

SHENANDOAH VALLEY JUVENILE CENTER
INDIVIDUAL COUNSELING PROGRESS NOTE

UC:                        A#208373337

---

SHORT TERM OBJECTIVE OF SESSION:
Assess for mood, behavior, and basic and mental health needs.

PROGRESS REVIEW:
UC requested to speak with clinician while attending school. UC reported to clinician that while he using the bathroom in his room after lunch, he made eye contact with a staff member through room window (who was doing routine room checks). UC stated that he felt uncomfortable and embarrassed regarding the incident and was visibly tearful during session. Clinician validated UC's immediate response to incident and ask UC if he would like to address his concerns with a Shift Supervisor. UC agreed and voiced his concern with Shift Supervisor Paul McCormick (using clinician as an interpreter). UC stated that he the staff did not watch UC for an extended period of time and denied feeling that staff was participating in voyeurism. Through group discussion, Sift Supervisor validated UC's concerns and offered a solution that could prevent similar events (e.g. have staff knock on door prior to viewing into room). UC stated that this solution would be sufficient and thanked Shift Supervisor.

Clinician allowed UC to remain in his office until he felt well enough to return back to school. UC spoke with his family back in home country prior to returning back to school without further incident.

BEHAVIOR / SAFETY: CONCERNS, PLANS, OR REVIEWS

Clinician passed information regarding UC's concerns to Shift Supervisors and UC's Case Manager Elsa Gallardo.

---

Evenor Aleman
Mental Health Clinician
Resident in Counseling





SHENANDOAH VALLEY
**JUVENILE CENTER**

Grievance Response Date: November 20, 2017

Resident:

This is in response to your grievance filed November 19, 2017. You alleged that during an incident on 11/17/17:

Staff called you names
Staff was laughing at you
Staff made your mouth bleed when they physically restrained you

After speaking with staff and reviewing video you are seen giving staff the finger and then you rip your sweatshirt. You walk over to the shoe rack and throw a shoe at Mr. Smith. Mr. Smith requested that you return to your room for a "timeout" but you refused. You immediately pick up another shoe and throw it hitting Mr. Smith. At that time you are seen running towards staff in an aggressive manner. As Mr. Landaeta attempted to intervene and stop you, you punch him multiple times in the face and head. As Mr. Smith, Mr. Landaeta and Mr. Lipsey attempt to restrain you, everyone falls to the ground. After interviewing staff, none of the staff know how you received this injury. Staff denied any allegations that they were laughing at you or calling you names.

Your allegations have been forwarded to Child Protective Services and the Department of Juvenile Justice for them to investigate further.

Tim Showalter
Deputy Director

| UAC Basic Information | | | |
|---|---|---|---|
| First Name: | | Status: | ADMITTED |
| Last Name: | | AKA: | |
| Date of Birth: | | Gender: | M |
| A No.: | 208373337 | LOS: | 220 |
| Age: | 16 | LOC: | 473 |
| Child's Country of Birth: | Mexico | Current Program: | Shenandoah Valley Juvenile Center |
| Admitted Date: | 4/15/2016 | Current Location: | Staunton, VA |
| ORR Placement Date: | 8/5/2015 | | |

Event Type: SIR Event
Date of Event: 11/17/2016          Time of Event: 05:30 PM          Event ID: 81462

Synopsis of Event: ASSAULT STAFF and THREATENING BEHAVIOR

| Significant Incident Report | | | |
|---|---|---|---|

○ Emergency SIR          ⦿ SIR

**SIR**

☐ Abuse/Neglect in ORR Care          --Select--          Alleged Perpetrator:          --Select--

☐ Past Abuse/Neglect Not in ORR Care
- ☐ Abuse In Home Country          ☐ Abuse On Journey
- ☐ Neglect/Abandonment in the Home Country          ☐ Neglect/Abandonment in the United States
- ☐ Abuse In UnitedStates          ☐ Other
- ☐ Abuse In DHS Custody          Specify:
  - ☐ Physical Abuse In ICE Custody
  - ☐ Sexual Abuse In ICE Custody
  - ☐ Physical Abuse In CBP Custody
  - ☐ Sexual Abuse In CBP Custody
  - ☐ Other
  - Specify:

☑ Major Behavioral Incidents that threaten safety
- ☐ Possession/Use of a Weapon          ☑ Physical Aggression/Harm to Others
- ☐ Suicidal Ideation          ☐ Use of Drugs and/or Alcohol in ORR Custody
- ☐ Verbal Aggression          ☐ Self-injurious Behaviors/Self Mutilation
- ☐ Other          ☐ Suicide Attempt/Gesture
- Specify:

☐ Runaway          ☐ Runaway          ☐ Attempted Runaway

☐ Incidents Involving Law Enforcement
- ☐ Search          ☐ Investigate/Response
- ☐ Interview          ☐ Arrest
- ☐ Other
- Specify:

☐ Safety Measures          ☐ One-on-One Supervision          ☐ Use of Restraints          ☐ Pat-Down or Other Searches

☐ Criminal History
- ☐ Significant Criminal History in Home Country
- ☐ Significant Criminal History in United States
- ☐ Other
- Specify:

☐ Pregnancy Related Issues          ○ Pregnancy          ○ Childbirth          ○ Termination Request
Please describe how the pregnancy occurred and if there are any medical complications related to the pregnancy:

☐ Other
- ☐ Contact or Threats to UC while in ORR Care (from smuggling syndicates, organized crime, other criminal actors)
- ☐ Other
- Specify:

**Incident Information:**

Did the incident take place at another care provider facility?          ○ Yes ⦿ No          Care Provider Name: -- Select Provider Name --
Care Provider City: -- Select Provider City --   Care Provider State: -- Select Provider State --

| Location of Incident: | Housing Area | Date Reported To Care Provider: | 11/17/2016 | Time Reported To Care Provider: | 06:32 PM |
|---|---|---|---|---|---|
| Other Specify: | Alpha pod | Date Reported To ORR: | 11/17/2016 | Time Reported To ORR: | 09:00 PM |

⊞ Description of Incident (History)

| Prior Text | Date Updated | Submitted By |
|---|---|---|
| On 11/17/16, at approximately 5:30pm, UC requested toothpaste to brush his teeth, following the evening meal. As staff, Messrs. Beiler and McCormick, opened UC door to provide him with toothpaste, he disregarded staff instruction to remain inside his room and pushed forward to exit the room. UC proceeded to assault staff by head-butting staff and swinging his elbows aggressively. | 11/21/2016 3:40:57 PM | eaieman@svjc.org |

Description of Incident: (Full Description On 11/21/2016. Clinician met with UC on behalf of UC's request. UC stated that he had just spoken to his legal service providers (CAIR

| of Incident) | Coalition) and that he would like to file a restraining order on Shift Supervisor Paul McCormick. UC explained that the day he was restrained McCormick (11/17/2016) elbowed him. UC denied ever hitting McCormick during the entire incident (unlike how the incident was describe in disciplinary report). UC further stated that he didn't want McCormick around him has he becomes angry, gets thoughts of hurting him, and feels targeted by him. UC denied having any visible injuries where he claimed to has been assaulted by McCormick. Reported by Evenor Aleman. |
|---|---|

| Was the UC or Anyone Else Be Injured?: | ⊙ Yes ○ No | **Specify:** UC | has not complained of any injuries. M |
|---|---|---|---|

**Actions Taken**

⊞ **Staff Response and Intervention (History)**

| Prior Text | Date Updated | Submitted By |
|---|---|---|
| As there was no time for verbal intervention because UC pushed forward to exit his room as soon as the door opened by pushing against staff. Assistant Shift Supervisor McCormick attempted a PRT, as UC tried to head-butt staff, while swinging his elbows aggressively to break free. McCormick secured the PRT and with the assistance of floor supervisor Beiler brought UC to the floor. As UC continued to resist, mechanical restraints were applied to his hands and ankles at 5:33PM. All restraints were removed at approximately 06:00PM. UC has not complained of any injuries. McCormick sustained a laceration above and below his left eye and an abrasion on his left hand. | 11/21/2016 3:40:57 PM | ealeman@svjc.org |

| Staff Response and Intervention | Clinician reviewed camera footage regarding the incident (11/17/16). At 5:29pm it was observed that UC attempted to rush out of his room after staff opened his room door to give requested toothpaste. McCormick was observed attempting to place UC in a PRT while following UC has he rushed out of him room. It was observed that both UC and McCormick fell to the ground soon after. While on the ground McCormick was successful in placing UC in a PRT while additional staff arrived at the scene. A total of eight staff were present on camera either observing or assisting in restraining UC (such as holding UC's arms and legs down, applying mechanical restraints). At 5:33pm, it was observed that McCormick was relieved from his PRT by other staff and walked away from scene in order to tend to his injuries he sustained. At no point during the incident did McCormick appear to elbow UC throughout his entire restraint. Reported by Evenor Aleman |
|---|---|

⊞ **Follow-up and/or Resolution (History)**

| Prior Text | Date Updated | Submitted By |
|---|---|---|
| In accordance with the Shenandoah Valley Juvenile Center's behavioral management policy, UC was removed from programming for disruptive behavior and assault on staff. UC's behavior will be continually evaluated in order to expedite UC's reintegration into regular programming while maintaining the safety of UC, staff and other minors in the program. Removal from programming will not exceed 24 hours, without administrative approval. Following reintegration, Clinician and Case Manager will meet with UC to discuss safety concerns and behavioral management. Follow up will be documented in UC's individual progress notes and case manager notes. | 11/21/2016 3:40:57 PM | ealeman@svjc.org |

| Clinician Informed Program Manager | | 11/21/2016 3:43:26 PM | ealeman@svjc.org |
|---|---|---|---|
| Follow-up and/or Resolution: | Clinician informed SVJC ORR/DCS Program Manager Cristina Casado and SVJC Program Manager Jason Klingensmith regarding UC's allegations. Reported by Evenor Aleman | | |

⊞ **Recommendations (History)**

| Recommendations: | It is recommended that UC continue to receive case management, clinical, legal, and medical services. |
|---|---|

**Reporting:**

| Reported To State Licensing: | ○ Yes ⊙ No | Date of Report: | | Time of Report: |
|---|---|---|---|---|
| Was the Incident Investigated? | ○ Yes ○ No | Date Notified the Incident will be investigated: | | Case/Confirmation Number: |

Explain

⊟ **Progress of Investigation (History)**

⊞ **Results/Findings of Investigation (History)**

Results/Findings of Investigation:

Attach Reports/Findings:

| Is CPS Different From State Licensing: | ⊙ Yes ○ No |
|---|---|

| Reported To CPS: | ○ Yes ⊙ No | Date of Report: | | Time of Report: |
|---|---|---|---|---|
| Was the Incident Investigated? | ○ Yes ○ No | Date Notified the Incident will be investigated: | | Case/Confirmation Number: |

Explain

Results/Findings of Investigation:

Attach Reports/Findings:

| Reported To Local Law Enforcement: | ○ Yes ⊙ No | Date of Report: | | Time of Report: |
|---|---|---|---|---|
| | | Officer Name: | | Officer Badge: |
| Was the Incident Investigated? | ○ Yes ○ No | Date Notified the Incident will be investigated: | | Case/Confirmation Number: |

Explain

⊞ **Progress of Investigation (History)**

⊞ **Results/Findings of Investigation (History):**

Results/Findings of Investigation:

Attach Reports/Findings:

**ORR Notifications:**

| Name | Agency/Title | Date Notified | Time Notified | Email | Telephone Number |
|------|-------------|---------------|---------------|-------|------------------|
| Jessie Mansilla | ORR/FFS | 11/17/2016 | 09:00 PM | Jessie.Mansilla@acf.hhs.gov | 2024014844 |
| Joseph Flippin | ORR/PO | 11/17/2016 | 09:00 PM | Joseph.Flippin@acf.hhs.gov | 2024014863 |
| | Medical Coordinator | | | | |
| Patricia Melendres | Case Coordinator | 11/17/2016 | 09:00 PM | Patricia.Melendres@GDIT.com | 8085876557 |
| Mark Bennett | CFS | 11/17/2016 | 09:00 PM | Mark.Bennett@acf.hhs.gov | 2022605738 |
| DCS Hotline | SIR Hotline | 11/17/2016 | 09:00 PM | sirhotline@acf.hhs.gov | 2025075709 |
| Rebecca Schreuder | GDIT Supervisor | 11/17/2016 | 09:00 PM | Rebecca.Schreuder@GDIT.com | 2475520202 |

**Other Notifications:**

Is this an SIR for a Runaway?      ○ Yes  ● No

| Title | Name | Date Notified | Time Notified | Method of Notification | Specify |
|-------|------|---------------|---------------|------------------------|---------|
| ICE Juvenile Coordinator | | | | Phone | |

**Reporter and Follow-Up Contact:**

| Type | Name | Title | Email | Telephone Number |
|------|------|-------|-------|------------------|
| Staff Filing Report | P. Andrew Mayles | Resident in Counseling | pmayles@svjc.org | 5408860729 |
| Contact for Follow-Up | P. Andrew Mayles | Resident in Counseling | pmayles@svjc.org | 5408860729 |



EXHIBIT

B-4

## UAC Basic Information

| | | | |
|---|---|---|---|
| First Name: | | Status: | ADMITTED |
| Last Name: | | AKA: | |
| Date of Birth: | | Gender: | M |
| A No.: | 208373337 | LOS: | 328 |
| Age: | 16 | LOC: | 581 |
| Child's Country of Birth: | Mexico | Current Program: | Shenandoah Valley Juvenile Center |
| Admitted Date: | 4/15/2016 | Current Location: | Staunton, VA |
| ORR Placement Date: | 8/5/2015 | | |

| | | | |
|---|---|---|---|
| Event Type: | SIR Event | | |
| Date of Event: | 3/9/2017 | Time of Event: 01:20 PM | Event ID: 94811 |

**Synopsis of Event:** On 03/09/2017 at 01:20PM, UC was removed from programming for failure to obey, threatening behavior, disruptive behavior, threatening staff, and assault on staff.

## Significant Incident Report

○ Emergency SIR    ● SIR

### SIR

☐ Abuse/Neglect in ORR Care    -- Select --    Alleged Perpetrator: --Select--

| ☐ Past Abuse/Neglect Not in ORR Care | ☐ Abuse in Home Country | ☐ Abuse On Journey |
|---|---|---|
| | ☐ Neglect/Abandonment in the Home Country | ☐ Neglect/Abandonment in the United States |
| | ☐ Abuse In UnitedStates | ☐ Other |
| | ☐ Abuse In DHS Custody | Specify: |
| | ☐ Physical Abuse In ICE Custody | |
| | ☐ Sexual Abuse In ICE Custody | |
| | ☐ Physical Abuse In CBP Custody | |
| | ☐ Sexual Abuse In CBP Custody | |
| | ☐ Other | |
| | Specify: | |

| ☑ Major Behavioral Incidents that threaten safety | ☐ Possession/Use of a Weapon | ☑ Physical Aggression/Harm to Others |
|---|---|---|
| | ☐ Suicidal Ideation | ☐ Use of Drugs and/or Alcohol in ORR Custody |
| | ☑ Verbal Aggression | ☐ Self-injurious Behaviors/Self Mutilation |
| | ☑ Other | ☐ Suicide Attempt/Gesture |

Specify: failure to obey, threatening behavior, disruptive behavior, threatening staff, and assault on staff.

| ☐ Runaway | ☐ Runaway | ☐ Attempted Runaway |
|---|---|---|
| ☐ Incidents Involving Law Enforcement | ☐ Search | ☐ Investigate/Response |
| | ☐ Interview | ☐ Arrest |
| | ☐ Other | |
| | Specify: | |
| ☐ Safety Measures | ☐ One-on-One Supervision | ☐ Use of Restraints    ☐ Pat-Down or Other Searches |
| ☐ Criminal History | ☐ Significant Criminal History in Home Country | |
| | ☐ Significant Criminal History in United States | |
| | ☐ Other | |
| | Specify: | |

| ☐ Pregnancy Related Issues | ○ Pregnancy | ○ Childbirth | ○ Termination Request |
|---|---|---|---|
| | Please describe how the pregnancy occurred and if there are any medical complications related to the pregnancy: | | |

| ☐ Other | ☐ Contact or Threats to UC while in ORR Care (from smuggling syndicates, organized crime, other criminal actors) |
|---|---|
| | ☐ Other |
| | Specify: |

### Incident Information:

| Did the incident take place at another care provider facility? | ○ Yes ● No | Care Provider Name: -- Select Provider Name -- |
|---|---|---|
| | | Care Provider City: -- Select Provider City --  Care Provider State: --Select Provider State-- |

| | | | |
|---|---|---|---|
| Location of Incident: | Housing Area | Date Reported To Care Provider: 3/8/2017 | Time Reported To Care Provider: 02:42 PM |
| Other Specify: | Charlie Pod | Date Reported To ORR: 3/8/2017 | Time Reported To ORR: 05:00 PM |

**Description of Incident (Full Description of Incident)** On 03/09/17 at 01:20PM, UC _____ requested a time out while in outside recreation during school. UC was granted the time out and taken to his room. As he was being escorted to his room, he was advised that he would need complete a search before back coming out as he was seen digging outside. Please note, UC has previously found contraband while digging outside and has used it to self-harm/destroy property. UC refused to complete the search upon terminating his time out. Due to UC's noncompliance, UC was advised that if he did not complete the search, he would be removed from programming for safety concerns and failure to comply. Again, UC refused to complete the search and began covering his window preventing staff from completing routine safety checks. UC was verbally redirected several times to remove the window covering so that staff could complete the checks. However, UC continued to refuse and began threatening staff. Due to UC's refusal to comply and preventing staff from completing checks, staff entered UC's room to clear the window and confirm that UC was okay. At this time, UC began throwing items and attacking staff. Due to the assault in progress, staff attempted to place UC in a physical restraint for the safety of UC, staff and other minors in the program. UC continued to resist the restraint and was able to punch and

kick staff several times. After successfully completing the physical restraint, staff attempted to release UC, as he appeared calm. However, when they began to release him, UC began struggling and was able to punch and kick staff in the head. In addition, UC attempted to bite staff. The physical restraint was resumed and all items were removed from UC's room. After approximately 7 minutes of continued ongoing struggle and no signs of calming down, UC was placed in mechanical restraints for the safety of UC, staff and all other minors in the program. UC continued to struggle for approximately 4 additional minutes without signs of calming down. After exhausting all forms of less intrusive intervention, UC was placed in the emergency restraint chair in order to ensure the safety of all parties involved. UC was in the emergency restraint chair for approximately one hour and four minutes before calming down. UC was escorted to his room without further issue.

| | |
|---|---|
| **Was the UC or Anyone Else Injured?:** | ○ Yes ● No    Specify: |
| **Actions Taken** | |
| **Staff Response and Intervention** | On 03/09/17 at 01:20PM, staff granted UC _____ time out and escorted him to his room. At this time, staff advised UC that he would need to comply with a search before coming out of his room. UC refused and began covering his window. Staff verbally redirected UC several times to remove the cover so they could complete the routine safety checks. UC failed to comply and began threatening staff. Due to UC's escalating behaviors, additional assistance was called. UC continued to prevent staff from completing routine safety checks. Therefore, staff entered his room to remove the cover. However, at this time they began to be assaulted by UC. Due to the assault in progress, staff attempted to complete a physical restraint. UC continued to struggle and assault staff. However, staff were able to complete the psychical restraint after UC appeared to be calm, staff began to release UC. UC began struggling and was able to punch and kick staff in the head. UC also attempted to bite staff. Staff resumed the physical restraint and all items were removed from UC's room. After approximately 7 minutes of continued ongoing struggle and no signs of calming down, staff placed UC in mechanical restraints for the safety of UC, staff and all other minors in the program. UC continued to struggle for approximately 4 additional minutes without signs of calming down. After exhausting all forms of less intrusive intervention, staff placed UC in the emergency restraint chair in order to ensure the safety of all parties involved. UC was in the emergency restraint chair for approximately one hour and four minutes before calming down. Once calm, staff released UC from the emergency restraint chair and escorted him to his room without further issue. |
| **Follow-up and/or Resolution:** | In accordance with the Shenandoah Valley Juvenile Center's behavioral management policy, UC _____ was removed from regular programing for failure to obey, threatening behavior, disruptive behavior, threatening staff, and assault on staff. UC's behavior will be continually evaluated in order to expedite UC's reintegration into regular programming while maintaining the safety of UC, staff and other minors in the program. Removal from programming will not exceed 24 hours, without administrative approval. Following reintegration, Clinician and Case Manager will meet with UC to discuss safety concerns and behavioral management. Follow up will be documented in UC's individual progress notes and case manager notes. |
| **Recommendations:** | It is recommended that UC _____ continue to receive case management, clinical, legal, and medical services. |

### Reporting:

| | | | |
|---|---|---|---|
| **Reported To State Licensing:** | ○ Yes ● No | Date of Report: | Time of Report: |
| **Was the Incident Investigated?** | ○ Yes ● No | Date Notified the Incident will be investigated: | Case/Confirmation Number: |
| **Explain** | | | |
| **Results/Findings of Investigation:** | | | |
| **Attach Reports/Findings:** | | | |
| **Is CPS Different From State Licensing:** | ● Yes ○ No | | |
| **Reported To CPS:** | ○ Yes ● No | Date of Report: | Time of Report: |
| **Was the Incident Investigated?** | ○ Yes ● No | Date Notified the Incident will be investigated: | Case/Confirmation Number: |
| **Explain** | | | |
| **Results/Findings of Investigation:** | | | |
| **Attach Reports/Findings:** | | | |
| **Reported To Local Law Enforcement:** | ○ Yes ● No | Date of Report: | Time of Report: |
| | | Officer Name: | Officer Badge: |
| **Was the Incident Investigated?** | ○ Yes ● No | Date Notified the Incident will be investigated: | Case/Confirmation Number: |
| **Explain** | | | |
| **Results/Findings of Investigation:** | | | |
| **Attach Reports/Findings:** | | | |

### ORR Notifications:

| Name | Agency/Title | Date Notified | Time Notified | Email | Telephone Number |
|---|---|---|---|---|---|
| Jessie Mansilla | ORR/FFS | 3/9/2017 | 05:00 PM | jessie.mansilla@acf.hhs.gov | 2024014844 |
| Joseph Flippin | ORR/PO | 3/9/2017 | 05:00 PM | joseph.flippin@acf.hhs.gov | 2024014863 |
| | Medical Coordinator | | | | |
| Patricia Melendres | Case Coordinator | 3/9/2017 | 05:00 PM | patricia.melendres@gdit.com | 2035876557 |
| Mark Bennett | CFS | 3/9/2017 | 05:00 PM | mark.bennett@acf.hhs.gov | 2022605738 |
| SIR Hotline | SIR Hotline | 3/9/2017 | 05:00 PM | sirhotline@acf.hhs.gov | 2024015709 |
| Rebecca Schreuder | GDIT Supervisor | 3/9/2017 | 05:00 PM | Rebecca.Schreuder@GDIT.com | 2475520202 |

### Other Notifications:

| | | | | | | |
|---|---|---|---|---|---|---|
| **Is this an SIR for a Runaway?** | ○ Yes ● No | | | | | |
| **Title** | **Name** | **Date Notified** | **Time Notified** | **Method of Notification** | **Specify** | |
| ICE Juvenile Coordinator | | | | Phone | | |

**Reporter and Follow-Up Contact:**

| Type | Name | Title | Email | Telephone Number |
|---|---|---|---|---|
| Staff Filing Report | Elsa Gallardo | Case Manager | egallardo@svjc.org | 5408860729 |
| Contact for Follow-Up | Elsa Gallardo | Case Manager | egallardo@svjc.org | 5408860729 |

| UAC Basic Information | | | |
|---|---|---|---|
| First Name: | | Status: | ADMITTED |
| Last Name: | | AKA: | |
| Date of Birth: | | Gender: | M |
| A No.: | 208373337 | LOS: | 56 |
| Age: | 15 | LOC: | 309 |
| Child's Country of Birth: | Mexico | Current Program: | Shenandoah Valley Juvenile Center |
| Admitted Date: | 4/15/2016 | Current Location: | Staunton, VA |
| ORR Placement Date: | 8/5/2015 | | |

**Date of Event:** 4/24/2016   **Time of Event:** 08:28 PM   **Event ID:** 26782

**Synopsis of Event:** Assault on Staff on Alpha Pod

## Significant Incident Report

○ Emergency SIR        ● SIR

### SIR

| ☐ Abuse/Neglect in ORR Care | -- Select -- | | Alleged Perpetrator: | --Select-- |
|---|---|---|---|---|

| ☐ Past Abuse/Neglect Not in ORR Care | ☐ Abuse in Home Country | ☐ Abuse On Journey |
|---|---|---|
| | ☐ Neglect/Abandonment in the Home Country | ☐ Neglect/Abandonment in the United States |
| | ☐ Abuse in UnitedStates | ☐ Other |
| | ☐ Abuse in DHS Custody | Specify: |
| | ☐ Physical Abuse in ICE Custody | |
| | ☐ Sexual Abuse in ICE Custody | |
| | ☐ Physical Abuse in CBP Custody | |
| | ☐ Sexual Abuse in CBP Custody | |
| | ☐ Other | |
| | Specify: | |

| ☑ Major Behavioral Incidents that threaten safety | ☐ Possession/Use of a Weapon | ☑ Physical Aggression/Harm to Others |
|---|---|---|
| | ☐ Suicidal Ideation | ☐ Use of Drugs and/or Alcohol in ORR Custody |
| | ☐ Verbal Aggression | ☐ Self-injurious Behaviors/Self Mutilation |
| | ☐ Other | ☐ Suicide Attempt/Gesture |
| | Specify: | |

| ☐ Runaway | ☐ Runaway | ☐ Attempted Runaway |
|---|---|---|

| ☐ Incidents Involving Law Enforcement | ☐ Search | ☐ Investigate/Response |
|---|---|---|
| | ☐ Interview | ☐ Arrest |
| | ☐ Other | |
| | Specify: | |

| ☐ Safety Measures | ☐ One-on-One Supervision | ☐ Use of Restraints | ☐ Pat-Down or Other Searches |
|---|---|---|---|

| ☐ Criminal History | ☐ Significant Criminal History in Home Country |
|---|---|
| | ☐ Significant Criminal History in United States |
| | ☐ Other |
| | Specify: |

| ☐ Pregnancy Related Issues | ○ Pregnancy | ○ Childbirth | ○ Termination Request |
|---|---|---|---|
| | Please describe how the pregnancy occurred and if there are any medical complications related to the pregnancy: | | |

| ☐ Other | ☐ Contact or Threats to UC while in ORR Care (from smuggling syndicates, organized crime, other criminal actors) |
|---|---|
| | ☐ Other |
| | Specify: |

### Incident Information:

| Did the incident take place at another care provider facility? | ○ Yes ● No | Care Provider Name: | -- Select Provider Name -- | | |
|---|---|---|---|---|---|
| | | Care Provider City: | -- Select Provider City -- | Care Provider State: | -- Select Provider State -- |

| Location of Incident: | Housing Area | Date Reported To Care Provider: | 4/25/2016 | Time Reported To Care Provider: | 09:00 AM |
|---|---|---|---|---|---|
| Other Specify: | Alpha pod | Date Reported To ORR: | 4/25/2016 | Time Reported To ORR: | 11:30 AM |

### ⊞ Description of Incident (History)

| Prior Text | Date Updated | Submitted By |
|---|---|---|
| On 04/24/16 at 08:28PM, another minor was arguing with staff over a behavioral level loss. As this is happening, the other minor reaches over to the touch screen and opens UC door. UC runs out of his room and punches the computer monitor knocking it off of the wall. As staff is attempting to regain control of the situation, UC punches staff in the head. As additional staff enter the unit, UC is placed in a physical restraint and escorted to his room. UC struggles to get out of the physical restraint. As staff escorts UC into his room and attempts to close the door, UC grabs ahold of staff's shirt and attempts to pull staff into his room. As staff breaks free of his grip, UC pushes | 4/26/2016 2:58:27 PM | egaillardo@svjc.org |

EXHIBIT

B-5

through staff and attempts to return to the situation. UC was placed in a physical restraint again for the safety of UC, staff and other minors in the program. UC is escorted to his room without further incident.

| | | |
|---|---|---|
| On 04/24/16 at 08:28PM, another minor was arguing with staff over a behavioral level loss. As this is happening, the other minor reaches over to the touch screen and opens UC [ ] door. UC runs out of his room and punches the computer monitor knocking it off of the staff station. As staff is attempting to regain control of the situation, UC punches staff in the head. As additional staff enter the unit, UC is placed in a physical restraint and escorted to his room. UC struggles to get out of the physical restraint. As staff escorts UC into his room and attempts to close the door, UC grabs ahold of staff's shirt and attempts to pull staff into his room. As staff breaks free of his grip, UC pushes through staff and attempts to return to the situation. UC was placed in a physical restraint again for the safety of UC, staff and other minors in the program. UC is escorted to his room without further incident. ADDENDUM 04/26/16: While in restriction, CM met with UC and reports he was scratched with a pen on the right side of his face, forearms, and hit on the back of the head. CM was only able to see the scratches on the right side of his face which were superficial. CM notified the nurse and the nurse checked on UC. According to the nurse, UC did not receive ice due to it being more than 24 hours after the incident. UC was offered ibuprofen. UC received the medication. The nurse reported two small scratches on UC's right arm, a small abrasion on UC's right forearm, five small scratches on his left arm and two small scratches on the right side of his face. Given UC's allegations, CM reviewed the video and was unable to determine if UC was scratched with a pen because there were many staff involved in the incident.  A CORRECTION was made to this SIR indicating who else was injured during the incident: At the time of the incident, UC [ ] reported no injuries. Mr. Aboayge, staff reported back pain and called the workers compensation nurse. Mr. Razul, staff received a cut on the left side of his face near his nose. He stated that the left side of his face was numb and it appeared to be swollen. It was recommended that Mr. Razul go to the hospital for medical followup. | 4/26/2016 3:06:19 PM | egallardo@svjc.org |

| Description of Incident: (Full Description of Incident) | On 04/24/16 at 08:28PM, another minor was arguing with staff over a behavioral level loss. As this is happening, the other minor reaches over to the touch screen and opens UC [ ] door. UC runs out of his room and punches the computer monitor knocking it off of the staff station. As staff is attempting to regain control of the situation, UC punches staff in the head. As additional staff enter the unit, UC is placed in a physical restraint and escorted to his room. UC struggles to get out of the physical restraint. As staff escorts UC into his room and attempts to close the door, UC grabs ahold of staff's shirt and attempts to pull staff into his room. As staff breaks free of his grip, UC pushes through staff and attempts to return to the situation. UC was placed in a physical restraint again for the safety of UC, staff and other minors in the program. UC is escorted to his room without further incident. ADDENDUM 04/26/16: While in restriction, CM met with UC and reports he was scratched with a pen on the right side of his face, forearms, and hit on the back of the head. CM was only able to see the scratches on the right side of his face which were superficial. CM notified the nurse and the nurse checked on UC. According to the nurse, UC did not receive ice due to it being more than 24 hours after the incident. UC was offered ibuprofen. UC received the medication. The nurse reported two small scratches on UC's right arm, a small abrasion on UC's right forearm, five small scratches on his left arm and two small scratches on the right side of his face. Given UC's allegations, CM reviewed the video and was unable to determine if UC was scratched with a pen because there were many staff involved in the incident. A CORRECTION was made to this SIR indicating who else was injured during the incident: At the time of the incident, UC [ ] reported no injuries. Mr. Aboayge, staff reported back pain and called the workers compensation nurse. Mr. Razul, staff received a cut on the left side of his face near his nose. He stated that the left side of his face was numb and it appeared to be swollen. It was recommended that Mr. Razul go to the hospital for medical follow up and it was reported that he had a fractured finger. |
|---|---|

| Was the UC or Anyone Else Injured?: | ○ Yes ● No | Specify: Please see ADDENDUM 04/26/16. |
|---|---|---|

**Actions Taken**

**⊞ Staff Response and Intervention (History)**

| Staff Response and Intervention | On 04/24/16 at 08:28PM, staff is attempting to get control of the situation with another minor when UC punches him on in the head. As additional staff arrive to the unit, staff place UC in a physical restraint for the safety of UC, staff and other minors in the program. Staff attempt to escort UC to his room. As UC continues to struggle in the restraint, UC grabs ahold of staff's shirt and attempts to pull him into his room. Staff breaks free of the grip and UC attempts to return to the situation. At that time, staff place UC in a physical restraint again for the safety of UC, staff and other minors in the program. Staff escort UC to his room without further incident. |
|---|---|

**⊞ Follow-up and/or Resolution (History)**

| Prior Text | Date Updated | Submitted By |
|---|---|---|
| In accordance with the Shenandoah Valley Juvenile Center's behavioral management policy, UC [ ] lost all of his behavioral levels and was restricted to his room for disruptive behavior and assault on staff. After returning to his room, UC was evaluated and there were no injuries as a result of the incident. | 4/26/2016 2:58:27 PM | egallardo@svjc.org |
| In accordance with the Shenandoah Valley Juvenile Center's behavioral management policy, UC [ ] lost all of his behavioral levels and was restricted to his room for disruptive behavior and assault on staff. After returning to his room, UC was evaluated and there were no injuries as a result of the incident. ADDENDUM 04/26/16: While in restriction, CM met with UC and reports he was scratched with a pen on the right side of his face, forearms, and hit on the back of the head. CM was only able to see the scratches on the right side of his face which were superficial. CM notified the nurse and the nurse checked on UC. According to the nurse, UC did not receive ice due to it being more than 24 hours after the incident. UC was offered ibuprofen. UC received the medication. The nurse reported two small scratches on UC's right arm, a small abrasion on UC's right forearm, five small scratches on his left arm and two small scratches on the right side of his face. Given UC's allegations, CM reviewed the video and was unable to | 4/26/2016 3:06:19 PM | egallardo@svjc.org |

determine if UC was scratched with a pen because there were many staff involved in the incident.  A CORRECTION was made to this SIR indicating who else was injured during the incident: At the time of the incident, UC         reported no injuries. Mr. Aboayge, staff reported back pain and called the workers compensation nurse. Mr. Razul, staff received a cut on the left side of his face near his nose. He stated that the left side of his face was numb and it appeared to be swollen. It was recommended that Mr. Razul go to the hospital for medical followup.

| | |
|---|---|
| **Follow-up and/or Resolution:** | In accordance with the Shenandoah Valley Juvenile Center's behavioral management policy, UC         lost all of his behavioral levels and was restricted to his room for disruptive behavior and assault on staff. After returning to his room, UC was evaluated and there were no injuries as a result of the incident. ADDENDUM 04/26/16: While in restriction, CM met with UC and reports he was scratched with a pen on the right side of his face, forearms, and hit on the back of the head. CM was only able to see the scratches on the right side of his face which were superficial. CM notified the nurse and the nurse checked on UC. According to the nurse, UC did not receive ice due to it being more than 24 hours after the incident. UC was offered ibuprofen. UC received the medication. The nurse reported two small scratches on UC's right arm, a small abrasion on UC's right forearm, five small scratches on his left arm and two small scratches on the right side of his face. Given UC's allegations, CM reviewed the video and was unable to determine if UC was scratched with a pen because there were many staff involved in the incident. A CORRECTION was made to this SIR indicating who else was injured during the incident: At the time of the incident, UC         reported no injuries. Mr. Aboayge, staff reported back pain and called the workers compensation nurse. Mr. Razul, staff received a cut on the left side of his face near his nose. He stated that the left side of his face was numb and it appeared to be swollen. It was recommended that Mr. Razul go to the hospital for medical followup and it was reported that he had a fractured finger. |

⊞ **Recommendations (History)**

| | |
|---|---|
| **Recommendations:** | It is recommended that UC continue to receive case management, mental health, legal, and medical services. |

**Reporting:**

| | | | |
|---|---|---|---|
| **Reported To State Licensing:** | ○ Yes ⦿ No | **Date of Report:** | **Time of Report:** |
| **Was the Incident Investigated?** | ○ Yes ⦿ No | **Date Notified the Incident will be investigated:** | **Case/Confirmation Number:** |

Explain

⊞ **Progress of Investigation (History)**

⊞ **Results/Findings of Investigation (History):**

| | |
|---|---|
| **Results/Findings of investigation:** | ADDENDUM 05/03/16: On 05/02/16, Officer Fuchs from the Augusta County Sherriff's Department came to SVJC to review video footage from the incident on 04/24/16. Per Officer Fuchs, the Augusta County Sherriff's Department will be pressing felony assault charges on both minors involved in the incident. Per Officer Fuchs, Mr. Razul filed a police report on Saturday, 04/30/16 due to injuries incurred from the incident (fractured finger). On 05/03/16, CM attempted to notify CAIR Coaltion but there was no answer. CM will continue to follow up. |
| **Attach Reports/Findings:** | |

| | | | |
|---|---|---|---|
| **Is CPS Different From State Licensing:** | ⦿ Yes ○ No | | |
| **Reported To CPS:** | ○ Yes ⦿ No | **Date of Report:** | **Time of Report:** |
| **Was the Incident Investigated?** | ○ Yes ⦿ No | **Date Notified the Incident will be investigated:** | **Case/Confirmation Number:** |

Explain

| | |
|---|---|
| **Results/Findings of Investigation:** | |
| **Attach Reports/Findings:** | |

| | | | |
|---|---|---|---|
| **Reported To Local Law Enforcement:** | ○ Yes ⦿ No | **Date of Report:** | **Time of Report:** |
| | | **Officer Name:** | **Officer Badge:** |
| **Was the Incident Investigated?** | ○ Yes ⦿ No | **Date Notified the Incident will be investigated:** | **Case/Confirmation Number:** |

Explain

⊞ **Progress of Investigation (History)**

⊞ **Results/Findings of Investigation (History):**

| Prior Text | Date Updated | Submitted By |
|---|---|---|
| ADDENDUM 05/03/16: On 05/02/16, Officer Fuchs from the Augusta County Sherriff's Department came to SVJC to review video footage from the incident on 04/24/16. Per Officer Fuchs, the Augusta County Sherriff's Department will be pressing felony assault charges on both minors involved in the incident. Per Officer Fuchs, Mr. Razul filed a police report on Saturday, 04/30/16 due to injuries incurred from the incident (fractured finger). On 05/03/16, CM attempted to follow up. | 6/10/2016 10:42:11 AM | egallardo@svjc.org |
| ADDENDUM 05/03/16: On 05/02/16, Officer Fuchs from the Augusta County Sherriff's Department came to SVJC to review video footage from the incident on 04/24/16. Per Officer Fuchs, the Augusta County Sherriff's Department will be pressing felony assault charges on both minors involved in the incident. Per Officer Fuchs, Mr. Razul filed a police report on Saturday, 04/30/16 due to injuries incurred from the incident (fractured finger). On 05/03/16, CM attempted to notify CAIR Coaltion but there was no answer. CM will continue to follow up. ADDENDUM: On 06/10/16, SVJC Program Manager reported that Investigator Fuchs from the Augusta County Sherriff's office will not be moving forward with the investigation (SIR 04/24/16). Per Mr. Fuchs, they will not be charging previous Staff; Mr. Razul or UC       CM requested not to notify his mother. | 6/10/2016 11:00:48 AM | egallardo@svjc.org |

**Reported by Elsa Gallardo**

| Results/Findings of Investigation: | ADDENDUM 05/03/16: On 05/02/16, Officer Fuchs from the Augusta County Sherriff's Department came to SVJC to review video footage from the incident on 04/24/16. Per Officer Fuchs, the Augusta County Sherriff's Department will be pressing felony assault charges on both minors involved in the incident. Per Officer Fuchs, Mr. Razul filed a police report on Saturday, 04/30/16 due to injuries incurred from the incident (fractured finger). On 05/03/16, CM attempted to notify CAIR Coalition but there was no answer. CM will continue to follow up. ADDENDUM: On 06/10/16, SVJC Program Manager reported that Investigator Fuchs from the Augusta County Sherriff's office will not be moving forward with the investigation (SIR 04/24/16). Per Mr. Fuchs, they will not be charging previous Staff; Mr. Razul or UC . UC requested not to notify his mother. Reported by Elsa Gallardo |
|---|---|

**Attach Reports/Findings:**

**ORR Notifications:**

| Name | Agency/Title | Date Notified | Time Notified | Email | Telephone Number |
|---|---|---|---|---|---|
| Jessie Mansilla | ORR/FFS | 4/25/2016 | 11:30 AM | jessie.mansilla@acf.hhs.gov | 2024014844 |
| Patrice West | ORR/PO | 4/25/2016 | 11:30 AM | rhonda.west@acf.hhs.gov | 2024015999 |
| DCS Medical | Medical Coordinator | | | | |
| Patricia Melendres | Case Coordinator | 4/25/2016 | 11:30 AM | patricia.melendres@gdit.com | 035876557 |
| Mark Bennett | CFS | 4/25/2016 | 11:30 AM | mark.bennett@acf.hhs.gov | 2022605738 |
| SIR Hotline | SIR Hotline | 4/25/2016 | 11:30 AM | sirhotline@acf.hhs.gov | 2024015709 |
| Rebecca Schreuder | GDIT | 4/25/2016 | 11:30 AM | rebecca.schreuder@gdit.com | 8475520202 |

**Other Notifications:**

**Is this an SIR for a Runaway?**   ○ Yes  ● No

| Title | Name | Date Notified | Time Notified | Method of Notification | Specify |
|---|---|---|---|---|---|
| ICE Juvenile Coordinator | | | | Phone | |

**Reporter and Follow-Up Contact:**

| Type | Name | Title | Email | Telephone Number |
|---|---|---|---|---|
| Staff Filing Report | Elsa Gallardo | Case Manager | egaliardo@svjc.org | 5408860729 |
| Contact for Follow-Up | Elsa Gallardo | Case Manager | egaliardo@svjc.org | 5408860729 |



**EXHIBIT**

**B-6**

| UAC Basic Information | | | | |
|---|---|---|---|---|
| First Name: | | Status: | ADMITTED | |
| Last Name: | | AKA: | | |
| Date of Birth: | | Gender: | M | |
| A No.: | 208373337 | LOS: | 248 | |
| Age: | 16 | LOC: | 501 | |
| Child's Country of Birth: | Mexico | Current Program: | Shenandoah Valley Juvenile Center | |
| Admitted Date: | 4/15/2016 | Current Location: | Staunton, VA | |
| ORR Placement Date: | 8/5/2015 | | | |

Event Type: SIR Event
Date of Event: 12/17/2016   Time of Event: 04:00 PM   Event ID: 85972

Synopsis of Event: UC was removed from regular programming for physical aggression and assault on staff.

| Significant Incident Report |
|---|
| ○ Emergency SIR   ◉ SIR |

**SIR**

| ☐ Abuse/Neglect in ORR Care | --Select-- | | Alleged Perpetrator: | --Select-- |
|---|---|---|---|---|
| ☐ Past Abuse/Neglect Not in ORR Care | ☐ Abuse In Home Country | | ☐ Abuse On Journey | |
| | ☐ Neglect/Abandonment in the Home Country | | ☐ Neglect/Abandonment in the United States | |
| | ☐ Abuse In UnitedStates | | ☐ Other | |
| | ☐ Abuse In DHS Custody | | Specify: | |
| | ☐ Physical Abuse In ICE Custody | | | |
| | ☐ Sexual Abuse In ICE Custody | | | |
| | ☐ Physical Abuse In CBP Custody | | | |
| | ☐ Sexual Abuse In CBP Custody | | | |
| | ☐ Other | | | |
| | Specify: | | | |
| ☑ Major Behavioral Incidents that threaten safety | ☐ Possession/Use of a Weapon | | ☑ Physical Aggression/Harm to Others | |
| | ☐ Suicidal Ideation | | ☐ Use of Drugs and/or Alcohol in ORR Custody | |
| | ☐ Verbal Aggression | | ☐ Self-injurious Behaviors/Self Mutilation | |
| | ☐ Other | | ☐ Suicide Attempt/Gesture | |
| | Specify: | | | |
| ☐ Runaway | ☐ Runaway | ☐ Attempted Runaway | | |
| ☐ Incidents Involving Law Enforcement | ☐ Search | | ☐ Investigate/Response | |
| | ☐ Interview | | ☐ Arrest | |
| | ☐ Other | | | |
| | Specify: | | | |
| ☑ Safety Measures | ☑ One-on-One Supervision | ☑ Use of Restraints | ☐ Pat-Down or Other Searches | |
| ☐ Criminal History | ☐ Significant Criminal History in Home Country | | | |
| | ☐ Significant Criminal History in United States | | | |
| | ☐ Other | | | |
| | Specify: | | | |
| ☐ Pregnancy Related Issues | ○ Pregnancy | ○ Childbirth | ○ Termination Request | |
| | Please describe how the pregnancy occurred and if there are any medical complications related to the pregnancy: | | | |
| ☐ Other | ☐ Contact or Threats to UC while in ORR Care (from smuggling syndicates, organized crime, other criminal actors) | | | |
| | ☐ Other | | | |
| | Specify: | | | |

**Incident Information:**

| Did the incident take place at another care provider facility? | ○ Yes ◉ No  Care Provider Name: | -- Select Provider Name -- | | |
|---|---|---|---|---|
| | Care Provider City: | -- Select Provider City -- Care Provider State: | -- Select Provider State -- | |
| Location of Incident: | Housing Area | Date Reported To Care Provider: | 12/17/2016 | Time Reported To Care Provider: 04:55 PM |
| Other Specify: | Delta pod | Date Reported To ORR: | 12/17/2016 | Time Reported To ORR: 06:50 PM |

**⊞ Description of Incident (History)**

| Prior Text | Date Updated | Submitted By |
|---|---|---|
| On 12/17/16 at 4:00PM, UC          was in his room after choosing to be removed from regular programming earlier in the day. During an intensive watch check, Staff; Mr. Moats noticed that one of the buttons from UC's sink was missing. While in his room, UC had displaced the toilet paper holder knocking it into the chase. Mr. Moats opened the chase and ensuring the metal piece was retrieved. Since the opening allowed immediate access to the plumbing area, it was determined that UC would need to move to another room. Mr. Moats, Ms. Thacker and Mr. Vasquez verbally redirected UC giving him | 12/19/2016 4:10:31 PM | ealeman@svjc.org |

several options, but UC refused to move and would not allow staff to open the door. UC pulled the other knob from the sink and began to bang it on the sink. Mr. Landeata and Mr. Chipps also verbally redirected UC for several minutes, but he continued to refuse to comply. At this time, the shield was utilized and staff entered UC's room. UC immediately became combative. With no time for less intrusive intervention, UC was placed in a physical restraint and placed on the floor for the safety of UC, staff, and other minors. During this struggle, UC bit Mr. Hahn on the right forearm. Once on the floor, UC was placed in hand restraints and leg restraints. UC then began beating his forehead against the floor, and staff placed his mattress under his head to avoid any self-injury. During this time, staff continued verbal intervention but UC was refusing to calm down. Due to UC's continued violent behavior, UC was placed in the restraint chair. UC was then transported to the Intensive Supervision Room where he was on 1:1 supervision by staff. Once UC was able to calm down, UC was transported back to his room and released from the restraint chair. Following the incident, UC complained of pain in his right pinky and ring finger. UC was able to move them and squeeze them together. UC appeared to have several red marks below his chin, jawline, forehead, and above his eyes. UC was offered ice and ibuprofen by staff, but UC refused. UC did allow staff to apply a cold compress on his head and eyes. In addition, Staff, Mr. Hahn received a bite on his right arm. Staff received wound care and the nurse hotline was called; staff did not require further treatment.

| | |
|---|---|
| **Description of Incident: (Full Description of Incident)** | Case manager and clinician met with UC to follow up on his recent removal from programming. During conversation, UC made allegations that a staff member pressed UC's eyes in an aggressive manner while UC was being restrained. UC further explained that he bit this staff member in response to staff's aggression. UC provided details that this occurred while he in the restraint chair, outside of his room, and after staff had placed the spit on mask on UC. Reported by Evenor Aleman |
| **Was the UC or Anyone Else Injured?:**    ⦿ Yes ○ No | **Specify:**   UC had pain in his right pinky and ring finger. UC had red marks b |

**Actions Taken**

⊞ **Staff Response and Intervention (History)**

| Prior Text | Date Updated | Submitted By |
|---|---|---|
| On 12/17/16 at 4:00PM, staff was conducting an intensive watch check of UC _____ when they noticed one of the buttons from the sink was missing. Since UC's destruction of property exposed the plumbing area, staff determined that UC would need to move to another room. Staff verbally redirected UC giving him several options, but UC refused to move and would not allow staff to open the door. Staff continued verbally redirecting UC for several minutes without success. At this time, staff utilized the shield and entered UC's room. Upon entering UC attempted to attack staff. With no time for less intrusive intervention, staff placed UC in a physical restraint and placed him on the floor for the safety of UC, staff, and other minors. During this struggle, Staff; Mr. Hahn was bit on the right forearm. Once on the floor, staff placed UC in hand restraints and leg restraints. Staff then placed a mattress under UC's head to avoid any self-injury, since UC was beating his forehead on the floor. During this time, staff continued using verbal intervention to get UC to calm down. Due to UC's continued violent behavior, staff placed UC in the restraint chair for the safety of UC and staff. Staff then transported UC to the Intensive Supervision Room, where staff provided UC with 1:1 supervision. Once UC calmed down, staff transported UC back to his room and released UC from the restraint chair. Following the incident, staff offered UC ice and ibuprofen for the injuries he reported. When UC refused, staff provided UC a cold compress for his head and eyes. Staff; Mr. Hahn reported a bite injury to his arm and called the nurse hotline. | 12/19/2016 4:10:31 PM | eaieman@svjc.org |

| | |
|---|---|
| **Staff Response and Intervention** | Case manager and clinician reviewed camera footage for 12/17/16 at 04:00PM. Prior to UC being secured in the restraint chair, a spit mask was placed over UC's head while being restrained in his room. Incident report stated that Mr. Hann was bitten during the restraint. Camera footage shows Mr. Hann exiting UC's room and examining his left forearm. At 04:11PM, floor staff Mr. Hann was observed placing both hands on UC's head on two separate occasions in an attempt to secure UC in the restraint chair. At no point did UC appear to bite Mr. Hann while in the restraint chair. Reported by Evenor Aleman |

⊞ **Follow-up and/or Resolution (History)**

| Prior Text | Date Updated | Submitted By |
|---|---|---|
| In accordance with the Shenandoah Valley Juvenile Center's behavioral management policy, UC _____ was removed from regular programming for physical aggression and assault on staff. UC's behavior will continually be evaluated in order to expedite UC's reintegration into regular programming while maintaining the safety of UC, staff, and other minors. Removal from programming will not exceed 24 hours without administrative approval. Following reintegration, Clinician and Case Manager will meet with UC to discuss safety concerns and behavioral management. Follow up will be documented in UC's individual progress notes and case manager notes. | 12/18/2016 1:11:20 PM | ccontreras@svjc.org |

| | |
|---|---|
| **Follow-up and/or Resolution:** | On 12/18/16 at 10:45AM, UC _____ continues to destroy property and display aggressive and threatening behavior. Due to continued safety concerns with his aggressive behavior, UC continues to be administratively removed from regular programming for the safety of UC, staff, and other minors in the program. |

⊞ **Recommendations (History)**

| | |
|---|---|
| **Recommendations:** | It is recommended that UC _____ continue to receive case management, clinical, medical, and legal services. |

**Reporting:**

| | |
|---|---|
| **Reported To State Licensing:**   ○ Yes ⦿ No | **Date of Report:**       **Time of Report:** |



| Was the Incident Investigated? | ○ Yes ● No | Date Notified the Incident will be investigated: | | Case/Confirmation Number: | |

**Explain**

**Progress of Investigation (History)**

**Results/Findings of Investigation (History):**

**Results/Findings of Investigation:**

**Attach Reports/Findings:**

| Is CPS Different From State Licensing: | ● Yes ○ No | | | | |
| Reported To CPS: | ● Yes ○ No | Date of Report: 12/19/2016 | | Time of Report: 01:20 PM | |
| Was the Incident Investigated? | ○ Yes ● No | Date Notified the Incident will be investigated: | | Case/Confirmation Number: N/A | |

**Explain** N/A; Pending pending investigation

**Results/Findings of Investigation:**

**Attach Reports/Findings:**

| Reported To Local Law Enforcement: | ○ Yes ● No | Date of Report: | Time of Report: |
| | | Officer Name: | Officer Badge: |
| Was the Incident Investigated? | ○ Yes ● No | Date Notified the Incident will be investigated: | Case/Confirmation Number: |

**Explain**

**Progress of Investigation (History)**

**Results/Findings of Investigation (History):**

**Results/Findings of Investigation:**

**Attach Reports/Findings:**

**ORR Notifications:**

| Name | Agency/Title | Date Notified | Time Notified | Email | Telephone Number |
|---|---|---|---|---|---|
| Jessie Mansilla | ORR/FFS | 12/17/2016 | 06:50 PM | jessie.mansilla@acf.hhs.gov | 2024014844 |
| Joseph Flippin | ORR/PO | 12/17/2016 | 06:50 PM | joseph.flippin@acf.hhs.gov | 2024014863 |
| | Medical Coordinator | | | | |
| Patricia Melendres | Case Coordinator | 12/17/2016 | 06:50 PM | patricia.melendres@GDIT.com | 6135876557 |
| Mark Bennett | CFS | 12/17/2016 | 06:50 PM | mark.bennett@acf.hhs.gov | 2022605738 |
| SIR Hotline | SIR Hotline | 12/17/2016 | 06:50 PM | sirhotline@acf.hhs.gov | 2024015709 |
| Rebecca Schreuder | GDIT Supervisor | 12/17/2016 | 06:50 PM | rebecca.schreuder@GDIT.com | 4475520202 |

**Other Notifications:**

| Is this an SIR for a Runaway? | ○ Yes ● No |

| Title | Name | Date Notified | Time Notified | Method of Notification | Specify |
|---|---|---|---|---|---|
| ICE Juvenile Coordinator | | | | Phone | |

**Reporter and Follow-Up Contact:**

| Type | Name | Title | Email | Telephone Number |
|---|---|---|---|---|
| Staff Filing Report | Carina Contreras | Case Manager | ccontreras@svjc.org | 5408860729 |
| Contact for Follow-Up | Elsa Gallardo | Case Manager | egallardo@svjc.org | 5408860729 |

EXHIBIT
B-7

## UAC Basic Information

| | | | |
|---|---|---|---|
| First Name: | | Status: | ADMITTED |
| Last Name: | | AKA: | |
| Date of Birth: | | Gender: | M |
| A No.: | 208373337 | LOS: | 458 |
| Age: | 16 | LOC: | 711 |
| Child's Country of Birth: | Mexico | Current Program: | Shenandoah Valley Juvenile Center |
| Admitted Date: | 4/15/2016 | Current Location: | Staunton, VA |
| ORR Placement Date: | 8/5/2015 | | |

| | | | |
|---|---|---|---|
| Event Type: | SIR Event | | |
| Date of Event: | 7/17/2017 | Time of Event: 01:30 PM | Event ID: 102393 |
| Synopsis of Event: | Previous Self Harm Behavior | | |

## Significant Incident Report

○ Emergency SIR    ⦿ SIR

### SIR

☐ **Abuse/Neglect in ORR Care** — --Select--    Alleged Perpetrator: --Select--

☐ **Past Abuse/Neglect Not in ORR Care**

☐ Abuse In Home Country    ☐ Abuse On Journey
☐ Neglect/Abandonment in the Home Country    ☐ Neglect/Abandonment in the United States
☐ Abuse In UnitedStates    ☐ Other
☐ Abuse In DHS Custody    Specify:
  ☐ Physical Abuse In ICE Custody
  ☐ Sexual Abuse In ICE Custody
  ☐ Physical Abuse In CBP Custody
  ☐ Sexual Abuse In CBP Custody
  ☐ Other
Specify:

☑ **Major Behavioral Incidents that threaten safety**

☐ Possession/Use of a Weapon    ☐ Physical Aggression/Harm to Others
☐ Suicidal Ideation    ☐ Use of Drugs and/or Alcohol in ORR Custody
☐ Verbal Aggression    ☑ Self-Injurious Behaviors/Self Mutilation
☐ Other    ☐ Suicide Attempt/Gesture
Specify:

☐ **Runaway**    ☐ Runaway    ☐ Attempted Runaway

☐ **Incidents Involving Law Enforcement**

☐ Search    ☐ Investigate/Response
☐ Interview    ☐ Arrest
☐ Other
Specify:

☐ **Safety Measures**    ☐ One-on-One Supervision    ☐ Use of Restraints    ☐ Pat-Down or Other Searches

☐ **Criminal History**

☐ Significant Criminal History in Home Country
☐ Significant Criminal History in United States
☐ Other
Specify:

☐ **Pregnancy Related Issues**    ○ Pregnancy    ○ Childbirth    ○ Termination Request

Please describe how the pregnancy occurred and if there are any medical complications related to the pregnancy:

☐ **Other**

☐ Contact or Threats to UC while in ORR Care (from smuggling syndicates, organized crime, other criminal actors)
☐ Other
Specify:

### Incident Information:

| | | |
|---|---|---|
| Did the incident take place at another care provider facility? | ○ Yes ⦿ No    Care Provider Name: --Select Provider Name-- | |
| | Care Provider City: --Select Provider City--    Care Provider State: --Select Provider State-- | |
| Location of Incident: Other | Date Reported To Care Provider: 7/17/2017 | Time Reported To Care Provider: 01:30 PM |
| Other Specify: Alpha Pod | Date Reported To ORR: 7/17/2017 | Time Reported To ORR: 05:30 PM |

**Description of Incident: (Full Description of Incident)** Clinician met with UC to explore his current functioning and his case plan. UC presented with blunted affect, poor eye contact, and depressed mood. UC reported feeling angry and tired of being detained. Initially, UC had no interest in discussing his current case plan and voiced general apathy towards his asylum case as well as his upcoming JDR court. UC provided terse answers regarding his current functioning as well. When asked to elaborate his answers, UC consistently stated "I don't know." After a period of silence, UC was able to provide insight regarding his current thoughts as well as how he spent the weekend. At this time, UC reported that he participated in self harm behavior throughout the weekend. UC had difficulty providing specifics but did report that he used a small piece of a broken tile from his housing pod showers. UC explained that he handed over the small piece of tile as well as a small clear piece of plastic to staff. UC had difficulty providing insight into his behavior but denied any current SI as well as having any other sort of contraband. UC reported that he did receive medical care throughout the weekend. UC also stated that he had reopened a previous cut he had let heal over. Clinician voiced appreciate towards UC's willingness to speak about his self-harm behavior. Clinician attempted to update UC's safety/behavioral plan to

address any future thoughts/incidents of self harm; UC refused to participate. Clinician respected UC's decision and encouraged UC to reach out to his treatment team if he struggled with continued thoughts of self harm. After session, clinician spoke with shift supervisors to gather details of UC's self-harm behavior during the weekend.

| Was the UC or Anyone Else Injured?: | ⦿ Yes ○ No | Specify: UC had a self inflicted wound on left wrist. |
|---|---|---|

**Actions Taken**

| Staff Response and Intervention | Shift Supervisors provided the following: On Friday 07/14/17 Shift Supervisor, Mr. Wilson, passed along to night shift that UC was observed to have a fresh cut on his left wrist at 1815, and that his shift applied wound care. At 2030, UC's wound was observed to have bled through the band aid, so another bandage was reapplied. At shower time, UC's wound appeared to have bled through again and on his clothes, floor etc, while UC was on the phone. It is suspected that UC had irritated his cut between receiving wound care. While UC was receiving wound care after his shower, Shift Supervisor, Ms. Craft, encouraged UC to note further irritate his cut. UC agreed to no longer irritate his wound. I told him NOT to be pushing on it and to leave it alone. UC agreed that he would not mess with it. Assistant Shift Supervisor, Mr. Moats, searched UC's room thoroughly while he was on Echo this evening and found nothing. When asking UC what he cut on his arm with, UC described a small piece of tile or cement. UC stated that he flushed it down the toilet. On Saturday 07/15/17 at 1925, UC had opened up his wound on his left wrist again, causing blood to drip from it. Pressure applied until bleeding stopped then wound care given. UC gave Floor Staff, Mr. Pacheco, a very tiny blue piece of tile that he said he had used. At 2030 UC pushed at his wound causing it to bleed through the bandage and then removed bandage. Pressure again was applied until bleeding stopped and wound was re-bandaged. At 2130, UC received wound care again after his shower, and at that time he gave Assistant Shift Supervisor, Ms. Bolen, another tiny blue piece that appeared to be some type of plastic. UC went on to sleep after without further incident. |
|---|---|
| Follow-up and/or Resolution: | Clinician informed SVJC Program Manager regarding contraband issue (e.g. blue tile). UC will continue to be monitored by staff for any additional wound care necessary by the nurses for the self-inflicted wounds. UC will remain on Intensive Watch for his own safety. |
| Recommendations: | It is recommended that UC                      continue to receive case management, clinical, legal, and medical services. |

**Reporting:**

| Reported To State Licensing: | ○ Yes ⦿ No | Date of Report: | | Time of Report: |
|---|---|---|---|---|
| Was the Incident Investigated? | ○ Yes ⦿ No | Date Notified the Incident will be investigated: | | Case/Confirmation Number: |

Explain

Results/Findings of Investigation:

Attach Reports/Findings:

| Is CPS Different From State Licensing: | ⦿ Yes ○ No | | | |
|---|---|---|---|---|
| Reported To CPS: | ○ Yes ⦿ No | Date of Report: | | Time of Report: |
| Was the Incident Investigated? | ○ Yes ⦿ No | Date Notified the Incident will be investigated: | | Case/Confirmation Number: |

Explain

Results/Findings of Investigation:

Attach Reports/Findings:

| Reported To Local Law Enforcement: | ○ Yes ⦿ No | Date of Report: | | Time of Report: |
|---|---|---|---|---|
| | | | | Officer Badge: |
| | | Officer Name: | | |
| Was the Incident Investigated? | ○ Yes ⦿ No | Date Notified the Incident will be investigated: | | Case/Confirmation Number: |

Explain

Results/Findings of Investigation:

Attach Reports/Findings:

**ORR Notifications:**

| Name | Agency/Title | Date Notified | Time Notified | Email | Telephone Number |
|---|---|---|---|---|---|
| Jessie Mansilla | ORR/FFS | 7/17/2017 | 05:30 PM | Jessie.Mansilla@acf.hhs.go2024014844 | |
| Rachel Jacobs | ORR/PO | 7/17/2017 | 05:30 PM | rachel.Jacobs@acf.hhs.gov | 2024012332 |
| | Medical Coordinator | | | | |
| Patricia Melendres | Case Coordinator | 7/17/2017 | 05:30 PM | patricia.melendres@gdit.co8035876557 | |
| Mark Bennett | CFS | 7/17/2017 | 05:30 PM | mark.bennett@acf.hhs.gov | 2022605738 |
| DCS Hotline | SIR Hotline | 7/17/2017 | 05:30 PM | sirhotline@acf.hhs.gov | 2025075709 |
| Rebecca Schreuder | GDIT Supervisor | 7/17/2017 | 05:30 PM | rebecca.schreuder@gdit.co8475520202 | |

**Other Notifications:**

| Is this an SIR for a Runaway? | ○ Yes ○ No | | | | |
|---|---|---|---|---|---|

| Title | Name | Date Notified | Time Notified | Method of Notification | Specify |
|---|---|---|---|---|---|
| ICE Juvenile Coordinator | | | | Phone | |

**Reporter and Follow-Up Contact:**

| Type | Name | Title | Email | Telephone Number |
|---|---|---|---|---|
| Staff Filing Report | Evenor Aleman | ORR Clinician | ealeman@svjc.org | 5408860729 |
| Contact for Follow-Up | Evenor Aleman | ORR Clincian | ealeman@svjc.org | 5408860729 |

EXHIBIT

B-8

tabbies

## UAC Basic Information

| | | | |
|---|---|---|---|
| First Name: | | Status: | ADMITTED |
| Last Name: | | AKA: | |
| Date of Birth: | | Gender: | M |
| A No.: | 208373337 | LOS: | 490 |
| Age: | 17 | LOC: | 743 |
| Child's Country of Birth: | Mexico | Current Program: | Shenandoah Valley Juvenile Center |
| Admitted Date: | 4/15/2016 | Current Location: | Staunton, VA |
| ORR Placement Date: | 8/5/2015 | | |

Event Type: SIR Event
Date of Event: 8/17/2017      Time of Event: 02:00 PM      Event ID: 105041

Synopsis of Event: On 08/17/17 at 02:00PM, UC was removed from programming for disruptive and threatening behavior.

## Significant Incident Report

○ Emergency SIR     ⦿ SIR

**SIR**

| ☐ Abuse/Neglect in ORR Care | --Select-- | Alleged Perpetrator: | --Select-- |
|---|---|---|---|

| ☐ Past Abuse/Neglect Not in ORR Care | ☐ Abuse in Home Country | ☐ Abuse On Journey |
|---|---|---|
| | ☐ Neglect/Abandonment in the Home Country | ☐ Neglect/Abandonment in the United States |
| | ☐ Abuse In UnitedStates | ☐ Other |
| | ☐ Abuse In DHS Custody | Specify: |
| |    ☐ Physical Abuse In ICE Custody | |
| |    ☐ Sexual Abuse In ICE Custody | |
| |    ☐ Physical Abuse In CBP Custody | |
| |    ☐ Sexual Abuse In CBP Custody | |
| |    ☐ Other | |
| | Specify: | |

| ☑ Major Behavioral Incidents that threaten safety | ☐ Possession/Use of a Weapon | ☑ Physical Aggression/Harm to Others |
|---|---|---|
| | ☐ Suicidal Ideation | ☐ Use of Drugs and/or Alcohol in ORR Custody |
| | ☐ Verbal Aggression | ☐ Self-injurious Behaviors/Self Mutilation |
| | ☐ Other | ☐ Suicide Attempt/Gesture |
| | Specify: | |

| ☐ Runaway | ☐ Runaway | ☐ Attempted Runaway |
|---|---|---|

| ☐ Incidents Involving Law Enforcement | ☐ Search | ☐ Investigate/Response |
|---|---|---|
| | ☐ Interview | ☐ Arrest |
| | ☐ Other | |
| | Specify: | |

| ☐ Safety Measures | ☐ One-on-One Supervision | ☐ Use of Restraints | ☐ Pat-Down or Other Searches |
|---|---|---|---|

| ☐ Criminal History | ☐ Significant Criminal History in Home Country |
|---|---|
| | ☐ Significant Criminal History in United States |
| | ☐ Other |
| | Specify: |

| ☐ Pregnancy Related Issues | ○ Pregnancy | ○ Childbirth | ○ Termination Request |
|---|---|---|---|
| | Please describe how the pregnancy occurred and if there are any medical complications related to the pregnancy: | | |

| ☐ Other | ☐ Contact or Threats to UC while in ORR Care (from smuggling syndicates, organized crime, other criminal actors) |
|---|---|
| | ☐ Other |
| | Specify: |

**Incident Information:**

| Did the incident take place at another care provider facility? | ○ Yes ⦿ No | Care Provider Name: | -- Select Provider Name -- |
|---|---|---|---|
| | | Care Provider City: -- Select Provider City -- | Care Provider State: Select Provider State -- |

| | | | | | |
|---|---|---|---|---|---|
| Location of Incident: | Housing Area | Date Reported To Care Provider: | 8/17/2017 | Time Reported To Care Provider: | 02:39 PM |
| Other Specify: | Alpha Pod | Date Reported To ORR: | 8/17/2017 | Time Reported To ORR: | 04:00 PM |

⊞ **Description of Incident (History)**

| Prior Text | Date Updated | Submitted By |
|---|---|---|
| On 08/17/17, UC entered his room for a time out and proceeded to cover his window. While in his room, UC began to be disruptive and kick his door. Due to UC being on five minute checks, staff requested that he remove his window covering so they could ensure his safety. UC refused to comply or speak to the staff. However, UC continued to kick his door to show he was okay. UC's clinician attempted to speak with UC and advised him to remove his window covering to complete the five minute check but UC also refused to speak to his clinician and continued to kick his door. Staff attempted to open UC's door to | 8/18/2017 10:17:56 AM | ealeman@svjc.org |

complete the five minute checks and to covering his window. However, UC was keeping his door shut with his legs preventing his door from opening. Therefore, staff used their keys to open UC's tray slot to get a visual on UC and ensure his safety. As staff opened UC's tray slot, UC kicked the tray slot open and grasped at staff's keys before they could remove them from the lock. Staff were able to retrieve the keys preventing UC access to them. UC continued to be disruptive by kicking his door. UC's tray slot remained open to ensure his safety.

**Description of Incident: (Full Description of Incident)**

Through his tray slot, UC was able to grab his window cover from the outside of his room door. UC was observed tying the window cover around neck. UC then proceeded to lay on his mattress on the floor and feigned passing out. UC refused to respond verbally to staff and clinician's attempts at redirection. UC was observed having unlabored, even breathing while he laid on his mattress. Clinician also observed UC occasionally opening his eyes before closing them upon seeing staff and clinician observing him. As verbal interventions were exhausted, staff decided to enter UC's room to remove window cover and other items from UC's room (to reduce further attempts at self-harm). UC was observed pulling the window cover tighter around his neck. Mr. Moats, Ms. Craft, and Ms. Thacker, Supervisors, began to remove window cover from UC's neck. UC began to struggle and resist as staff removed his bedding and other items from his room. Mr. Evans and Mr. Grinnan, floor staff, entered UC's room placed UC in a PRT (Evans placed UC in a PRT assisted by Moats, while Grinnan assisted with UC's legs). Staff continued to use verbal intervention until UC was calm enough to be released from the PRT. UC was in the PRT for approximately 3 minutes. Once staff exited and UC was secured in his room, UC was observed rip his shirt out of anger. Clinician attempted to engage with UC and help with de-escalation. UC became more angered and screamed at clinician and staff to "go away." Supervisors offered UC to be moved to ISR (as he previously mentioned this room helps him calm down). UC ignored supervisor's offers and continued to rip his shirt into strips while attempting to wrap them around his neck. UC eventually was responsive to supervisor's redirection and agreed to walk to the ISR. UC exited his room to walk to the ISR. At this time, UC moved towards the housing pod's water fountain and proceed to punch the pod's TV. As there was no time for verbal intervention, Moats placed UC in a PRT, with Evans assisting with UC's legs. Staff lowered UC to the ground; Grinnan placed handcuffs on UC while Thacker placed leg shackles. UC's shirt and pants were removed to prevent further attempts at self-harm. UC was assisted to his feet and placed in the restraint chair. Hand and leg restraints were removed and UC was taken to ISR. UC was in mechanical restraints for a total of 3 minutes and was in the restraint chair for a total of 2 hours. Reported by Evenor Aleman

**Was the UC or Anyone Else injured?:**    ⦿ Yes ○ No      **Specify:** UC hit staff twice on his right leg. No injuries reported by UC.

**Actions Taken**

### Staff Response and Intervention (History)

| Prior Text | Date Updated | Submitted By |
|---|---|---|
| On 08/17/17, staff requested UC to stop banging on the door and to remove his window covering to they could complete their five minute checks. Due to UC's continued refusal, his clinician attempted to speak to UC and also advise him to remove the window covering. UC continued to refuse. Staff attempted to open UC's door to complete the check but the door could not be opened as UC was keeping the door shut by pressing his legs against the door. Therefore, staff opened UC's door slot. UC attempted to grab staff keys from the slot before they had a chance to remove them from the lock but they were able to retrieve them. UC's tray slot remained open to ensure his safety. | 8/18/2017 10:17:56 AM | ealeman@svjc.org |

**Staff Response and Intervention**

While UC sat in the restraint chair in ISR, clinician met with UC to discuss his current functioning. UC was tearful and irritable throughout conversation. UC blamed his behavior on clinician and facility staff, as he felt they ignored his requests to be moved off of housing pod. It is important to note that UC had already spoken with Supervisors regarding his request (in which UC was informed that he could not move off his unit but was offered to spend free time on a different housing unit). Clinician challenged UC's recent behavior by exploring different ways of dealing with negative feelings (specifically ways that aren't as destructive). UC appeared to ignore clinician's attempts and proceeded to vent and stated that he wanted to "beat up" certain peers, as he claimed that they encouraged him to tie his window cover around his neck. UC made threats of acting out even further, claiming that SVJC will "really see what I can do." UC was able to eventually calm down and but had difficulty explaining his recent aggressive behavior. Clinician gauged whether UC was somehow triggered to punch the TV, based off what was being displayed at the time; UC denied any sort of trigger. UC began to ask about what would occur after he was released from the restraint chair. Clinician informed UC that he would spend the remainder of the night in ISR and he'd be able to eat dinner once he was calm enough to be removed from restraint chair. Clinician informed that he would be requesting staff to provide UC a mattress and a green safety blanket as well. UC began upset upon hearing this request, and questioned why he would be given a green blanket vs. normal bedding. Clinician explained that this decision was solely based on UC's recent behavior. UC scoffed at clinician's decision and demanded that clinician leave ISR. Clinician honored UC;s request and left ISR without further incident. Reported by Evenor Aleman

### Follow-up and/or Resolution (History)

| Prior Text | Date Updated | Submitted By |
|---|---|---|
| In accordance with the Shenandoah Valley Juvenile Center's behavioral management policy, UC     was removed from regular programing for disruptive and threatening behavior. UC's behavior will be continually evaluated in order to expedite UC's reintegration into regular programming while maintaining the safety of UC, staff and other minors in the program. Removal from programming will not exceed 24 hours, without administrative approval. Following reintegration, Clinician and Case Manager will meet with UC to discuss safety concerns and behavioral management. Follow up will be documented in UC's individual progress notes and case manager notes. | 8/18/2017 10:17:56 AM | ealeman@svjc.org |

**Follow-up and/or Resolution:**

In accordance with the Shenandoah Valley Juvenile Center's behavioral management policy, UC     was removed from regular programing for disruptive and threatening behavior and destruction of property. UC's behavior will be continually evaluated in order to expedite UC's reintegration into regular programming while maintaining the safety of UC, staff and other minors in the program. Removal from programming will not exceed 24 hours, without administrative approval. Following reintegration, Clinician and Case Manager will meet with UC to discuss safety concerns and behavioral management. Follow up will be documented in UC's individual progress notes and case manager notes.

### Recommendations (History)

**Recommendations:**      It is recommended that UC     continue to receive case management, clinical, legal, and medical services.

**Reporting:**

| | | | |
|---|---|---|---|
| Reported To State Licensing: | ○ Yes ● No | Date of Report: | Time of Report: |
| Was the Incident Investigated? | ○ Yes ● No | Date Notified the Incident will be investigated: | Case/Confirmation Number: |

Explain

⊞ **Progress of Investigation (History)**

⊞ **Results/Findings of Investigation (History):**

Results/Findings of Investigation:
Attach Reports/Findings:

| | |
|---|---|
| Is CPS Different From State Licensing: | ● Yes ○ No |

| | | | |
|---|---|---|---|
| Reported To CPS: | ○ Yes ● No | Date of Report: | Time of Report: |
| Was the Incident Investigated? | ○ Yes ● No | Date Notified the Incident will be investigated: | Case/Confirmation Number: |

Explain

Results/Findings of Investigation:
Attach Reports/Findings:

| | | | |
|---|---|---|---|
| Reported To Local Law Enforcement: | ○ Yes ● No | Date of Report: | Time of Report: |
| | | Officer Name: | Officer Badge: |
| Was the Incident Investigated? | ○ Yes ● No | Date Notified the Incident will be investigated: | Case/Confirmation Number: |

Explain

⊞ **Progress of Investigation (History)**

⊞ **Results/Findings of Investigation (History):**

Results/Findings of Investigation:
Attach Reports/Findings:

**ORR Notifications:**

| Name | Agency/Title | Date Notified | Time Notified | Email | Telephone Number |
|---|---|---|---|---|---|
| Jessie Mansilla | ORR/FFS | 8/17/2017 | 04:00 PM | jessie.mansilla@acf.hhs.gov | 2024014844 |
| Rachel Jacobs Gainor | ORR/PO | 8/17/2017 | 04:00 PM | rachel.jacobs@acf.hhs.gov | 2024012332 |
| | Medical Coordinator | | | | |
| Patricia Melendres | Case Coordinator | 8/17/2017 | 04:00 PM | patricia.melendres@gdit.com | 9035876557 |
| Mark Bennett | CFS | 8/17/2017 | 04:00 PM | mark.bennett@acf.hhs.gov | 2024014827 |
| SIR Hotline | SIR Hotline | 8/17/2017 | 04:00 PM | sirhotline@acf.hhs.gov | 2024015709 |
| Rebecca Schreuder | GDIT Supervisor | 8/17/2017 | 04:00 PM | Rebecca.Schreuder@GDIT.com | 9475520202 |

**Other Notifications:**

| | |
|---|---|
| Is this an SIR for a Runaway? | ○ Yes ● No |

| Title | Name | Date Notified | Time Notified | Method of Notification | Specify |
|---|---|---|---|---|---|
| ICE Juvenile Coordinator | | | | Phone | |

**Reporter and Follow-Up Contact:**

| Type | Name | Title | Email | Telephone Number |
|---|---|---|---|---|
| Contact for Follow-Up | Elsa Gallardo | Case Manager | egallardo@svjc.org | 5408860729 |
| Staff Filing Report | Elsa Gallardo | Case Manager | egallardo@svjc.org | 5408860729 |



**EXHIBIT**

**B-9**

| UAC Basic Information | | | |
|---|---|---|---|
| First Name: | | Status: | ADMITTED |
| Last Name: | | AKA: | |
| Date of Birth: | | Gender: | M |
| A No.: | 208373337 | LOS: | 494 |
| Age: | 17 | LOC: | 747 |
| Child's Country of Birth: | Mexico | Current Program: | Shenandoah Valley Juvenile Center |
| Admitted Date: | 4/15/2016 | Current Location: | Staunton, VA |
| ORR Placement Date: | 8/5/2015 | | |

Event Type: SIR Event
Date of Event: 8/21/2017    Time of Event: 03:00 PM    Event ID: 105361

Synopsis of Event: Self Harm Behavior

| Significant Incident Report |
|---|
| ○ Emergency SIR    ⦿ SIR |

**SIR**

☐ Abuse/Neglect in ORR Care    --Select--    Alleged Perpetrator: --Select--

☐ Past Abuse/Neglect Not in ORR Care
- ☐ Abuse In Home Country
- ☐ Neglect/Abandonment in the Home Country
- ☐ Abuse In UnitedStates
- ☐ Abuse In DHS Custody
  - ☐ Physical Abuse In ICE Custody
  - ☐ Sexual Abuse In ICE Custody
  - ☐ Physical Abuse In CBP Custody
  - ☐ Sexual Abuse In CBP Custody
  - ☐ Other
  - Specify:
- ☐ Abuse On Journey
- ☐ Neglect/Abandonment in the United States
- ☐ Other
- Specify:

☑ Major Behavioral Incidents that threaten safety
- ☐ Possession/Use of a Weapon
- ☐ Suicidal Ideation
- ☐ Verbal Aggression
- ☐ Other
- Specify:
- ☐ Physical Aggression/Harm to Others
- ☐ Use of Drugs and/or Alcohol in ORR Custody
- ☑ Self-injurious Behaviors/Self Mutilation
- ☐ Suicide Attempt/Gesture

☐ Runaway
- ☐ Runaway    ☐ Attempted Runaway

☐ Incidents Involving Law Enforcement
- ☐ Search
- ☐ Interview
- ☐ Other
- Specify:
- ☐ Investigate/Response
- ☐ Arrest

☐ Safety Measures
- ☐ One-on-One Supervision    ☐ Use of Restraints    ☐ Pat-Down or Other Searches

☐ Criminal History
- ☐ Significant Criminal History in Home Country
- ☐ Significant Criminal History in United States
- ☐ Other
- Specify:

☐ Pregnancy Related Issues
- ○ Pregnancy    ○ Childbirth    ○ Termination Request
- Please describe how the pregnancy occurred and if there are any medical complications related to the pregnancy:

☐ Other
- ☐ Contact or Threats to UC while in ORR Care (from smuggling syndicates, organized crime, other criminal actors)
- ☐ Other
- Specify:

**Incident Information:**

Did the incident take place at another care provider facility?    ○ Yes ⦿ No    Care Provider Name: -- Select Provider Name --
Care Provider City: --Select Provider City--    Care Provider State: --Select Provider State--

| Location of Incident: | Housing Area | Date Reported To Care Provider: | 8/21/2017 | Time Reported To Care Provider: | 03:15 PM |
| Other Specify: | Alpha Pod | Date Reported To ORR: | 8/21/2017 | Time Reported To ORR: | 05:10 PM |

**Description of Incident (History)**

| Prior Text | Date Updated | Submitted By |
|---|---|---|
| On 08/21/17 at 3:00pm, UC participated in self harm behavior. Pending full investigation. Follow up will be provided in a SIR Addendum. | 8/22/2017 2:55:27 PM | ealeman@svjc.org |

Description of Incident: (Full Description of Incident)    UC requested to use the bathroom in his room. When coming out of his room, UC was observed covering his right cheek with his right hand. UC proceeded to housing pod water fountain and began looking at his right cheek using pod mirror. UC then returned back into his room. At this time, Mr. Oldham, Floor Staff, observed that UC had put a piece of wire through his right check. Reported by Evenor Aleman 08/22/2017

Was the UC or Anyone Else Injured?:    ⦿ Yes ○ No    Specify: UC was offered medicine for pain but refused.

Actions Taken

## Staff Response and Intervention (History)

| Prior Text | Date Updated | Submitted By |
|---|---|---|
| Pending full investigation. Follow up will be provided in a SIR Addendum. | 8/22/2017 2:55:27 PM | ealeman@svjc.org |

**Staff Response and Intervention**

Shift Supervisors and Nursing staff were notified and arrived on housing pod and check UC's piercing. UC pretended that he was going to pierce his left cheek with the same wire in his mouth. UC initially refused to let nursing staff remove or examine wire. Through encouragement, UC agreed to let nursing staff to remove wire. Once wire was removed, UC requested to stay in his room instead of attending gym. Oldham continued to provide supervision while he noticed that UC had another piece of wire. When asked for it, UC was observed placing remaining wire into his mouth and refused to provide item. Shift Supervisors and additional staff arrived on housing pod again, in preparation of possible use of force (in order to obtain wire). Through verbal redirection and further encouragement, UC end up handing over wire to floor staff without further incident. Reported by Evenor Aleman 08/22/2017

## Follow-up and/or Resolution (History)

| Prior Text | Date Updated | Submitted By |
|---|---|---|
| Pending full investigation. Follow up will be provided in a SIR Addendum. | 8/22/2017 2:55:27 PM | ealeman@svjc.org |

**Follow-up and/or Resolution:**

On 08/22/2017, Clinician met with UC to discuss recent behavior. UC refused to speak about his behavior and minimized any reported information given to clinician by shift supervisors. However, UC did confirm that the wire he had was from a small, spiral notebook that he found in school earlier in the day. Reported by Evenor Aleman 08/22/2017

## Recommendations (History)

| Prior Text | Date Updated | Submitted By |
|---|---|---|
| Pending full investigation. Follow up will be provided in a SIR Addendum. | 8/22/2017 2:55:27 PM | ealeman@svjc.org |

**Recommendations:** It is recommended that UC     continue to receive case management, clinical, legal, and medical services. Reported by Evenor Aleman 08/22/2017

## Reporting:

| | | | |
|---|---|---|---|
| Reported To State Licensing: | ○ Yes ● No | Date of Report: | Time of Report: |
| Was the Incident Investigated? | ○ Yes ○ No | Date Notified the Incident will be investigated: | Case/Confirmation Number: |

Explain

## Progress of Investigation (History)

## Results/Findings of Investigation (History):

Results/Findings of Investigation:
Attach Reports/Findings:

| | |
|---|---|
| Is CPS Different From State Licensing: | ● Yes ○ No |
| Reported To CPS: | ○ Yes ● No   Date of Report:   Time of Report: |
| Was the Incident Investigated? | ○ Yes ○ No   Date Notified the Incident will be investigated:   Case/Confirmation Number: |

Explain

Results/Findings of Investigation:
Attach Reports/Findings:

| | |
|---|---|
| Reported To Local Law Enforcement: | ○ Yes ● No   Date of Report:   Time of Report: |
| | Officer Name:   Officer Badge: |
| Was the Incident Investigated? | ○ Yes ● No   Date Notified the Incident will be investigated:   Case/Confirmation Number: |

Explain

## Progress of Investigation (History)

## Results/Findings of Investigation (History):

Results/Findings of Investigation:
Attach Reports/Findings:

## ORR Notifications:

| Name | Agency/Title | Date Notified | Time Notified | Email | Telephone Number |
|---|---|---|---|---|---|
| Rachel Jacobs | ORR/PO | 8/21/2017 | 05:15 PM | rachel.jacobs@acf.hhs.gov | 2024012332 |
| | Medical Coordinator | | | | |
| Patricia Melendres | Case Coordinator | 8/21/2017 | 05:15 PM | patricia.melendres@gdit.com | 2035876557 |
| Mark Bennett | CFS | 8/21/2017 | 05:15 PM | mark.bennett@acf.hhs.gov | 2022605738 |
| DCS Hotline | SIR Hotline | 8/21/2017 | 05:15 PM | sirhotline@acf.hhs.gov | 2025075709 |
| Rebecca Schreuder | GDIT Supervisor | | | | |
| Jessie Mansilla | ORR/FFS | 8/21/2017 | 05:15 PM | Jessie.Mansilla@acf.hhs.gov | 2024014844 |

## Other Notifications:

Is this an SIR for a Runaway?   ○ Yes ○ No

| Title | Name | Date Notified | Time Notified | Method of Notification | Specify |
|---|---|---|---|---|---|
| ICE Juvenile Coordinator | | | | Phone | |

## Reporter and Follow-Up Contact:

| Type | Name | Title | Email | Telephone Number |
|---|---|---|---|---|
| Staff Filing Report | Evenor Aleman | ORR/DCS Clinician | ealeman@svjc.org | 5408860729 |

| Contact for Follow-Up | Evenor Aleman | ORR/DCS Clinician | ealeman@svjc.org | 5408860729 |

EXHIBIT

tabbies®

B-10

## UAC Basic Information

| | | | |
|---|---|---|---|
| First Name: | | Status: | ADMITTED |
| Last Name: | | AKA: | |
| Date of Birth: | | Gender: | M |
| A No.: | 208373337 | LOS: | 495 |
| Age: | 17 | LOC: | 748 |
| Child's Country of Birth: | Mexico | Current Program: | Shenandoah Valley Juvenile Center |
| Admitted Date: | 4/15/2016 | Current Location: | Staunton, VA |
| ORR Placement Date: | 8/5/2015 | | |

| | | | |
|---|---|---|---|
| Event Type: | SIR Event | | |
| Date of Event: | 8/22/2017 | Time of Event: 03:20 PM | Event ID: 105464 |

Synopsis of Event: On 08/22/17, UC was removed from regular programming for threatening behavior and assault on staff.

## Significant Incident Report

C Emergency SIR     (•) SIR

**SIR**

| | | | |
|---|---|---|---|
| ☐ Abuse/Neglect in ORR Care | --Select-- | | Alleged Perpetrator: --Select-- |

| Past Abuse/Neglect Not in ORR Care | | |
|---|---|---|
| | ☐ Abuse in Home Country | ☐ Abuse On Journey |
| | ☐ Neglect/Abandonment in the Home Country | ☐ Neglect/Abandonment in the United States |
| | ☐ Abuse In UnitedStates | ☐ Other |
| | ☐ Abuse in DHS Custody | Specify: |
| |    ☐ Physical Abuse In ICE Custody | |
| |    ☐ Sexual Abuse In ICE Custody | |
| |    ☐ Physical Abuse In CBP Custody | |
| |    ☐ Sexual Abuse In CBP Custody | |
| |    ☐ Other | |
| | Specify: | |

| ☑ Major Behavioral Incidents that threaten safety | | |
|---|---|---|
| | ☐ Possession/Use of a Weapon | ☑ Physical Aggression/Harm to Others |
| | ☐ Suicidal Ideation | ☐ Use of Drugs and/or Alcohol in ORR Custody |
| | ☐ Verbal Aggression | ☐ Self-injurious Behaviors/Self Mutilation |
| | ☐ Other | ☐ Suicide Attempt/Gesture |
| | Specify: | |

| ☐ Runaway | ☐ Runaway | ☐ Attempted Runaway |
|---|---|---|

| ☐ Incidents Involving Law Enforcement | | |
|---|---|---|
| | ☐ Search | ☐ Investigate/Response |
| | ☐ Interview | ☐ Arrest |
| | ☐ Other | |
| | Specify: | |

| ☐ Safety Measures | ☐ One-on-One Supervision | ☐ Use of Restraints | ☐ Pat-Down or Other Searches |
|---|---|---|---|

| ☐ Criminal History | | |
|---|---|---|
| | ☐ Significant Criminal History in Home Country | |
| | ☐ Significant Criminal History in United States | |
| | ☐ Other | |
| | Specify: | |

| ☐ Pregnancy Related Issues | C Pregnancy | C Childbirth | C Termination Request |
|---|---|---|---|
| | Please describe how the pregnancy occurred and if there are any medical complications related to the pregnancy: | | |

| ☐ Other | ☐ Contact or Threats to UC while in ORR Care (from smuggling syndicates, organized crime, other criminal actors) |
|---|---|
| | ☐ Other |
| | Specify: |

**Incident Information:**

| | | | |
|---|---|---|---|
| Did the incident take place at another care provider facility? | C Yes (•) No | Care Provider Name: | -- Select Provider Name -- |
| | | Care Provider City: --Select Provider City-- | Care Provider State: Select Provider State -- |
| Location of Incident: | Housing Area | Date Reported To Care Provider: 8/22/2017 | Time Reported To Care Provider: 04:20 PM |
| Other Specify: | Alpha Pod | Date Reported To ORR: 8/22/2017 | Time Reported To ORR: 04:30 PM |

### ⊞ Description of Incident (History)

| Prior Text | Date Updated | Submitted By |
|---|---|---|
| On 08/22/17, UC was removed from regular programming for threatening behavior and assault on staff. Pending full investigation. Follow up will be provided in a SIR Addendum. | 8/23/2017 3:08:42 PM | egallardo@svjc.org |

Description of Incident: (Full Description of Incident)  ADDENDUM 08/23/17: On 08/22/17 at 03:20PM, UC threatened to stab a peer and flashed a makeshift shank. Resident Supervisor, Mr. Landaeta immediately intervened and requested UC surrender the modified comb. UC provided the contraband to Mr. Landaeta and UC was redirected to enter his room due to his threatening behavior and contraband. UC refused to move from the table. All the remaining residents were requested to enter their rooms for their safety and the resident supervisor's continued to verbally redirected UC to his room. UC continued to refuse. As additional staff arrived on the unit, UC stood against the wall to prevent a physical restraint. UC was informed that

staff did not want to restrain him and again requested UC to enter his room on his own. UC continued to refuse for several minutes and then walked towards his room. However, instead of entering his room, he grabbed the phone and attempted to rip it off the wall but could not. At this time, UC took a fighting stance against the resident supervisors near him. Due to UC's escalating aggressive behavior, UC was placed in a physical restraint for the safety of UC, staff, and other minors in the program. As staff placed him the restraint, UC began punching staff. Due to UC's continued aggressive behavior, UC was lowered to the ground. However, UC continued head-butting staff. Due to UC's continued attempts to assault staff, UC was placed in mechanical hand and leg restraints. UC continued to struggle and showed no signs of calming down. Therefore, after exhausting all forms of less intrusive measures, UC was placed in the emergency restraint chair (ERC) and taken to a room off of the unit where a resident supervisor could provide constant supervision. While in the ERC, UC continued to rock the chair in an attempt to free himself. Once UC was calm, he was released from the ERC and walked to his room at 05:57PM. UC's mat was returned to him at 05:59PM and his blanket was returned to him at 06:03PM. UC was in a physical restraint for approximately 5 minutes, mechanical restraints for approximately 4 minutes, and in the ERC for approximately 2.5 hours. Shift Supervisor's checked in with UC when returning his bedding and UC did not report any injuries. The nurse checked in on the next morning and UC did not report any injuries. CM checked in on UC that afternoon and he did not report any injuries. Mr. Grinnan was bitten on his right ring finger. Ms. Thacker was scratched on her hand. Mr. Evans received a wound to his right hand and received wound care. Mr. Oldham reported pain on his neck from being punched. He received ibuprofen and called the VML nurse hotline. Reported by CM Elsa Gallardo.

| Was the UC or Anyone Else Injured?: | ⦿ Yes ⦾ No | | Specify: | UC did not report injuries. Staff reported injuries descri bed abou |

**Actions Taken**

⊞ **Staff Response and Intervention (History)**

| Prior Text | Date Updated | Submitted By |
|---|---|---|
| Pending full investigation. Follow up will be provided in a SIR Addendum. | 8/23/2017 3:08:42 PM | egallardo@svjc.org |

| Staff Response and Intervention | ADDENDUM 08/23/17: On 08/22/17 at 03:20PM, Mr. Landaeta immediately responded to a threat to peer with contraban. Mr. Landaeta was able to retrieve the modified comb from UC and verbally redirected him to his room. Additional staff arrived on the unit to assist and redirect, as UC was refusing to comply. Due to UC's increasingly aggressive behaviors, UC was ultimately secured in the ERC. A resident supervisor provided constant supervision while UC was in the ERC. Once UC was returned to his room, staff returned UC's mat and blanket that were removed during the incident. Several staff were injured as a result of this incident as specified above. |

⊞ **Follow-up and/or Resolution (History)**

| Prior Text | Date Updated | Submitted By |
|---|---|---|
| Pending full investigation. Follow up will be provided in a SIR Addendum. | 8/23/2017 3:08:42 PM | egallardo@svjc.org |

| Follow-up and/or Resolution: | ADDENDUM 08/23/17: In accordance with the Shenandoah Valley Juvenile Center's behavioral management policy, UC was removed from regular programing for threatening behavior and assault on staff. UC's behavior will be continually evaluated in order to expedite UC's reintegration into regular programming while maintaining the safety of UC, staff and other minors in the program. Removal from programming will not exceed 24 hours, without administrative approval. Following reintegration, Clinician and Case Manager will meet with UC to discuss safety concerns and behavioral management. Follow up will be documented in UC's individual progress notes and case manager notes. |

⊞ **Recommendations (History)**

| Prior Text | Date Updated | Submitted By |
|---|---|---|
| Pending full investigation. Follow up will be provided in a SIR Addendum. | 8/23/2017 3:08:42 PM | egallardo@svjc.org |

| Recommendations: | It is recommended that UC | continue to receive case management, clinical, legal, and medical services. |

**Reporting:**

| Reported To State Licensing: | ⦾ Yes ⦿ No | Date of Report: | | Time of Report: | |
|---|---|---|---|---|---|
| Was the Incident Investigated? | ⦾ Yes ⦿ No | Date Notified the Incident will be investigated: | | Case/Confirmation Number: | |

Explain

⊞ **Progress of Investigation (History)**

⊞ **Results/Findings of Investigation (History):**

Results/Findings of Investigation:
Attach Reports/Findings:

| Is CPS Different From State Licensing: | ⦿ Yes ⦾ No | | | | |
|---|---|---|---|---|---|
| Reported To CPS: | ⦾ Yes ⦿ No | Date of Report: | | Time of Report: | |
| Was the Incident Investigated? | ⦾ Yes ⦿ No | Date Notified the Incident will be investigated: | | Case/Confirmation Number: | |

Explain
Results/Findings of Investigation:
Attach Reports/Findings:

| Reported To Local Law Enforcement: | ⦾ Yes ⦿ No | Date of Report: | | Time of Report: | |
|---|---|---|---|---|---|
| | | Officer Name: | | Officer Badge: | |
| Was the Incident Investigated? | ⦾ Yes ⦿ No | Date Notified the Incident will be investigated: | | Case/Confirmation Number: | |

Explain

⊞ **Progress of Investigation (History)**

⊞ **Results/Findings of Investigation (History):**

Results/Findings of Investigation:
Attach Reports/Findings:

**ORR Notifications:**

| Name | Agency/Title | Date Notified | Time Notified | Email | Telephone Number |
|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| Jessie Mansilla | | ORR/FFS | 8/22/2017 | 04:30 PM | jessie.mansilla@acf.hhs.go | 2024014844 |
| Rachel Jacobs Gainor | | ORR/PO | 8/22/2017 | 04:30 PM | rachel.jacobs@acf.hhs.gov | 2024012332 |
| | | Medical Coordinator | | | | |
| Patricia Melendres | | Case Coordinator | 8/22/2017 | 04:30 PM | patricia.melendres@gdit.co | 2035876557 |
| Mark Bennett | | CFS | 8/22/2017 | 04:30 PM | mark.bennett@acf.hhs.gov | 2024014827 |
| DCS Hotline | | SIR Hotline | 8/22/2017 | 04:30 PM | sirhotline@acf.hhs.gov | 2024015709 |
| Rebecca Schreuder | | GDIT Supervisor | 8/22/2017 | 04:30 PM | Rebecca.Schreuder@GDIT.c | 2475520202 |

**Other Notifications:**

**Is this an SIR for a Runaway?**    ○ Yes  ⦿ No

| Title | Name | Date Notified | Time Notified | Method of Notification | Specify |
|---|---|---|---|---|---|
| ICE Juvenile Coordinator | | | | Phone | |

**Reporter and Follow-Up Contact:**

| Type | Name | Title | Email | Telephone Number |
|---|---|---|---|---|
| Staff Filing Report | Elsa Gallardo | Case Manager | egallardo@svjc.org | 5408860729 |
| Contact for Follow-Up | Elsa Gallardo | Case Manager | egallardo@svjc.org | 5408860729 |