# EXHIBIT C

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA

### Harrisonburg Division

| | |
|---|---|
| **JOHN DOE 1**, *et al.*, by and through their next friend, **NELSON LOPEZ**, on behalf of themselves and all persons similarly situated, | |
| *Plaintiffs,* | **CIVIL ACTION** |
| v. | **Case No.: 5:17-cv-00097-EKD** |
| **SHENANDOAH VALLEY JUVENILE CENTER COMMISSION**, | **Honorable Elizabeth K. Dillon** |
| *Defendant.* | |

## AFFIDAVIT

**COMMONWEALTH OF VIRGINIA**
**COUNTY OF AUGUSTA:**

This day, Emily Twigg, Case Manager for Shenandoah Valley Juvenile Center Commission, appeared before the undersigned notary public and made oath to the following based on her personal knowledge:

1.      I am employed as a case manager for Shenandoah Valley Juvenile Center Commission ("SVJC").

2.      I am the case manager for Plaintiff John Doe 2 ("Doe 2") and Plaintiff John Doe 3 ("Doe 3").

3.      As their case manager, I supervise and oversee all aspects of Doe 2 and Doe 3's care and placement at SVJC.

4.      I am a custodian of and have access to Doe 2 and Doe 3's case files in the performance of my employment responsibilities.

5.      All records referenced by and attached to this affidavit:

(a)      Are true, accurate, and complete copies of records regularly maintained by SVJC as part of Doe 2 and Doe 3's case files in the ordinary course of business;

(b) Are made at or near the time of the actions and events described therein;

(c) Are prepared using information provided by persons with knowledge of the actions and events described therein; and

(d) Are made and maintained as a regular practice by SVJC.

6. Doe 2 was originally placed at BCFS Harlingen Shelter before being transferred to a higher security placement at BCFS San Antonio due to behavioral problems.

7. Doe 2 was involved in 16 significant behavioral incidents during the 90-day period he was at BCFS San Antonio.

8. On September 30, 2017, Doe 2's placement was stepped up again and he was transferred to SVJC due to his aggressive behavior at BCFS San Antonio.

9. Doe 2 underwent a psychological assessment and evaluation with Dr. Joseph Gorin on November 15, 2017.

10. Doe 2 has been evaluated and treated by psychiatrist Timothy J. Kane, M.D., on numerous occasions while placed at SVJC.

11. Doe 2 has participated in one-on-one and group counseling sessions with a licensed professional counselor on approximately 86 occasions while placed at SVJC.

12. On October 2, 2017, Doe 2 received an LEP Education Assessment and Plan, a copy of which is attached as Exhibit C-1.

13. Doe 2 has been encouraged to attend classes taught in English at SVJC but has declined to do so.

14. Doe 2 has regularly attended physical education and outdoor recreation in the courtyard outside the building while at SVJC.

15. A copy of a report from Doe 2's file is attached as Exhibit C-2 that describes the events which may correspond with Doe 2's allegation that he was thrown to the wall while in handcuffs after shouting profanities in class. As stated in the report:

(a) On November 10, 2017, Doe 2 continued to yell, curse, and ball his fists in a threatening manner while in class despite several verbal warnings from staff.

(b) Doe 2 refused a request to take a timeout in his room.

(c) Doe 2 was placed in physical restraint to remove him from the classroom once all less intrusive measures were exhausted.

(d)     Doe 2 punched staff in the stomach and attempted to bite and kick staff during the incident.

(e)     While in his room, Doe 2 started banging his head on the slab under his bed and stated "I am going to blame this on you" to staff.

(f)     Doe 2 also started tightening the mechanical restraints on his wrists.

(g)     Doe 2 declined staff's request to loosen the restraints and stated "I am going to say you did this to me."

(h)     Doe 2 declined staff's offer of medical assistance for the marks on his head and wrists.

16.     A copy of a report from Doe 2's file is attached as Exhibit C-3 that describes the events which may correspond with Doe 2's allegation of taking a swing at staff and being placed in the emergency restraint chair. As stated in the report:

(a)     On November 18, 2017, Doe 2 refused to enter his room after several verbal requests from staff.

(b)     Doe 2 was placed in physical restraint after less intrusive measures were exhausted.

(c)     Doe 2 struggled against the restraints and attempted to hit, kick, and spit on staff.

(d)     Doe 2 told other UAC to "go off".

(e)     Doe 2 was placed in a spit mask to protect staff from being spit upon or bitten.

(f)     Doe 2 began twisting his wrists in mechanical restraints and leaving marks on his wrists.

(g)     Doe 2 resisted staff's efforts to loosen the restraints.

(h)     After several unsuccessful attempts to calm him down, Doe 2 was placed in the emergency restraint chair.

(i)     Doe 2 head-butted the wall and chewed a hole in the spit mask while being placed in the chair.

(j)     Doe 2 spat through the hole in the spit mask into the face of a staff member.

(k)     After being taken to a separate room to cool down, Doe 2 stated "wait until I tell everyone what you did, I am going to get you."

(l)     Doe 2 was removed from programming for 24 hours following this incident.

17.     A copy of a report from Doe 2's file is attached as Exhibit C-4 that describes the events which may correspond with Doe 2's allegation that he was poked in the ribs with a pen while being restrained. As stated in the report:

(a)     On October 16, 2016, Doe 2 was given a timeout after calling his teacher a "pinche puta."

(b)     Doe 2 refused several verbal requests by staff to walk to his room.

(c)     Doe 2 refused and stated that he "did not need a fucking time out."

(d)     Doe 2 was placed in physical restraint once all less intrusive measures had been exhausted.

(e)     Mechanical restraints were applied after Doe 2 continued to resist while threatening and trying to kick staff.

(f)     The physical and mechanical restraints were removed once Doe 2 was placed in his room.

(g)     Doe 2 was in restraints for approximately three minutes.

(h)     After returning to his room, Doe 2 ripped up his shirt and pants and began making superficial bite marks on his left forearm.

(i)     Doe 2 received medical treatment following the incident.

(j)     SVJC reported Doe 2's allegations of being stabbed with a pen to Child Protective Services for an investigation.

18.     SVJC has not received notice of an adverse outcome or determination from Child Protective Services or the Department of Juvenile Justice with respect to any of Doe 2's reported allegations.

19.     Doe 3 was originally placed at St. Peter-St. Joseph's Children's Home.

20.     Doe 3 was transferred to a higher security placement at BCFS San Antonio after he disclosed his involvement in an assault in his home country that led to the death of the victim.

21.     Doe 3 restated his involvement in the assault while at BCFS San Antonio and was stepped up again and transferred to a higher security placement at SVJC on August 4, 2017.

22.     SVJC staff had no involvement in Doe 3's transportation to SVJC from his prior placement.

23.     Doe 3 underwent a psychological evaluation by Dr. Gustavo E. Rife on November 21, 2017.

24.     Doe 3 has been evaluated and treated by psychiatrist Timothy J. Kane, M.D., on approximately nine occasions while placed at SVJC.

25.     Doe 3 has participated in one-on-one and group counseling sessions with a licensed professional counselor on approximately 123 occasions while placed at SVJC.

26.     Doe 3 has assaulted other juveniles on multiple occasions while at SVJC.

27.     A copy of a report from Doe 3's file is attached as Exhibit C-5 that describes the events which may correspond with Doe 3's allegation that he was abused and placed on restriction for holding the door open for his art class. As stated in the report:

    (a)    On October 5, 2017, Doe 3 was repeatedly pulling on door handles and talking in the hallway while in route to art class.

    (b)    Despite several requests from staff, Doe 3 continued to talk and curse staff while walking down the hallway.

    (c)    Doe 3 refused staff's request that he return to his room for a timeout.

    (d)    Doe 3 was placed in physical restraint once less intrusive measures were exhausted.

    (e)    Doe 3 resisted restraint and caused himself and staff to fall to the floor.

    (f)    Doe 3 was placed in his room without further issue and temporarily removed from school programming.

    (g)    Doe 3's clothes, mattress and blanket were not removed from his room.

28.     A copy of a report from Doe 3's file is attached as Exhibit C-6 that describes the events which may correspond with Doe 3's allegation that he was swarmed by staff with a shield for putting paper over the window in his door for privacy. As stated in the report:

    (a)    On August 20, 2017, Doe 3 failed to acknowledge staff and stand for the morning count by staff.

    (b)    Upon entering Doe 3's room to check his safety, staff discovered that Doe 3 had ripped up all of his clothes, bedding, books, and other personal items in his room.

    (c)    Doe 3 later covered the window of his door.

    (d)    Doe 3 refused several verbal requests by staff to uncover the window so that they could complete their visual safety checks.

(e)     Once less intrusive measures were exhausted, staff entered Doe 3's room and restrained him while the window was uncovered and the remnants of his destroyed property were removed.

29.     The incident described above in Paragraph 28 is the only one in which Doe 3 has been temporarily without a mattress.

30.     In addition to the incident described above in Paragraph 28, Doe 3 has been temporarily without a shirt or pants after destroying them on two other occasions.

31.     No mechanical restraints were used on Doe 3 while at SVJC.

32.     Doe 3 was never placed in the emergency restraint chair while at SVJC.

33.     SVJC has not received notice of an adverse outcome or determination from Child Protective Services or the Department of Juvenile Justice with respect to any of Doe 3's reported allegations.


Emily Twigg


Subscribed and sworn before me this 19th day of March 2018 by Emily Twigg
My commission expires 1/31/2020.
Notary Registration No. 7682465.

NOTARY PUBLIC





# LEP EDUCATION ASSESSMENT AND PLAN

**STUDENT NAME:**

**DATE OF BIRTH:**

**GRADE:** 10th

**HOME LANGUAGE:** Spanish

**EDUCATIONAL/PERSONAL SUMMARY:** is from Mexico, but has lived and attended school in the United States his entire life. He last attended school in May of 2017, through the end of the 2016-2017 school year, and expressed interest in earning a high school diploma, attending college or a vocational/ trade school, joining the military, and finding immediate employment. took R.O.T.C. classes in his previous school, and says that his strengths include playing football, painting, and fixing things. In his free time, he says he likes to go out with his friends and go to parties. He mentions that his mother is most important to him and that his favorite school subject is Math. In addition, says that he would like to improve his skills in reading, Math, writing, Social Studies, Science, spelling, test taking, paying attention, getting along with his teachers, getting along with peers, Health, completing work on time, and English. Lastly, when asked how frequently he likes to read, responded that he sometimes reads for pleasure.

**COMPOSITE PROFICIENCY LEVELS AND GOALS:** will attend school daily; participate in learning activities developed to foster the acquisition of English and high school content; learn basic conversational and survival English words and phrases; follow rules and routines, maintain respectful interactions with faculty, staff, and peers. Grade reports will be posted at 9 week intervals or when student is released from the facility.

**Speaking:** Level 5
- Give multimedia oral presentations on grade-level material
- Engage in debates on content-related issues using technical language
- Explain metacognitive strategies for solving problems (e.g., "Tell me how you know it.")
- Negotiate meaning in pairs or group discussions

**Listening:** Level 2
- Match or classify oral descriptions to real-life experiences or visually represented, content-related examples
- Sort oral language statements according to time frames
- Sequence visuals according to oral directions

**Reading:** Level 1
- Match visual representations to words/phrases
- Read everyday signs, symbols, schedules, and school-related words/phrases
- Respond to WH- questions related to illustrated text
- Use references (e.g., picture dictionaries, bilingual glossaries, technology)

**Writing:** Level 1
- Label content-related diagrams, pictures from word/phrase banks
- Provide personal information on forms read orally
- Produce short answer responses to oral questions with visual support

# LEP EDUCATION ASSESSMENT AND PLAN



• Supply missing words in short sentences

**COMBINED PROFICIENCY LEVEL (ADJUSTED FOR GRADE LEVEL)**: 1.0

**INSTRUCTIONAL RECOMMENDATIONS:**
-ELL/ Bilingual Instruction
-Website with curriculum: https://www.wida.us/standards/
Mainstream when criteria met; attend Physical Education, Spanish Literacy/Technology, and Art/Music Therapy daily.

**ASSESSMENT/W-APT TEST DATE:** 10/2/2017

**PROGRAM ENTRY DATE:** 9/29/2017



EXHIBIT
C-2

## UAC Basic Information

| | | | |
|---|---|---|---|
| First Name: | | Status: | ADMITTED |
| Last Name: | | AKA: | |
| Date of Birth: | | Gender: | M |
| A No.: | 212983478 | LOS: | 44 |
| Age: | 16 | LOC: | 179 |
| Child's Country of Birth: | Mexico | Current Program: | Shenandoah Valley Juvenile Center |
| Admitted Date: | 9/30/2017 | Current Location: | Staunton, VA |
| ORR Placement Date: | 5/17/2017 | | |

Event Type: SIR Event
Date of Event: 11/10/2017      Time of Event: 10:20 AM      Event ID: 113108

Synopsis of Event: UC was removed for threatening behavior

## Significant Incident Report (Addendum)

○ Emergency SIR          ⦿ SIR

### SIR

| ☐ Abuse/Neglect in ORR Care | --Select-- | Alleged Perpetrator: | --Select-- |
|---|---|---|---|

| ☐ Past Abuse/Neglect Not in ORR Care | | | |
|---|---|---|---|
| | ☐ Abuse In Home Country | ☐ Abuse On Journey | |
| | ☐ Neglect/Abandonment in the Home Country | ☐ Neglect/Abandonment in the United States | |
| | ☐ Abuse In UnitedStates | ☐ Other | |
| | ☐ Abuse In DHS Custody | Specify: | |
| | ☐ Physical Abuse In ICE Custody | | |
| | ☐ Sexual Abuse In ICE Custody | | |
| | ☐ Physical Abuse In CBP Custody | | |
| | ☐ Sexual Abuse In CBP Custody | | |
| | ☐ Other | | |
| | Specify: | | |

| ☑ Major Behavioral Incidents that threaten safety | | | |
|---|---|---|---|
| | ☐ Possession/Use of a Weapon | ☐ Physical Aggression/Harm to Others | |
| | ☐ Suicidal Ideation | ☐ Use of Drugs and/or Alcohol in ORR Custody | |
| | ☑ Verbal Aggression | ☐ Self-injurious Behaviors/Self Mutilation | |
| | ☐ Other | ☐ Suicide Attempt/Gesture | |
| | Specify: | | |

| ☐ Runaway | ☐ Runaway | ☐ Attempted Runaway | |
|---|---|---|---|

| ☐ Incidents Involving Law Enforcement | | | |
|---|---|---|---|
| | ☐ Search | ☐ Investigate/Response | |
| | ☐ Interview | ☐ Arrest | |
| | ☐ Other | | |
| | Specify: | | |

| ☐ Safety Measures | ☐ One-on-One Supervision | ☐ Use of Restraints | ☐ Pat-Down or Other Searches |
|---|---|---|---|

| ☐ Criminal History | | |
|---|---|---|
| | ☐ Significant Criminal History in Home Country | |
| | ☐ Significant Criminal History in United States | |
| | ☐ Other | |
| | Specify: | |

| ☐ Pregnancy Related Issues | ○ Pregnancy | ○ Childbirth | ○ Termination Request |
|---|---|---|---|
| | Please describe how the pregnancy occurred and if there are any medical complications related to the pregnancy: | | |

| ☐ Other | | |
|---|---|---|
| | ☐ Contact or Threats to UC while in ORR Care (from smuggling syndicates, organized crime, other criminal actors) | |
| | ☐ Other | |
| | Specify: | |

### Incident Information:

| Did the incident take place at another care provider facility? | ○ Yes ⦿ No | Care Provider Name: | --Select Provider Name-- |
|---|---|---|---|
| | | Care Provider City: --Select Provider City-- | Care Provider State: --Select Provider State-- |

| Location of Incident: | School Area | Date Reported To Care Provider: | 11/10/2017 | Time Reported To Care Provider: | 09:40 AM |
|---|---|---|---|---|---|
| School Area: | On-Site | Date Reported To ORR: | 11/10/2017 | Time Reported To ORR: | 09:40 AM |

### ⊞ Description of Incident (History)

| Prior Text | Date Updated | Submitted By |
|---|---|---|
| UC was removed for Disruptive/threatening behavior. Pending full investigation. Follow up will be provided in a SIR addendum. | 11/13/2017 6:30:17 PM | etwigg |

Description of Incident: (Full Description of Incident)  On 11/10/17 at 9:40 AM, residents of Alpha Pod were participating in school programming. UC          had been given several warnings due to disruptive behavior. UC was asked to leave the classroom and return to his room for a timeout. UC refused to return to his room. Multiple staff verbally directed UC to enter his room several times. UC continued to yell, curse, and ball his fists up in a threatening manner. After all less intrusive measures were exhausted, UC was placed in a physical restraint by Mr. Berkley, Resident Supervisor, to

ensure the safety of the UC, staff, and other minors in the program. Mr. Berkley transferred the Physical restraint to Mr. Marable, Resident Supervisor, during the transfer, UC punched Mr. Marable in the stomach. UC attempted to kick and bite staff. Due to the continued assaultive intentions of the minor, UC was placed in mechanical restraints to ensure the safety of the UC, staff, and other minors in the program. At 9:51 AM, UC started to bang his head on the concrete slab of his bed, causing marks on his head and minor bleeding. At 9:53, UC continued to hit his head on the slab and stated "I am going to blame this on you". At 10:01, UC started to turn his wrists aggressively, tightening the mechanical restraint. Staff asked UC if he would permit them to adjust the mechanical restraint to loosen it but UC refused. At 10:05, UC stated "I am going to say you did this to me.", referring to the marks on his wrists from the tightening mechanical restraints. At 10:20, UC was calm and staff were able to release UC from all restraints and exit the room. At this time, staff informed UC that he was removed from regular programming for threatening and disruptive behavior.

**Was the UAC or Anyone Else Injured?:**  ◉ Yes ○ No   **Specify:** UC had self inflicted injuries on his forehead and wrists. UC refu

**Actions Taken**

**⊞ Staff Response and Intervention (History)**

| Prior Text | Date Updated | Submitted By |
|---|---|---|
| Pending full investigation. Follow up will be provided in a SIR addendum. | 11/13/2017 6:30:17 PM | etwigg |

| Staff Response and Intervention | On 11/10/17 at 9:40 AM, staff redirected UC several times for disruptive behavior during school programming. Ms. Leos asked UC to return to his room for a timeout. UC refused and began to act in a threatening manner. Staff made several attempts to verbally redirect UC to enter his room. Mr. Berkley placed UC in a physical restraint escorted him to his room. Once in his room, Mr. Berkley passed on the physical restraint to Mr. Marable. UC became assaultive and Mr. Berkley placed UC in mechanical restraints. UC started to engage in self-harm behaviors such as banging his head on his bunk and tightening his mechanical restraints. Staff offered medical attention for these injuries but UC refused. UC reported that he would blame these injuries on the staff. Staff noted these comments. When UC was calm, staff released him from all restraints and exited the room. Once the door was secured, Staff informed UC that he was removed from regular programming for threatening and disruptive behavior. Medical staff followed up with UC about his injuries. UC refused medical attention. |
|---|---|

**⊞ Follow-up and/or Resolution (History)**

| Prior Text | Date Updated | Submitted By |
|---|---|---|
| Pending full investigation. Follow up will be provided in a SIR addendum. | 11/13/2017 6:30:17 PM | etwigg |

| Follow-up and/or Resolution: | In accordance with the Shenandoah Valley Juvenile Center's behavioral management policy, UC was removed from regular programming for threatening and disruptive behavior. UC's behavior will be continually evaluated in order to expedite minor's reintegration into regular programming while maintaining the safety of UC, Staff and other minors in the program. Following reintegration, Clinician and Case Manager will meet with UC to discuss safety concerns and behavioral management. Follow up will be documented in UC's individual progress notes and case manager notes. SVJC staff will follow up regarding UC's medical needs following the incident. |
|---|---|

**⊞ Recommendations (History)**

| Prior Text | Date Updated | Submitted By |
|---|---|---|
| Pending full investigation. Follow up will be provided in a SIR addendum. | 11/13/2017 6:30:17 PM | etwigg |

| Recommendations: | It is recommended that UC continue to receive case management, clinical, legal, and medical services. |
|---|---|

**Reporting:**

| Reported To State Licensing: | ○ Yes ◉ No | Date of Report: | | Time of Report: |
|---|---|---|---|---|
| Was the Incident Investigated? | ○ Yes ◉ No | Date Notified the Incident will be investigated: | | Case/Confirmation Number: |

**Explain**

**⊞ Progress of Investigation (History)**

**⊞ Results/Findings of Investigation (History):**

Results/Findings of Investigation:
Attach Reports/Findings:

| Is CPS Different From State Licensing: | ◉ Yes ○ No |
|---|---|

| Reported To CPS: | ○ Yes ◉ No | Date of Report: | | Time of Report: |
|---|---|---|---|---|
| Was the Incident Investigated? | ○ Yes ◉ No | Date Notified the Incident will be investigated: | | Case/Confirmation Number: |

**Explain**

Results/Findings of Investigation:
Attach Reports/Findings:

| Reported To Local Law Enforcement: | ○ Yes ◉ No | Date of Report: | | Time of Report: |
|---|---|---|---|---|
| | | Officer Name: | | Officer Badge: |
| Was the Incident Investigated? | ○ Yes ◉ No | Date Notified the Incident will be investigated: | | Case/Confirmation Number: |

**Explain**

**⊞ Progress of Investigation (History)**

**⊞ Results/Findings of Investigation (History):**

Results/Findings of Investigation:
Attach Reports/Findings:

**ORR Notifications:**

| Name | Agency/Title | Date Notified | Time Notified | Email | Telephone Number |
|---|---|---|---|---|---|
| Jessie Mansilla | ORR/FFS | 11/10/2017 | 09:40 AM | jessie.mansilla@acf.hhs.gov | 2024014844 |
| Rachel Jacobs | ORR/PO | 11/10/2017 | 09:40 AM | rachel.jacobs@acf.hhs.gov | 2024012332 |

| | | Medical Coordinator | | | | |
|---|---|---|---|---|---|---|
| Patricia Melendres | Case Coordinator | 11/10/2017 | 09:40 AM | patricia.melendres@gdit.com | 035876557 |
| Mark Bennett | CFS | 11/10/2017 | 09:40 AM | mark.bennett@acf.hhs.gov | 2024014827 |
| SIR Hotline | SIR Hotline | 11/10/2017 | 09:40 AM | sirhotline@acf.hhs.gov | 2024015709 |

**Other Notifications:**

Is this an SIR for a Runaway?        ☐ Yes  ☑ No

| Title | Name | Date Notified | Time Notified | Method of Notification | Specify |
|---|---|---|---|---|---|
| ICE Juvenile Coordinator | | | | Phone | |

**Reporter and Follow-Up Contact:**

| Type | Name | Title | Email | Telephone Number |
|---|---|---|---|---|
| Staff Filing Report | E Trantham | Assistant Supervisor | etrantham@svjc.org | 5408860729 |
| Contact for Follow-Up | E Ropp | Cliclian | eropp@svjc.org | 5408860729 |

EXHIBIT

C-3

**UAC Basic Information**

| | | | |
|---|---|---|---|
| First Name: | | Status: | ADMITTED |
| Last Name: | | AKA: | BC: |
| Date of Birth: | | Gender: | M |
| A No.: | 212983478 | LOS: | 51 |
| Age: | 16 | LOC: | 186 |
| Child's Country of Birth: | Mexico | Current Program: | Shenandoah Valley Juvenile Center |
| Admitted Date: | 9/30/2017 | Current Location: | Staunton, VA |
| ORR Placement Date: | 5/17/2017 | | |

| | | | | | |
|---|---|---|---|---|---|
| Event Type: | SIR Event | | | | |
| Date of Event: | 11/18/2017 | Time of Event: | 06:18 PM | Event ID: | 114215 |

**Synopsis of Event:** UC was removed from program for FTO/threatening behavior.

**Significant Incident Report (Addendum)**

○ Emergency SIR  ● SIR

**SIR**

| | | | |
|---|---|---|---|
| ☐ Abuse/Neglect in ORR Care | --Select-- | Alleged Perpetrator: | --Select-- |

| ☐ Past Abuse/Neglect Not in ORR Care | | |
|---|---|---|
| | ☐ Abuse In Home Country | ☐ Abuse On Journey |
| | ☐ Neglect/Abandonment in the Home Country | ☐ Neglect/Abandonment in the United States |
| | ☐ Abuse In UnitedStates | ☐ Other |
| | ☐ Abuse In DHS Custody | Specify: |
| | ☐ Physical Abuse In ICE Custody | |
| | ☐ Sexual Abuse In ICE Custody | |
| | ☐ Physical Abuse In CBP Custody | |
| | ☐ Sexual Abuse In CBP Custody | |
| | ☐ Other | |
| | Specify: | |

| ☑ Major Behavioral Incidents that threaten safety | | |
|---|---|---|
| | ☐ Possession/Use of a Weapon | ☑ Physical Aggression/Harm to Others |
| | ☐ Suicidal Ideation | ☐ Use of Drugs and/or Alcohol in ORR Custody |
| | ☑ Verbal Aggression | ☐ Self-injurious Behaviors/Self Mutilation |
| | ☐ Other | ☐ Suicide Attempt/Gesture |
| | Specify: | |

| ☐ Runaway | ☐ Runaway | ☐ Attempted Runaway |
|---|---|---|

| ☐ Incidents Involving Law Enforcement | | |
|---|---|---|
| | ☐ Search | ☐ Investigate/Response |
| | ☐ Interview | ☐ Arrest |
| | ☐ Other | |
| | Specify: | |

| ☐ Safety Measures | ☐ One-on-One Supervision | ☐ Use of Restraints | ☐ Pat-Down or Other Searches |
|---|---|---|---|

| ☐ Criminal History | | |
|---|---|---|
| | ☐ Significant Criminal History in Home Country | |
| | ☐ Significant Criminal History in United States | |
| | ☐ Other | |
| | Specify: | |

| ☐ Pregnancy Related Issues | | |
|---|---|---|
| | ○ Pregnancy    ○ Childbirth    ○ Termination Request | |
| | Please describe how the pregnancy occurred and if there are any medical complications related to the pregnancy: | |

| ☐ Other | | |
|---|---|---|
| | ☐ Contact or Threats to UC while in ORR Care (from smuggling syndicates, organized crime, other criminal actors) | |
| | ☐ Other | |
| | Specify: | |

**Incident Information:**

| | | | |
|---|---|---|---|
| Did the incident take place at another care provider facility? | ○ Yes ● No | Care Provider Name: | -- Select Provider Name -- |
| | | Care Provider City: | -- Select Provider City -- Care Provider State: -- Select Provider State -- |
| Location of Incident: | Housing Area | Date Reported To Care Provider: 11/18/2017 | Time Reported To Care Provider: 06:18 PM |
| Other Specify: | Alpha | Date Reported To ORR: 11/18/2017 | Time Reported To ORR: 09:25 PM |

⊞ **Description of Incident (History)**

| Prior Text | Date Updated | Submitted By |
|---|---|---|
| UC was removed from program for threatening behavior/FTO. Pending full investigation. Follow up will be provided in a SIR Addendum. | 11/20/2017 5:06:24 PM | etwigg |

**Description of Incident: (Full Description of Incident)** On 11/18/17 at 6:15 PM, residents of Alpha Pod were participating in daily cleaning. UC _____ had not earned enough behavioral points throughout the day to participate in regular programming that evening. Following cleaning, UC was refused to enter his room. Staff redirected UC several times directing him to enter his room willingly. UC became upset and shift supervisors were called to speak with UC. Ms. Thacker, Assistant Shift Supervisor, and Ms. Bolen, Shift Supervisor attempted to verbally redirect UC with no success. After less intrusive measures were exhausted, Mr. Rose and Mr. Smith, Resident Supervisors, placed UC in a physical restraint to ensure the safety of

the UC, staff, and other minors in the program. UC struggled against the restraint and attempted to hit, kick, and spit on staff. Due to the physical aggression displayed by UC, UC was placed on the floor by staff. UC ten attempted to head but staff. UC continued to act in an aggressive manner, even telling other minors to "go off". At 6:22, Staff placed UC in mechanical restraints to ensure the safety of the UC, staff, and other minors in the program. UC then began to twist his wrists in the mechanical restraints, marking his skin. Staff attempted to double lock the cuffs to loosen them. UC resisted staff efforts to loosen the cuff and continued to act aggressively. At 6:33, after several attempts to help him calm down, UC was placed in the restraint chair to ensure his own safety, the safety of staff, and the safety of other minors in the program. As he was being place in the chair, UC head-butted the wall and chewed a hole in the spit mask. UC spat through this hole directly in the face of Ms. Bolen. Once UC was secured in the chair, UC was taken to a separate room to cool down under direct supervision. UC continued to threaten and curse staff. UC repeated "wait until I tell everyone what you did, I am going to get you." UC also stated that he had not hit anyone while on camera and that everything in his room was no camera. At 8:03, UC had calmed down and was able to be released form the restraint chair. Once UC was secured in his room, staff informed him that he had been removed from regular programming for failure to obey and threatening behavior.

| Was the UAC or Anyone Else Injured?: | ⊙ Yes ○ No | Specify: UC complained of Left hand and shoulder pain. Cuts on wrists. |
|---|---|---|

**Actions Taken**

**Staff Response and Intervention (History)**

| Prior Text | Date Updated | Submitted By |
|---|---|---|
| Pending full investigation. Follow up will be provided in a SIR Addendum. | 11/20/2017 5:06:24 PM | etwigg |

| Staff Response and Intervention | On 11/18/17 at 6:15 PM, staff redirected UC _____ several times to comply with direction to enter his room. After continued noncompliance, Staff placed UC in a physical restraint. Due to continued physical aggression by UC, staff placed UC in mechanical restraints. UC continued to act aggressively and staff received permission to place UC in the mechanical restraint chair. Staff placed UC in the restraint chair and supervised him until he had calmed down. Staff took note of their observations of UC's comments and behaviors to report to supervisors. Following the incident, staff offered UC medical attention for the marks on his wrists and pain in his left hand and shoulder. |
|---|---|

**Follow-up and/or Resolution (History)**

| Prior Text | Date Updated | Submitted By |
|---|---|---|
| Pending full investigation. Follow up will be provided in a SIR Addendum. | 11/20/2017 5:06:24 PM | etwigg |

| Follow-up and/or Resolution: | In accordance with the Shenandoah Valley Juvenile Center's behavioral management policy, UC _____ was removed from regular programming for threatening and disruptive behavior. UC's behavior will be continually evaluated in order to expedite minor's reintegration into regular programming while maintaining the safety of UC, Staff and other minors in the program. Following reintegration, Clinician and Case Manager will meet with UC to discuss safety concerns and behavioral management. Follow up will be documented in UC's individual progress notes and case manager notes. SVJC Medical staff will follow up regarding UC's medical needs following the incident. |
|---|---|

**Recommendations (History)**

| Prior Text | Date Updated | Submitted By |
|---|---|---|
| Pending full investigation. Follow up will be provided in a SIR Addendum. | 11/20/2017 5:06:24 PM | etwigg |

| Recommendations: | It is recommended that UC _____ continue to receive case management, clinical, legal, and medical services. |
|---|---|

**Reporting:**

| Reported To State Licensing: | ○ Yes ⊙ No | Date of Report: | Time of Report: |
|---|---|---|---|
| Was the Incident Investigated? | ○ Yes ⊙ No | Date Notified the Incident will be investigated: | Case/Confirmation Number: |

Explain

**Progress of Investigation (History)**

**Results/Findings of Investigation (History):**

Results/Findings of Investigation:

Attach Reports/Findings:

| Is CPS Different From State Licensing: | ⊙ Yes ○ No |
|---|---|

| Reported To CPS: | ○ Yes ⊙ No | Date of Report: | Time of Report: |
|---|---|---|---|
| Was the Incident Investigated? | ○ Yes ⊙ No | Date Notified the Incident will be investigated: | Case/Confirmation Number: |

Explain

Results/Findings of Investigation:

Attach Reports/Findings:

| Reported To Local Law Enforcement: | ○ Yes ⊙ No | Date of Report: | Time of Report: |
|---|---|---|---|
| | | Officer Name: | Officer Badge: |
| Was the Incident Investigated? | ○ Yes ⊙ No | Date Notified the Incident will be investigated: | Case/Confirmation Number: |

Explain

**Progress of Investigation (History)**

**Results/Findings of Investigation (History):**

Results/Findings of Investigation:

Attach Reports/Findings:

**ORR Notifications:**

| Name | Agency/Title | Date Notified | Time Notified | Email | Telephone Number |
|---|---|---|---|---|---|
| Jessie Mansilla | ORR/FFS | 11/18/2017 | 09:25 PM | jessie.mansilia@acf.hhs.gov | 2024014844 |
| Rachel Gainer | ORR/PO | 11/18/2017 | 09:25 PM | rachel.gainer@acf.hhs.gov | 2024014863 |

| | | Medical Coordinator | | | | |
|---|---|---|---|---|---|---|
| Patricia Melendres | Case Coordinator | 11/18/2017 | 09:25 PM | patricia.melendres@gdit.co | #035876557 |
| Mark Bennett | CFS | 11/18/2017 | 09:25 PM | mark.bennett@acf.hhs.gov | 2024014827 |
| SIR Hotline | SIR Hotline | 11/18/2017 | 09:25 PM | sirhotline@acf.hhs.gov | 2024015709 |

**Other Notifications:**

Is this an SIR for a Runaway?    ○ Yes ● No

| Title | Name | Date Notified | Time Notified | Method of Notification | Specify |
|---|---|---|---|---|---|
| ICE Juvenile Coordinator | | | | Phone | |

**Reporter and Follow-Up Contact:**

| Type | Name | Title | Email | Telephone Number |
|---|---|---|---|---|
| Staff Filing Report | Kristopher Kann | Shift Supervisor | kkann@svjc.org | 5408860729 |
| Contact for Follow-Up | Elizabeth Ropp | ORR/DCS lead case manager | eropp@svjc.org | 5408860729 |



**EXHIBIT**

C–4

| UAC Basic Information | | | |
|---|---|---|---|
| First Name: | | Status: | ADMITTED |
| Last Name: | | AKA: | |
| Date of Birth: | | Gender: | M |
| A No.: | 212983478 | LOS: | 16 |
| Age: | 16 | LOC: | 151 |
| Child's Country of Birth: | Mexico | Current Program: | Shenandoah Valley Juvenile Center |
| Admitted Date: | 9/30/2017 | Current Location: | Staunton, VA |
| ORR Placement Date: | 5/17/2017 | | |

Event Type: SIR Event
Date of Event: 10/16/2017     Time of Event: 09:15 AM     Event ID: 110158

Synopsis of Event: Disruptive and Threatening Behavior, Self Harm

| Significant Incident Report |
|---|

○ Emergency SIR     ⦿ SIR

**SIR**

| ☑ Abuse/Neglect in ORR Care | Physical Abuse | | Alleged Perpetrator: | Program Staff |
|---|---|---|---|---|

| ☐ Past Abuse/Neglect Not in ORR Care | ☐ Abuse In Home Country | ☐ Abuse On Journey |
|---|---|---|
| | ☐ Neglect/Abandonment in the Home Country | ☐ Neglect/Abandonment in the United States |
| | ☐ Abuse In UnitedStates | ☐ Other |
| | ☐ Abuse In DHS Custody | Specify: |
| |    ☐ Physical Abuse In ICE Custody | |
| |    ☐ Sexual Abuse In ICE Custody | |
| |    ☐ Physical Abuse In CBP Custody | |
| |    ☐ Sexual Abuse In CBP Custody | |
| |    ☐ Other | |
| | Specify: | |

| ☑ Major Behavioral Incidents that threaten safety | ☐ Possession/Use of a Weapon | ☑ Physical Aggression/Harm to Others |
|---|---|---|
| | ☐ Suicidal Ideation | ☐ Use of Drugs and/or Alcohol in ORR Custody |
| | ☑ Verbal Aggression | ☑ Self-injurious Behaviors/Self Mutilation |
| | ☑ Other | ☐ Suicide Attempt/Gesture |
| | Specify: Threatening behavior | |

| ☐ Runaway | ☐ Runaway | ☐ Attempted Runaway |
|---|---|---|

| ☐ Incidents involving Law Enforcement | ☐ Search | ☐ Investigate/Response |
|---|---|---|
| | ☐ Interview | ☐ Arrest |
| | ☐ Other | |
| | Specify: | |

| ☐ Safety Measures | ☐ One-on-One Supervision | ☐ Use of Restraints | ☐ Pat-Down or Other Searches |
|---|---|---|---|

| ☐ Criminal History | ☐ Significant Criminal History in Home Country |
|---|---|
| | ☐ Significant Criminal History in United States |
| | ☐ Other |
| | Specify: |

| ☐ Pregnancy Related Issues | ○ Pregnancy | ○ Childbirth | ○ Termination Request |
|---|---|---|---|
| | Please describe how the pregnancy occurred and if there are any medical complications related to the pregnancy: | | |

| ☐ Other | ☐ Contact or Threats to UC while in ORR Care (from smuggling syndicates, organized crime, other criminal actors) |
|---|---|
| | ☐ Other |
| | Specify: |

**Incident Information:**

| Did the incident take place at another care provider facility? | ○ Yes ⦿ No | Care Provider Name: | -- Select Provider Name -- | | |
|---|---|---|---|---|---|
| | | Care Provider City: | -- Select Provider City -- | Care Provider State: | -- Select Provider State -- |

| Location of Incident: | School Area | Date Reported To Care Provider: | 10/16/2017 | Time Reported To Care Provider: | 10:51 AM |
|---|---|---|---|---|---|
| School Area: | On-Site | Date Reported To ORR: | 10/16/2017 | Time Reported To ORR: | 02:30 PM |

Description of Incident: (Full Description of Incident)

UC was given a time-out while attending school for being disrespectful towards a teacher (e.g. calling her a "pinche puta." Once UC was in the hall, he sat down on the floor against the wall while stating that he "was not going to his room for a fucking time out that he did not need." Floor staff notified Assistant Shift Supervisors Mr. Moats and Ms. Thacker, as well as Shift Supervisor Ms. Craft. Supervisors attempted to talk UC into walking to his room for the time up; UC continued to refuse and stated that he "did not need a fucking time out." Floor Staff, Mr. Landaeta, was requested to translate and also encouraged UC to go to his room. UC continued to refuse with staff's directions and became louder, belligerent, and was observed balling his right fist up while telling staff to "not fucking touch me." Due to UC's continual disregard to less intrusive interventions, Moats and Floor Staff, Mr. Rose, attempted to place UC in a two man PRT as he was sitting on the floor against the wall. UC resisted while trying to kick and hit staff. Landaeta assisted with the PRT as Floor Staff, Mr. Ewing, took hold of UC's legs. UC was then turned over on his stomach and handcuffs were applied. UC continued to resist and threaten staff

throughout entire restraint. UC was lifted by Moats and Landaeta and escorted to his room. UC cursed and threatened Moats and Landaeta while being escorted. Once at UC's room door, UC attempted to spit on Moats's face while further resisting and kicking. UC was placed on his bunk on his stomach and handcuffs were removed. Staff exited the room once UC was calm enough. UC was in a PRT and handcuffs for approximately 3 minutes. Thacker contacted Clinician, Andrew Mayles, to speak with UC once he was secured in his room. Mayles arrived to UC's room door and saw that UC had ripped up his shirt and pants as well as began to bite his left forearms while sitting on the floor. Mayles attempted to engage with UC but was unsuccessful, as UC continued to rip his clothes and bite his arms while spitting out a mixture of blood and saliva. UC refused to talk to Mayles and was observed tying string from his ripped clothes around his left wrist. Mayles also observed UC kneeling towards his room bench and lightly bang his head on bench.

| Was the UC or Anyone Else Injured?: | ⦿ Yes ○ No | Specify: Please see below in staff response/follow up sections |
|---|---|---|

**Actions Taken**

**Staff Response and Intervention**

Mayles informed UC's assigned clinician, Evenor Aleman, regarding the events that occurred since UC was secured in his room. Aleman arrived at UC's room and witnessed UC siting against his room. Aleman attempted to engage UC and voiced concerned regarding his self-harm behavior. UC was initially silent but eventually began to speak. UC was tearful and irritable throughout entire conversation. Without prompt, UC untied the string around his left forearm. UC allowed Aleman to see the self-inflicted bite marks on left forearm. UC's bites appeared superficial, which no significant teeth markings. UC made allegations that staff assaulted him while being placed in his room. Aleman voiced further concern and asked UC to provide further insight on allegations. UC stated that the staff had forcefully placed him on his stomach on room bench, causing injury to his right collar bone area. UC also claimed that staff had "stabbed" him with a pen on the right side of his rib cage. It is important to note that UC had no ink marks or any sign of perforation on the skin of his rib cage or elsewhere on his body. However, UC appeared to have redness on collar bone area. While talking with Aleman, UC made vague threats towards the staff involved in removal. Aleman encouraged UC to not take matters into his own hands and that he would report his injuries and allegations to appropriate parties.

**Follow-up and/or Resolution:**

Aleman informed SVJC Program Manager Jason Klingensmith regarding allegations made by UC. Aleman informed nursing staff about injuries reported by UC. At 01:18 PM, Nurse, Lisa Anderson, met with _____ along with Mr. Oldham and Mr. Pacheco, Floor Staff; Aleman acted as an interpreter. UC reported pain from his collar bone area as well as pain around his wrists, where handcuffs were placed. Both areas appeared red while UC's collar bone area appeared to have small abrasions. UC did not report any pain regarding his ribcage area. Anderson provided UC two Ibuprofen 200mg for reported pain. In accordance with the Shenandoah Valley Juvenile Center's behavioral management policy, UC _____ was removed from regular programing for threatening behavior and disruptive behavior. UC's behavior will be continually evaluated in order to expedite UC's reintegration into regular programming while maintaining the safety of UC, resident supervisor and other minors in the program. Removal from programming will not exceed 24 hours, without administrative approval. Following reintegration, Clinician and Case Manager will meet with UC to discuss safety concerns and behavioral management. Follow up will be documented in UC's individual progress notes and case manager notes.

**Recommendations:**

It is recommended that UC continue to receive case management, clinical, legal, and medical services.

**Reporting:**

| Reported To State Licensing: | ○ Yes ⦿ No | Date of Report: | Time of Report: |
|---|---|---|---|
| Was the Incident Investigated? | ○ Yes ⦿ No | Date Notified the Incident will be investigated: | Case/Confirmation Number: |

**Explain**

**Results/Findings of Investigation:**

**Attach Reports/Findings:**

| Is CPS Different From State Licensing: | ⦿ Yes ○ No | | |
|---|---|---|---|
| Reported To CPS: | ⦿ Yes ○ No | Date of Report: 10/16/2017 | Time of Report: 02:00 PM |
| Was the Incident Investigated? | ○ Yes ○ No | Date Notified the Incident will be investigated: | Case/Confirmation Number: pending |

**Explain** Clinician filed report with local CPS. Information provided to Jamie Sullivan at 02:00PM.

**Results/Findings of Investigation:**

**Attach Reports/Findings:**

| Reported To Local Law Enforcement: | ○ Yes ⦿ No | Date of Report: | Time of Report: |
|---|---|---|---|
| | | Officer Name: | Officer Badge: |
| Was the Incident Investigated? | ○ Yes ⦿ No | Date Notified the Incident will be investigated: | Case/Confirmation Number: |

**Explain**

**Results/Findings of Investigation:**

**Attach Reports/Findings:**

**ORR Notifications:**

| Name | Agency/Title | Date Notified | Time Notified | Email | Telephone Number |
|---|---|---|---|---|---|
| Jessie Mansilla | ORR/FFS | 10/16/2017 | 02:30 PM | Jessie.Mansilla@acf.hhs.gov | 2024014844 |
| Rachel Jacobs | ORR/PO | 10/16/2017 | 02:30 PM | rachel.jacobs@acf.hhs.gov | 2024012332 |
| | Medical Coordinator | | | | |
| Patricia Melendres | Case Coordinator | 10/16/2017 | 02:30 PM | patricia.melendres@gdit.com | 035876557 |
| Mark Bennett | CFS | 10/16/2017 | 02:30 PM | mark.bennett@acf.hhs.gov | 2022605738 |
| DCS Hotline | SIR Hotline | 10/16/2017 | 02:30 PM | sirhotline@acf.hhs.gov | 2025075709 |
| Rebecca Schreuder | GDIT Supervisor | 10/16/2017 | 02:30 PM | rebecca.schreuder@gdit.com | 8475520202 |

**Other Notifications:**

| Is this an SIR for a Runaway? | ○ Yes ○ No | | | | |
|---|---|---|---|---|---|

| Title | Name | Date Notified | Time Notified | Method of Notification | Specify |
|---|---|---|---|---|---|
| ICE Juvenile | | | | Phone | |

|  | Coordinator | | | | | |
|--|--|--|--|--|--|--|

**Reporter and Follow-Up Contact:**

| Type | Name | Title | Email | Telephone Number |
|------|------|-------|-------|------------------|
| Staff Filing Report | Evenor Aleman | ORR Clinician | ealeman@svjc.org | 5408860729 |
| Contact for Follow-Up | Evenor Aleman | ORR Clincian | ealeman@svjc.org | 5408860729 |

**EXHIBIT**

C–5

## UAC Basic Information

| | | | |
|---|---|---|---|
| First Name: | | Status: | ADMITTED |
| Last Name: | | AKA: | |
| Date of Birth: | | Gender: | M |
| A No.: | 213071578 | LOS: | 62 |
| Age: | 15 | LOC: | 80 |
| Child's Country of Birth: | Honduras | Current Program: | Shenandoah Valley Juvenile Center |
| Admitted Date: | 8/4/2017 | Current Location: | Staunton, VA |
| ORR Placement Date: | 7/17/2017 | | |

| | | | | | |
|---|---|---|---|---|---|
| Event Type: | SIR Event | | | | |
| Date of Event: | 10/5/2017 | Time of Event: | 08:48 AM | Event ID: | 109312 |

Synopsis of Event: On 10/05/17 at 8:48 AM, UC was removed from regular programming for disruptive and threatening behavior.

## Significant Incident Report

○ Emergency SIR  ◉ SIR

### SIR

☐ **Abuse/Neglect in ORR Care** --Select--  Alleged Perpetrator: --Select--

☐ **Past Abuse/Neglect Not in ORR Care**
- ☐ Abuse In Home Country
- ☐ Neglect/Abandonment in the Home Country
- ☐ Abuse In UnitedStates
- ☐ Abuse In DHS Custody
  - ☐ Physical Abuse In ICE Custody
  - ☐ Sexual Abuse In ICE Custody
  - ☐ Physical Abuse In CBP Custody
  - ☐ Sexual Abuse In CBP Custody
  - ☐ Other
  - Specify:

- ☐ Abuse On Journey
- ☐ Neglect/Abandonment in the United States
- ☐ Other
- Specify:

☑ **Major Behavioral Incidents that threaten safety**
- ☐ Possession/Use of a Weapon
- ☐ Suicidal Ideation
- ☐ Verbal Aggression
- ☑ Other
- Specify: threatening behavior, disruptive behavior

- ☐ Physical Aggression/Harm to Others
- ☐ Use of Drugs and/or Alcohol in ORR Custody
- ☐ Self-injurious Behaviors/Self Mutilation
- ☐ Suicide Attempt/Gesture

☐ **Runaway**
- ☐ Runaway
- ☐ Attempted Runaway

☐ **Incidents Involving Law Enforcement**
- ☐ Search
- ☐ Interview
- ☐ Other
- Specify:

- ☐ Investigate/Response
- ☐ Arrest

☐ **Safety Measures**
- ☐ One-on-One Supervision
- ☐ Use of Restraints
- ☐ Pat-Down or Other Searches

☐ **Criminal History**
- ☐ Significant Criminal History in Home Country
- ☐ Significant Criminal History in United States
- ☐ Other
- Specify:

☐ **Pregnancy Related Issues**
- ○ Pregnancy  ○ Childbirth  ○ Termination Request
- Please describe how the pregnancy occurred and if there are any medical complications related to the pregnancy:

☐ **Other**
- ☐ Contact or Threats to UC while in ORR Care (from smuggling syndicates, organized crime, other criminal actors)
- ☐ Other
- Specify:

### Incident Information:

| | | | |
|---|---|---|---|
| Did the incident take place at another care provider facility? | ○ Yes ◉ No | Care Provider Name: | -- Select Provider Name -- |
| | | Care Provider City: -- Select Provider City -- | Care Provider State: -- Select Provider State -- |
| Location of Incident: | Other | Date Reported To Care Provider: 10/5/2017 | Time Reported To Care Provider: 09:30 AM |
| Other Specify: | Main Hallway | Date Reported To ORR: 10/5/2017 | Time Reported To ORR: 11:15 AM |

**Description of Incident: (Full Description of Incident)** On 10/05/17 at 8:48 AM, residents of Alpha Pod were in route to the multi-purpose room for art class. Staff verbally redirected UC several times for pulling on the doors and talking in the hallway. UC continued to talk and curse staff on the way to the multi-purpose room. Mr. Mahiri, Resident Supervisor, verbally directed UC to return to his room for a timeout and cool down due to disrespectful and threatening behavior. UC and Mr. Mahiri began to walk down the hallway towards Alpha Pod. UC stopped outside of the supervisor's office when he saw Mr. Klingensmith, Program Manager. Mr. Mahrihi verbally redirected UC several times for his behavior and asked him to keep walking. UC continued noncompliance with verbal intervention, UC was placed in a physical restraint to ensure the safety of the UC, staff, and other minors in the program. UC struggled against the restraint causing both he and the staff to fall to the ground. UC and Mr. Mahiri were able to get in their feet and Mr. Mahiri escorted UC to Alpha Pod. UC was placed in his room with no further incident. Once the door was secured, Mr. Mahiri informed UC that he was removed from regular programming for disruptive behavior and threatening behavior.

| Was the UC or Anyone Else Injured?: | ○ Yes ● No | Specify: There were no injuries reported from this event. |
|---|---|---|

**Actions Taken**

| Staff Response and Intervention | On 10/05/17 at 8:48 AM, staff verbally redirected UC _____ for his behavior in the hallway. UC continued to be noncompliant and Mr. Mahiri instructed UC to return to his room for a timeout. As UC and Mr. Mahiri were walking down the hallway, UC stopped outside of the shift supervisor's office. Mr. Mahiri verbally redirected UC several times to continue walking. UC continued to refuse and Mr. Mahiri placed UC in a physical restraint and escorted him to his room. Once the room was secured, Mr. Mahiri informed UC that he was removed from regular programming for disruptive behavior and threatening behavior. |
|---|---|
| Follow-up and/or Resolution: | In accordance with the Shenandoah Valley Juvenile Center's behavioral management policy, UC _____ was removed from regular programming for disruptive behavior and threatening behavior. UC's behavior will be continually evaluated in order to expedite minor's reintegration into regular programming while maintaining the safety of UC, staff and other minors in the program. Following reintegration, Clinician and Case Manager will meet with UC to discuss safety concerns and behavioral management. Follow up will be documented in UC's individual progress notes and case manager notes. |
| Recommendations: | It is recommended that UC _____ continue to receive case management, clinical, legal, and medical services |

**Reporting:**

| Reported To State Licensing: | ○ Yes ● No | Date of Report: | Time of Report: |
|---|---|---|---|
| Was the Incident Investigated? | ○ Yes ● No | Date Notified the Incident will be investigated | Case/Confirmation Number: |

Explain

Results/Findings of Investigation:

Attach Reports/Findings:

| Is CPS Different From State Licensing: | ● Yes ○ No | | |
|---|---|---|---|
| Reported To CPS: | ○ Yes ● No | Date of Report: | Time of Report: |
| Was the Incident Investigated? | ○ Yes ● No | Date Notified the Incident will be investigated: | Case/Confirmation Number: |

Explain

Results/Findings of Investigation:

Attach Reports/Findings:

| Reported To Local Law Enforcement: | ○ Yes ● No | Date of Report: | Time of Report: |
|---|---|---|---|
| | | Officer Name: | Officer Badge: |
| Was the Incident Investigated? | ○ Yes ● No | Date Notified the Incident will be investigated: | Case/Confirmation Number: |

Explain

Results/Findings of Investigation:

Attach Reports/Findings:

**ORR Notifications:**

| Name | Agency/Title | Date Notified | Time Notified | Email | Telephone Number |
|---|---|---|---|---|---|
| Jessie Mansilla | ORR/FFS | 10/5/2017 | 11:15 AM | Jessie.Mansilla@acf.hhs.gov | 2024014844 |
| Rachel Jacobs Gainor | ORR/PO | 10/5/2017 | 11:15 AM | rachel.jacobs@acf.hhs.gov | 2024012332 |
| | Medical Coordinator | | | | |
| Patricia Melendres | Case Coordinator | 10/5/2017 | 11:15 AM | Patricia.Melendres@GDIT.com | 7035876557 |
| Mark Bennett | CFS | 10/5/2017 | 11:15 AM | Mark.Bennett@acf.hhs.gov | 2024014827 |
| SIR Hotline | SIR Hotline | 10/5/2017 | 11:15 AM | sirhotline@acf.hhs.gov | 2024015709 |
| Rebecca Screuder | GDIT Supervisor | 10/5/2017 | 11:15 AM | rebecca.screuder@GDIT.com | 5475520202 |

**Other Notifications:**

| Is this an SIR for a Runaway? | ○ Yes ● No |
|---|---|

| Title | Name | Date Notified | Time Notified | Method of Notification | Specify |
|---|---|---|---|---|---|
| ICE Juvenile Coordinator | | | | Phone | |

**Reporter and Follow-Up Contact:**

| Type | Name | Title | Email | Telephone Number |
|---|---|---|---|---|
| Staff Filing Report | Emily Twigg | Case Manager | etwigg@svjc.org | 5408860729 |
| Contact for Follow-Up | Emily Twigg | Case Manager | etwigg@svjc.org | 5408860729 |



**EXHIBIT**

C-6

| UAC Basic Information | | | |
|---|---|---|---|
| First Name: | | Status: | ADMITTED |
| Last Name: | | AKA: | |
| Date of Birth: | | Gender: | M |
| A No.: | 213071578 | LOS: | 17 |
| Age: | 14 | LOC: | 35 |
| Child's Country of Birth: | Honduras | Current Program: | Shenandoah Valley Juvenile Center |
| Admitted Date: | 8/4/2017 | Current Location: | Staunton, VA |
| ORR Placement Date: | 7/17/2017 | | |

Event Type:  SIR Event
Date of Event:  8/20/2017     Time of Event:  06:00 AM     Event ID:  105276

Synopsis of Event:  UC was removed for Destruction of property.

## Significant Incident Report

○ Emergency SIR     ● SIR

### SIR

| ☐ Abuse/Neglect in ORR Care | --Select-- | | Alleged Perpetrator: | --Select-- |
|---|---|---|---|---|

| ☐ Past Abuse/Neglect Not in ORR Care | ☐ Abuse In Home Country | ☐ Abuse On Journey |
|---|---|---|
| | ☐ Neglect/Abandonment in the Home Country | ☐ Neglect/Abandonment in the United States |
| | ☐ Abuse In UnitedStates | ☐ Other |
| | ☐ Abuse In DHS Custody | Specify: |
| | ☐ Physical Abuse In ICE Custody | |
| | ☐ Sexual Abuse In ICE Custody | |
| | ☐ Physical Abuse In CBP Custody | |
| | ☐ Sexual Abuse In CBP Custody | |
| | ☐ Other | |
| | Specify: | |

| ☑ Major Behavioral Incidents that threaten safety | ☐ Possession/Use of a Weapon | ☐ Physical Aggression/Harm to Others |
|---|---|---|
| | ☐ Suicidal Ideation | ☐ Use of Drugs and/or Alcohol in ORR Custody |
| | ☐ Verbal Aggression | ☐ Self-injurious Behaviors/Self Mutilation |
| | ☑ Other | ☐ Suicide Attempt/Gesture |
| | Specify: Destruction of Property | |

| ☐ Runaway | ☐ Runaway | ☐ Attempted Runaway |
|---|---|---|

| ☐ Incidents Involving Law Enforcement | ☐ Search | ☐ Investigate/Response |
|---|---|---|
| | ☐ Interview | ☐ Arrest |
| | ☐ Other | |
| | Specify: | |

| ☐ Safety Measures | ☐ One-on-One Supervision | ☐ Use of Restraints | ☐ Pat-Down or Other Searches |
|---|---|---|---|

| ☐ Criminal History | ☐ Significant Criminal History in Home Country | |
|---|---|---|
| | ☐ Significant Criminal History in United States | |
| | ☐ Other | |
| | Specify: | |

| ☐ Pregnancy Related Issues | ○ Pregnancy | ○ Childbirth | ○ Termination Request |
|---|---|---|---|
| | Please describe how the pregnancy occurred and if there are any medical complications related to the pregnancy: | | |

| ☐ Other | ☐ Contact or Threats to UC while in ORR Care (from smuggling syndicates, organized crime, other criminal actors) |
|---|---|
| | ☐ Other |
| | Specify: |

### Incident Information:

| Did the incident take place at another care provider facility? | ○ Yes ● No | Care Provider Name: | --Select Provider Name-- | | |
|---|---|---|---|---|---|
| | | Care Provider City: | --Select Provider City-- | Care Provider State: | --Select Provider State-- |
| Location of Incident: | Housing Area | Date Reported to Care Provider: | 8/20/2017 | Time Reported To Care Provider: | 06:00 AM |
| Other Specify: | Alpha Pod | Date Reported to ORR: | 8/20/2017 | Time Reported To ORR: | 07:14 AM |

### ⊕ Description of Incident (History)

| Prior Text | Date Updated | Submitted By |
|---|---|---|
| UC was removed for Destruction of Property. Pending full investigation. Follow up will be provided for in a SIR Addendum. | 8/21/2017 11:13:55 AM | etwigg |

Description of Incident: (Full Description of Incident)  On 08/20/17 at 6:00 AM, Residents of Alpha Pod were being undergoing morning count. When called to stand for count, UC refused to stand or acknowledge staff. Mr. Fields, Assistant Shift Supervisor, entered UC's room to ensure that UC was safe. UC had ripped up all of his clothes, bedding, books and other personal items in his room. These items were removed from the room and is was confirmed that UC was awake and able to respond. When UC's door was secured, Mr. Fields informed UC that he was removed from regular programming for failure to obey and destruction of property. At 8:48 AM, UC covered his window and would not allow staff to complete their

15 minute checks. Ms. Statler, Shift Supervisor, and Mr. Uraje, Resident Supervisor, verbally redirected UC for his behavior and requested several times that he uncover his window. UC continued to refuse. After all less intrusive measures were unsuccessful, staff entered UC's room with the shield. UC was restrained by the shield to ensure the safety of the UC, staff, and other minors in the program while staff cleared his room of all potentially dangerous items. These items included a full cup of urine and strips of elastic from the waistband of UC's boxers. Once the room was cleared, UC was released from the restraint and the door was secured. - Reported by Emily Twigg

| Was the UC or Anyone Else Injured?: | ○ Yes ● No | | Specify: |

**Actions Taken**

⊞ **Staff Response and Intervention (History)**

| Prior Text | Date Updated | Submitted By |
|---|---|---|
| Pending full investigation. Follow up will be provided for in a SIR Addendum. | 8/21/2017 11:13:55 AM | etwigg |

| Staff Response and Intervention | On 08/20/17, Staff directed UC to stand for morning count. UC did not move or acknowledge staff. Mr. Fields entered UC's room to ensure his safety and observed that UC has ripped up clothing, bedding, books and other personal items in his room. Mr. Fields removed the shredded items and confirmed that UC was awake and able to respond. Mr. Fields exited the room, secured the door, and informed UC that he was removed from regular programming for failure to obey and destruction of property. Staff completed their 15 minute checks. At 8:48, staff called Ms. Statler to come to the unit because UC was covering his window and not allowing the check to be completed. Ms. Statler and Mr. Uraje verbally redirected UC for this behavior and requested that UC remove the cover. After continued noncompliance, staff entered UC's room with the shield and restrained UC while the door cover and other potentially dangerous items were removed from the room. Staff released UC from the restraint and exited the room.- Reported by Emily Twigg |

⊞ **Follow-up and/or Resolution (History)**

| Prior Text | Date Updated | Submitted By |
|---|---|---|
| Pending full investigation. Follow up will be provided for in a SIR Addendum. | 8/21/2017 11:13:55 AM | etwigg |

| Follow-up and/or Resolution: | In accordance with the Shenandoah Valley Juvenile Center's behavioral management policy, UC was removed from regular programming for disruptive destruction of property and failure to obey. UC's behavior will be continually evaluated in order to expedite minor's reintegration into regular programming while maintaining the safety of UC, staff and other minors in the program. Following reintegration, Clinician and Case Manager will meet with UC to discuss safety concerns and behavioral management. Follow up will be documented in UC's individual progress notes and case manager notes. - Reported by Emily Twigg |

⊞ **Recommendations (History)**

| Prior Text | Date Updated | Submitted By |
|---|---|---|
| Pending full investigation. Follow up will be provided for in a SIR Addendum. | 8/21/2017 11:13:55 AM | etwigg |

| Recommendations: | It is recommended that UC continue to receive case management, clinical, legal, and medical services.- Reported by Emily Twigg |

**Reporting:**

| Reported To State Licensing: | ○ Yes ● No | Date of Report: | | Time of Report: |
| Was the Incident Investigated? | ○ Yes ● No | Date Notified the Incident will be investigated: | | Case/Confirmation Number: |

Explain

⊞ **Progress of Investigation (History)**

⊞ **Results/Findings of Investigation (History)**

Results/Findings of Investigation:

Attach Reports/Findings:

| Is CPS Different From State Licensing: | ● Yes ○ No |

| Reported To CPS: | ○ Yes ● No | Date of Report: | | Time of Report: |
| Was the Incident Investigated? | ○ Yes ● No | Date Notified the Incident will be investigated: | | Case/Confirmation Number: |

Explain

Results/Findings of Investigation:

Attach Reports/Findings:

| Reported To Local Law Enforcement: | ○ Yes ● No | Date of Report: | | Time of Report: |
| | | Officer Name: | | Officer Badge: |
| Was the Incident Investigated? | ○ Yes ● No | Date Notified the Incident will be investigated: | | Case/Confirmation Number: |

Explain

⊞ **Progress of Investigation (History)**

⊞ **Results/Findings of Investigation (History)**

Results/Findings of Investigation:

Attach Reports/Findings:

**ORR Notifications:**

| Name | Agency/Title | Date Notified | Time Notified | Email | Telephone Number |
|---|---|---|---|---|---|
| jessie mansilla | ORR/FFS | 8/20/2017 | 07:16 AM | jessie.mansilla@acf.hhs.g | 2024014844 |
| rachel jacobs | ORR/PO | 8/20/2017 | 07:16 AM | rachel.jacobs.acf.hhs.gov | 2024012332 |
| | Medical Coordinator | | | | |
| patricia melendres | Case Coordinator | 8/20/2017 | 07:16 AM | patricia.melendres@gdit.c | 035876557 |
| mark bennett | CFS | 8/20/2017 | 07:16 AM | mark.bennett@acf.hhs.gov | 2024014827 |
| sir hotline | SIR Hotline | 8/20/2017 | 07:16 AM | sirhotline@acf.hhs.gov | 2024015709 |



| | rebecca schreuder | | gdit supervisor | 8/20/2017 | 07:16 AM | | rebecca.schreuder@gdit.co | 8475520202 |

**Other Notifications:**

Is this an SIR for a Runaway?   ○ Yes ● No

| Title | Name | Date Notified | Time Notified | Method of Notification | Specify |
|-------|------|---------------|---------------|------------------------|---------|
| ICE Juvenile Coordinator | | | | Phone | |

**Reporter and Follow-Up Contact:**

| Type | Name | Title | Email | Telephone Number |
|------|------|-------|-------|------------------|
| Staff Filing Report | jimmy fields | assistant superviosr | jfields@svjc.org | 5408860729 |
| Contact for Follow-Up | elizabeth ropp | ORR Case Manager | eropp@svjc.org | 5408860729 |