# EXHIBIT D

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA

### Harrisonburg Division

| | |
|---|---|
| **JOHN DOE 1,** *et al.*, **by and through their next friend, NELSON LOPEZ, on behalf of themselves and all persons similarly situated,** | **CIVIL ACTION** |
| *Plaintiffs,* | |
| v. | **Case No.: 5:17-cv-00097-EKD** |
| **SHENANDOAH VALLEY JUVENILE CENTER COMMISSION**, | **Honorable Elizabeth K. Dillon** |
| *Defendant.* | |

### AFFIDAVIT

**COMMONWEALTH OF VIRGINIA**
**COUNTY OF AUGUSTA:**

This day, Elizabeth Ropp, Case Manager for Shenandoah Valley Juvenile Center Commission, appeared before the undersigned notary public and made oath to the following based on her personal knowledge, and if called to testify, would testify as follows:

1. I am employed as Lead Case Manager for Shenandoah Valley Juvenile Center Commission ("SVJC").

2. I was the case manager for Declarant J.A. ("J.A.").

3. As his case manager, I supervised and oversaw all aspects of J.A.'s care and placement at SVJC.

4. I am a custodian of and have access to J.A.'s case file in the performance of my employment responsibilities.

5. All records referenced by and attached to this affidavit:

(a) Are true, accurate, and complete copies of records regularly maintained by SVJC as part of J.A.'s case file in the ordinary course of business;

(b) Are made at or near the time of the actions and events described therein;

(c)     Are prepared using information provided by persons with knowledge of the actions and events described therein; and

(d)     Are made and maintained as a regular practice by SVJC.

6.     J.A. was apprehended while crossing over the border from Mexico.

7.     J.A. was initially placed at St. Paul-St. Joseph's Children's Home on April 3, 2016.

8.     During his assessment, J.A. disclosed that he began working with the Zetas Cartel when he was 10. Initially, he was an "alcon" or look-out with a radio announcing when the police were near. At 11, he began working as a "sicario" or hitman, stating that he killed approximately 500 people. J.A. had reported the same information previously at other placements.

9.     J.A. reported that the Zetas Cartel allowed him to change his job in 2015, when he began trafficking in people, weapons (including automatic weapons, grenades, and bazookas), and drugs (described as bundles of cocaine, marijuana, syringes, and pills) across the border into the United States.

10.     J.A. was placed in staff-secure placements by ORR due to his disclosure of violence committed in Mexico.

11.     While at SVJC, J.A. received a psychologist assessment and evaluation by Dr. Gustavo Rife on or around May 20, 2016.

12.     In his report, Dr. Rife found indications of problems with a cruel and psychopathic level of disregard for the welfare of others, high levels of explosive anger, impulsivity, high level of substance abuse, self-injurious behavior, and developmental immaturity resulting in severe disordered conduct and violent behaviors.

13.     While at SVJC, J.A. was evaluated and treated by a psychiatrist during individual psychiatric sessions on a monthly basis with Timothy Kane, M.D., starting on July 20, 2016, for approximately five occasions while at SVJC.

14.     On September 2, 2016, J.A. reported that he was told that his mother was murdered. At this time, his behavior began to deteriorate with more incidents of harming himself and others.

15.     During his seven month residence at SVJC, J.A. participated in weekly individual counseling sessions and bi-weekly group counseling sessions with a licensed professional counselor.

16.     On August 28, 2016, J.A. reported that he was involved in an incident of sexual abuse where he was the alleged victim. After reviewing camera footage, the allegations were determined to be unfounded.

17.     J.A. assaulted other UAC, other juveniles, and staff on at least 9 occasions during the seven months he resided at SVJC.

18.     J.A. engaged in disruptive, threatening, and/or violent behavior on at least 13 occasions during the seven months he resided at SVJC.

19.     J.A. was never placed on room restriction for two weeks or three and a half weeks.

20.     J.A. was never left naked attached to restraints or the restraint chair for two and a half days.

21.     Any use of the restraint chair must be documented and approved by SVJC's administration.

22.     There is no record that J.A. was placed in the restraint chair at any time during his residence at SVJC

23.     A copy of a report from J.A.'s file is attached as Exhibit D-1 that describes the events that may relate to J.A.'s allegations concerning room restriction. As stated in the report:

(a)     On September 14, 2016, J.A. was removed from programming for threatening staff and displaying threatening behavior.

(b)     When staff attempted a five-minute visual safety check, they discovered that J.A. covered his window and would not respond to their questions.

(c)     After staff entered the room due to safety concerns, they found J.A. had wrapped a sweatshirt around his neck while endorsing suicidal ideations and self-harm behaviors. J.A. refused to remove his sweatshirt.

(d)     Staff removed the sweatshirt.

(e)     I and a clinician spoke with J.A. and he calmed down.

(f)     J.A. returned to school without incident until later that afternoon, when he became threatening toward staff during recreation time and was taken to his room.

(g)     The clinician returned and observed that J.A. was attempting to cut at his wrist with a card, and then across his neck, and stating that he was going to kill himself.

(h)     J.A. was taken to the Intensive Supervision Room for safety purposes and provided wound care for the superficial scratches on his arm.

(i)     J.A. calmed down, stopped trying to harm himself, and asked for a safety blanket.

(j)     J.A. remained in the Intensive Supervision Room overnight for observation to ensure his safety.

(k)     On September 15, 2016, due to recurrent and continual suicidal attempts and idealizations, SVJC contacted Valley Community Service Board emergency services and they determined that J.A. met the criteria for hospitalization.

(l)     J.A. began engaging in self-harm while waiting in his room for transport to the Commonwealth Center for Children and Adolescents ("CCCA").

(m)     With no time for less intrusive intervention, staff placed J.A. in physical restraint for his own safety until he calmed down.

(n)     J.A. was transported to CCCA that evening.

24.     A copy of a report from J.A.'s file is attached as Exhibit D-2 that describes events that may correspond with J.A.'s allegations concerning room restriction. As stated in the report:

(a)     On October 18, 2016, while in the gym, J.A. ignored staff's verbal redirection about kicking a ball at other residents. Staff removed the ball and attempted to put it away; however, J.A. stood in front of the door physically blocking the staff from putting the ball away.

(b)     J.A. ignored staff's verbal directions and began threatening to fight staff and anyone who would try to remove him from the gym.

(c)     Staff called for assistance and other residents were removed from the gym.

(d)     Staff attempted to talk to J.A. I also spoke with J.A. The clinician also arrived and attempted to speak with J.A.

(e)     J.A. continued to threaten staff, saying that he wanted to fight staff and would not go to his room.

(f)     After additional staff arrived at the gym. J.A. lunged at a staff member and punched him in the face.

(g)    J.A. was placed in physical restraint, placed on the floor, and his legs were physically restrained. Mechanical restraints were applied and J.A. was taken to his room where the restraints where then removed.

(h)    J.A. was in physical restraint for approximately five minutes and in mechanical restraints for approximately ten minutes.

(i)    J.A.'s assault caused swelling and bruising to staff's lip and left eye area. Felony assault charges were filed against J.A.

(j)    J.A. was removed from programming until October 20, 2016.

25.    A copy of a report from J.A.'s file is attached as Exhibit D-3 that describes events that may also correspond with J.A.'s allegations concerning room restriction. As stated in the report:

(a)    On October 26, 2016, J.A.'s request to move to another unit was granted.

(b)    J.A. refused to go to his room after arriving at the new unit. Multiple staff unsuccessfully asked J.A. to go into his room. J.A. walked to the back of the unit, stating that staff would have to use force to take him to his room. Staff continued verbal redirection, which J.A. ignored. J.A. took hold of door handles.

(c)    Staff removed J.A.'s hands from the door handles and placed him in physical restraint for approximately one minute.

(d)    J.A. became more combative and head-butted and kicked a member of staff, causing a swollen lip and bruising to the staff member's face.

(e)    Mechanical restraints were applied and J.A. was taken into his room.

(f)    Once in his room, J.A. initially refused to allow staff to remove the mechanical restraints.

(g)    After 20 minutes of verbal redirection from staff, J.A. allowed staff to remove the restraints, and J.A. remained in his room without further incident.

26.    A copy of a report from J.A.'s file is attached as Exhibit D-4 that describes events that may also correspond with J.A.'s allegations concerning room restriction. As stated in the report:

(a)    On November 13, 2016, J.A. was in the gym when a basketball inadvertently hit him. J.A. immediately ran towards the minor who had shot the basketball towards to hoop and began assaulting him.

(b)     With no time for less intrusive intervention, J.A. was placed in a physical restraint and lowered to the floor for the safety of staff, J.A., and other UAC.

(c)     J.A. continued to struggle with staff and was placed in mechanical restraints, and was taken to his room.

(d)     While in his room, J.A. continued to threaten staff if the mechanical restraints were removed.

(e)     Staff remained with J.A. and continued verbal de-escalation until he calmed down.

(f)     J.A. was in physical restraint for approximately one minute and in mechanical restraints for approximately 55 minutes.

(g)     J.A. was seen by the nurse but reported no injuries.

(h)     Staff reported a swollen knee and bruising and swelling to right side of his forehead, and was checked for a concussion.

27.     A copy of a report from J.A.'s file is attached as Exhibit D-5 that describes the events that may also correspond with J.A.'s allegations concerning room restriction. As stated in the report:

(a)     On November 17, 2016, J.A. and another UAC approached a third UAC in a threatening manner.

(b)     Both J.A. and the other UAC were asked to return to their seats.

(c)     Disregarding the direction, J.A. tackled the UAC by the neck, taking him to the ground.

(d)     With no time for less intrusive intervention, J.A. was placed in a physical restraint for the safety of staff and J.A. and other UAC.

(e)     J.A. kicked the UAC before staff could restrain him.

(f)     J.A. continued to struggle with staff while making threatening comments.

(g)     After exhausting all forms of less intrusive intervention, mechanical restraints were placed on J.A.'s hands and he was escorted to his room.

(h)     At his room, J.A. continued threatening staff, stating that he would attack staff as soon as the mechanical restraints are removed.

(i)     J.A. was in physical restraint for approximately two minutes and in mechanical restraints for approximately eight minutes.

(j)     J.A. reported no injuries.

28.     J.A. was never placed in this room for weeks at a time while at SVJC.

29.     J.A. was never placed in the emergency restraint chair while at SVJC.

30.     J.A. transferred from SVJC to Yolo County Juvenile Detention ("YOLO"), a secure facility, on November 20, 2016.

31.     J.A. was provided with written documentation of his transfer to YOLO, which he signed.

_Elizabeth Ropp_
Elizabeth Ropp

Subscribed and sworn before me this 19ᵗʰ day of March 2018 by Elizabeth Ropp.

My commission expires  1/31/2020  .

Notary Registration No.  7682465  .

_Dianne E. Hill_
NOTARY PUBLIC



**EXHIBIT**

**D-1**

| UAC Basic Information | | | |
|---|---|---|---|
| First Name: | | Status: | ADMITTED |
| Last Name: | | AKA: | |
| Date of Birth: | | Gender: | M |
| A No.: | 208946737 | LOS: | 158 |
| Age: | 14 | LOC: | 164 |
| Child's Country of Birth: | Mexico | Current Program: | Shenandoah Valley Juvenile Center |
| Admitted Date: | 4/9/2016 | Current Location: | Staunton, VA |
| ORR Placement Date: | 4/2/2016 | | |

Date of Event: 9/14/2016    Time of Event: 12:45 AM    Event ID: 61904

Synopsis of Event: UC _____ has been engaging in intentional disruptive behavior all day while endorsing suicidal idealizations and self-harming behaviors.

| Significant Incident Report | | |
|---|---|---|

○ Emergency SIR    ● SIR

**SIR**

| ☐ Abuse/Neglect in ORR Care | — Select — | | Alleged Perpetrator: | — Select — |
|---|---|---|---|---|

| ☐ Past Abuse/Neglect Not in ORR Care | ☐ Abuse In Home Country | | ☐ Abuse On Journey | |
|---|---|---|---|---|
| | ☐ Neglect/Abandonment in the Home Country | | ☐ Neglect/Abandonment in the United States | |
| | ☐ Abuse In UnitedStates | | ☐ Other | |
| | ☐ Abuse In DHS Custody | | Specify: | |
| | ☐ Physical Abuse In ICE Custody | | | |
| | ☐ Sexual Abuse In ICE Custody | | | |
| | ☐ Physical Abuse In CBP Custody | | | |
| | ☐ Sexual Abuse In CBP Custody | | | |
| | ☐ Other | | | |
| | Specify: | | | |

| ☑ Major Behavioral Incidents that threaten safety | ☐ Possession/Use of a Weapon | | ☐ Physical Aggression/Harm to Others | |
|---|---|---|---|---|
| | ☑ Suicidal Ideation | | ☐ Use of Drugs and/or Alcohol in ORR Custody | |
| | ☑ Verbal Aggression | | ☑ Self-Injurious Behaviors/Self Mutilation | |
| | ☐ Other | | ☑ Suicide Attempt/Gesture | |
| | Specify: | | | |

| ☐ Runaway | ☐ Runaway | ☐ Attempted Runaway | |
|---|---|---|---|

| ☐ Incidents Involving Law Enforcement | ☐ Search | | ☐ Investigate/Response |
|---|---|---|---|
| | ☐ Interview | | ☐ Arrest |
| | ☐ Other | | |
| | Specify: | | |

| ☐ Safety Measures | ☐ One-on-One Supervision | ☐ Use of Restraints | ☐ Pat-Down or Other Searches |
|---|---|---|---|

| ☐ Criminal History | ☐ Significant Criminal History in Home Country |
|---|---|
| | ☐ Significant Criminal History in United States |
| | ☐ Other |
| | Specify: |

| ☐ Pregnancy Related Issues | ○ Pregnancy | ○ Childbirth | ○ Termination Request |
|---|---|---|---|
| | Please describe how the pregnancy occurred if there are any medical complications related to the pregnancy: | | |

| ☐ Other | ☐ Contact or Threats to UC while in ORR Care (from smuggling syndicates, organized crime, other criminal actors) |
|---|---|
| | ☐ Other |
| | Specify: |

**Incident Information:**

| Did the incident take place at another care provider facility? | ○ Yes ● No | Care Provider Name: | — Select Provider Name — | |
|---|---|---|---|---|
| | | Care Provider City: — Select Provider City — | Care Provider State: — Select Provider State — | |

| Location of Incident: | Housing Area | Date Reported To Care Provider: | 9/14/2016 | Time Reported To Care Provider: | 12:45 PM |
|---|---|---|---|---|---|
| Other Specify: | D pod | Date Reported To ORR: | 9/14/2016 | Time Reported To ORR: | 08:00 PM |

Description of Incident: (Full Description of Incident)    UC _____ has been engaging in intentional disruptive behavior all day while endorsing suicidal ideations and self-harming behaviors. Minor went into class today calmly and later was reportedly removed for behavior. Around 10:00 Am when clinician was walking down the hallway she met minor defiantly standing between the water fountain and wall refusing to listen to staff. He was saying he wanted to kill himself and then said his stomach hurt and he wanted the nurse's assistance. Reportedly he had been punching the walls and acting up in class. Staff had asked him to go to his room for a cool down. Minor was refusing. He then asked to go into clinician's office. Clinician told minor she would speak with him but that right now he needed to listen to staff and go to his room to cool off. UC became angry, clenched his fists, and began breathing hard. UC initially looked as if he was going to hit staff but the stated it was his stomach that hurt and he became calm. Minor asked to speak with Ms. Thacker whom he has been fixating on recently for attention. Clinician told him that Ms. Thacker was busy at the moment and that according to staff he needed to go to his room for a five minuet cool down or change his behavior and go to school. UC calmed down and decided to go to school with no incident. At 12:45 clinician received a

call from staff that UC _____ was in a crisis. UC had been placed on a short time out for behavior in school. When staff did their five minuet check he had covered his window and would not respond to their questions. Staff then according to policy entered minor's room due to safety concerns. Minor was laying on his mat in the floor with his sweatshirt tied tightly around his neck. He refused to remove it. With no time for less intrusive intervention Shift Supervisor Ms. Craft and Mr. Staton removed the shirt from UC's neck. UC cried and stated that he wanted to die. Case Manager Elizabeth Ropp and Clinician Melissa Cook entered and spoke with minor. UC became calm. He talked about his point loss for the day and some of his anger. As UC had not been removed from programing and presented oriented times 3 He agreed to safely return to school. UC had no further issues until 3:40 when he became threating towards staff during recreation time in the gym and was taken to his room. Clinician was called and observed that UC _____ was cutting at his wrist in his room with a something white. He stated that he was going to kill himself. UC then rubbed the piece of (what was identified as a card) across his neck saying he was looking for a vein to kill himself with. UC stated he was mad at staff for putting him on time out and that he was planning to beat up the staff who put him on time out when he retunes to work on Monday. UC continued to scratch at his arm and neck. Clinician continued to speak with minor. UC hit his head on the wall a few times and then would look up at his clinician and say he was going to kill himself. UC then tore his shirt and began trying to choke himself again with it while starring clinician down. UC then blamed Ms. Thacker" because she does not care about me. What good feelings I feel towards her have now turned to hate. I'm going to kill myself and it's her fault." Shift supervisor attempted to open the door to remove the shirt but minor stated he was going to fight staff if they came near. UC eventually removed the shirt from around his neck. Shift supervisor was eventually able to talk UC in to walking with her to the Intensive Supervision Room in order to help keep him safe. Wound care was provided to minor's arms where he had scratched himself earlier. UC once again began threating to harm himself and others. Clinician decided to contact the local crisis unit to have minor evaluated for safety as he has been escalating off and on all day. AT 5:15 Clinician Melissa Cook called Valley Services after hour's crisis line and requested someone to come evaluate a minor at Shenandoah Valley Juvenile Center. The evaluator Cara Martin stated that she did not feel comfortable assessing someone at the center as she had never done it before. She stated she would put me in contact with a more experienced person. The evaluator did not ask any questions as to the mental state or safety of the minor in question at any time. Clinician was placed on hold. When Cara Martin returned to the call she stated that she had spoken with her supervisor and was told that It was after hours and that there were two calls ahead of this call. There is only one person working and that they would not be able to come out. Staff should assess to determine if they could keep the minor safe themselves or take him to Augusta Health Emergency Center. If SVJC needed more assistance they could call back tomorrow. AT 5:18 Clinician Called Program Manager and relayed the conversation. He requested that both clinician and supervisor document the conversation. After speaking with the crisis line Clinician checked in on UC once again. He was still threating staff and harm to himself. This time he was hitting his arm on the wall. He stopped, looked at clinician, and coherently said "It's your fault I want to kill myself". As minor was under good care from staff, clinician informed minor that it was not her fault and asked him to stop hitting his arm. Clinician then left the area to stop giving UC his desired attention. About 6:30 clinician was informed by the night supervisor that UC had calmed down, stopped trying to harm himself, and had asked for a safety blanket. The minor will remain in the Intensive Supervision Room for the night to ensure his safety.

| Was the UC or Anyone Else injured?: | ○ Yes ● No | Specify: |
|---|---|---|

| Actions Taken | |
|---|---|
| Staff Response and Intervention | Clinician and staff worked to verbally de-escalate minor repeatedly. Minor was provided with multiple opportunities to change his behavior. Staff removed all things conducive to self harm as they became issues. After exhausting all forms of less intrusive intervention Shift supervisor was eventually able to talk UC in to walking with her to the Intensive Supervision Room in order to help keep him safe. Wound care was provided to minor's arms where he had scratched himself earlier. UC once again began threating to harm himself and others. Clinician decided to contact the local crisis unit to have minor evaluated for safety as he has been escalating off and on all day and is unpredictable.AT 5:15 Clinician Melissa Cook called Valley Services after hour's crisis line and requested someone to come evaluate a minor at Shenandoah Valley Juvenile Center. The evaluator Cara Martin stated that she did not feel comfortable assessing someone at the center as she had never done it before. She stated she would put me in contact with a more experienced person. The evaluator did not ask any questions as to the mental state or safety of the minor in question at any time. Clinician was placed on hold. When Cara Martin returned to the call she stated that she had spoken with her supervisor and was told that it was after hours and that there were two calls ahead of this call. There is only one person working and that they would not be able to come out. Staff should assess to determine if they could keep the minor safe themselves or take him to Augusta Health Emergency Center. If SVJC needed more assistance they could call back tomorrow. |
| Follow-up and/or Resolution: | At 5:18 Clinician Called Program Manager and relayed the conversation. After speaking with the crisis line Clinician checked in on UC _____ once again. He was still threatening staff and to harm to himself. This time he was hitting his arm on the wall. He stopped, looked at clinician, and coherently said "It's your fault I want to kill myself". As minor was under good care from staff and safe, clinician informed minor that it was not her fault and asked him to stop hitting his arm. Clinician then left the area to stop giving UC his desired attention. At 6:30 Clinician Contacted FFS Jessie Mansilla of the situation. About 6:45 clinician was informed by the night supervisor that UC had calmed down, stopped trying to harm himself, and had asked for a safety blanket. The minor will remain in the Intensive Supervision Room for the night to ensure his safety. Following reintegration, Clinician and Case Manager will meet with UC to discuss safety concerns and behavioral management. Follow up will be documented in UC's individual progress notes and case manager notes. |
| Recommendations: | Minor will remain in the Intensive Supervision Room in order to help keep him safe and help him calm down for the night. Clinician will continue to work with minor and re-evaluate his safety needs in the morning. It is recommended that UC continue to receive case management, clinical, legal, and medical services. |

| Reporting: | | | | |
|---|---|---|---|---|
| Reported To State Licensing: | ○ Yes ● No | Date of Report: | | Time of Report: |
| Was the Incident Investigated? | ○ Yes ● No | Date Notified the Incident will be investigated: | | Case/Confirmation Number: |
| Explain | | | | |
| Results/Findings of investigation: | | | | |
| Attach Reports/Findings: | | | | |
| Is CPS Different From State Licensing: | ● Yes ○ No | | | |
| Reported To CPS: | ○ Yes ● No | Date of Report: | | Time of Report: |
| Was the Incident Investigated? | ○ Yes ● No | Date Notified the Incident will be investigated: | | Case/Confirmation Number: |
| Explain | | | | |

**Results/Findings of Investigation:**

**Attach Reports/Findings:**

| Reported To Local Law Enforcement: | ○ Yes ● No | Date of Report: | | Time of Report: | |
|---|---|---|---|---|---|
| | | Officer Name: | | Officer Badge: | |
| Was the Incident Investigated? | ○ Yes ● No | Date Notified the Incident will be investigated: | | Case/Confirmation Number: | |

**Explain**

**Results/Findings of Investigation:**

**Attach Reports/Findings:**

**ORR Notifications:**

| Name | Agency/Title | Date Notified | Time Notified | Email | Telephone Number |
|---|---|---|---|---|---|
| Jessie Mansilla | ORR/FFS | 9/14/2016 | 08:00 PM | Jessie.Mansilla@acf.hhs.gov | 2024014844 |
| Joseph Flippin | ORR/PO | 9/14/2016 | 08:00 PM | Joseph.Flippin@acf.hhs.gov | 2024014863 |
| | Medical Coordinator | 9/14/2016 | 08:00 PM | | |
| Patricia Melendres | Case Coordinator | 9/14/2016 | 08:00 PM | Patricia.Melendres@GDIT.com | 8005876557 |
| Mark Bennett | CFS | 9/14/2016 | 08:00 PM | mark.bennett@acf.hhs.gov | 2022605738 |
| ORR/DCS Hotline | SIR Hotline | 9/14/2016 | 08:00 PM | sirhotline@acf.hhs.gov | 2024015709 |
| Rebecca Schreuder | GDIT | 9/14/2016 | 08:00 PM | Rebecca.Schreuder@GDIT.com | 4475520202 |

**Other Notifications:**

| Is this an SIR for a Runaway? | ○ Yes ○ No | | | | |
|---|---|---|---|---|---|
| **Title** | **Name** | **Date Notified** | **Time Notified** | **Method of Notification** | **Specify** |
| ICE Juvenile Coordinator | | | | Phone | |

**Reporter and Follow-Up Contact:**

| Type | Name | Title | Email | Telephone Number |
|---|---|---|---|---|
| Staff Filing Report | Melissa Cook | Lead Clinician | mcook@svjc.org | 5408860729 |
| Contact for Follow-Up | Melissa Cook | Lead Clinician | mcook@svjc.org | 5408860729 |

EXHIBIT

D-2

## UAC Basic Information

| | | | |
|---|---|---|---|
| First Name: | | Status: | ADMITTED |
| Last Name: | | AKA: | |
| Date of Birth: | | Gender: | M |
| A No.: | 208946737 | LOS: | 193 |
| Age: | 14 | LOC: | 199 |
| Child's Country of Birth: | Mexico | Current Program: | Shenandoah Valley Juvenile Center |
| Admitted Date: | 4/9/2016 | Current Location: | Staunton, VA |
| ORR Placement Date: | 4/2/2016 | | |

| | | | |
|---|---|---|---|
| Event Type: | SIR Event | | |
| Date of Event: | 10/18/2016 | Time of Event: 03:00 PM | Event ID: 76949 |

**Synopsis of Event:** UC verbally threatened to assault staff and engage in self-harm, he then proceeded to assault staff.

## Significant Incident Report

○ Emergency SIR ⦿ SIR

**SIR**

| ☐ Abuse/Neglect in ORR Care | --Select-- | | Alleged Perpetrator: | --Select-- |
|---|---|---|---|---|

| ☐ Past Abuse/Neglect Not in ORR Care | ☐ Abuse in Home Country | ☐ Abuse On Journey |
|---|---|---|
| | ☐ Neglect/Abandonment in the Home Country | ☐ Neglect/Abandonment in the United States |
| | ☐ Abuse In UnitedStates | ☐ Other |
| | ☐ Abuse In DHS Custody | Specify: |
| | ☐ Physical Abuse In ICE Custody | |
| | ☐ Sexual Abuse In ICE Custody | |
| | ☐ Physical Abuse In CBP Custody | |
| | ☐ Sexual Abuse in CBP Custody | |
| | ☐ Other | |
| | Specify: | |

| ☑ Major Behavioral Incidents that threaten safety | ☐ Possession/Use of a Weapon | ☑ Physical Aggression/Harm to Others |
|---|---|---|
| | ☐ Suicidal Ideation | ☐ Use of Drugs and/or Alcohol in ORR Custody |
| | ☑ Verbal Aggression | ☐ Self-injurious Behaviors/Self Mutilation |
| | ☐ Other | ☐ Suicide Attempt/Gesture |
| | Specify: | |

| ☐ Runaway | ☐ Runaway | ☐ Attempted Runaway |
|---|---|---|

| ☐ Incidents Involving Law Enforcement | ☐ Search | ☐ Investigate/Response |
|---|---|---|
| | ☐ Interview | ☐ Arrest |
| | ☐ Other | |
| | Specify: | |

| ☑ Safety Measures | ☑ One-on-One Supervision | ☑ Use of Restraints | ☐ Pat-Down or Other Searches |
|---|---|---|---|

| ☐ Criminal History | ☐ Significant Criminal History in Home Country |
|---|---|
| | ☐ Significant Criminal History in United States |
| | ☐ Other |
| | Specify: |

| ☐ Pregnancy Related Issues | ○ Pregnancy | ○ Childbirth | ○ Termination Request |
|---|---|---|---|
| | Please describe how the pregnancy occurred and if there are any medical complications related to the pregnancy: | | |

| ☐ Other | ☐ Contact or Threats to UC while in ORR Care (from smuggling syndicates, organized crime, other criminal actors) |
|---|---|
| | ☐ Other |
| | Specify: |

**Incident Information:**

| Did the incident take place at another care provider facility? | ○ Yes ⦿ No | Care Provider Name: | -- Select Provider Name -- |
|---|---|---|---|
| | | Care Provider City: -- Select Provider City -- | Care Provider State: -- Select Provider State -- |

| Location of Incident: | Recreational Area On-Site | Date Reported To Care Provider: | 10/18/2016 | Time Reported To Care Provider: | 03:00 PM |
|---|---|---|---|---|---|
| Other Specify: | gym | Date Reported To ORR: | 10/18/2016 | Time Reported To ORR: | 03:28 PM |

⊞ **Description of Incident (History)**

| Prior Text | Date Updated | Submitted By |
|---|---|---|
| UC _____ was removed from program for verbally threatening and assaulting staff. Pending full investigation. Follow up will be provided in a SIR Addendum. | 10/19/2016 10:21:26 AM | ebarge@svjc.org |

**Description of Incident: (Full Description of Incident)** On 10/18/16 at 2:40 pm, while Charlie Pod was in the gymnasium, UC _____ ignored staff's verbal redirection about kicking the ball at other residents. Due to continued noncompliance, Staff removed the ball and attempted to place the item in the equipment closet. At this time, UC stood in front of the door and used his body to physically block the entrance. Staff verbally redirected UC to move away from the door. UC ignored Staff's verbal redirections and began threatening to fight staff and anyone who would try to remove him

from the gym. Staff; Mr. Ramos called for assistance from a supervisor in the building. All other residents were escorted to their pod while Staff; Mr. Troutman and Assistant Shift Supervisor; Ms. Thacker attempted to talk to          . Case Manager; Ms. Ropp arrived to speak with UC but UC continued to not comply with program policy while threatening to harm Staff. Following, Clinician; Ms. Cook arrived to speak with UC. UC used profanity towards Clinician and continued to threaten staff, saying he wanted to fight staff and that he refused to go to his room. Due to UC's continued noncompliance and escalating behavior, additional staff arrived to the gym. Staff; Mr. Ramos attempted to place UC in a physical restraint but UC lunged at Staff, punching him in the face. Staff; Mr. Moats, Mr. Ramos and Mr. Troutman placed UC in a physical restraint for the safety of all parties involved. Due to UC's continued struggle, the physical restraint was taken to the floor and additional staff assisted with securing UC's legs. Staff; Ms. Leos assisted with keeping UC's head still to prevent UC from spitting on staff. Staff; Ms. Cox applied mechanical restraints. UC was escorted to his room by Staff; Mr. Moats and Staff; Mr. Oldham.

| Was the UC or Anyone Else Injured?: | ⊙ Yes ○ No | **Specify:** Staff, Mr. Ramos |

**Actions Taken**

⊞ **Staff Response and Intervention (History)**

| Prior Text | | Date Updated | Submitted By |
|---|---|---|---|
| UC          was removed from program for verbally threatening and assaulting staff. Pending full investigation. Follow up will be provided in a SIR Addendum. | | 10/19/2016 10:21:26 AM | ebarge@svjc.org |

| Staff Response and Intervention | On 10/18/16 at 2:40 pm, Staff verbally redirected multiple minors from aggressively kicking the ball at each other. Due to continued noncompliance, Staff removed the ball and attempted to place the item in the equipment closet. UC                              stood in front of the door and used his body to physically block the entrance. Staff verbally redirected UC to move away from the door. UC ignored Staff's verbal redirections and began threatening to fight staff and anyone who would try to remove him from the gym. Staff; Mr. Ramos called for assistance from a supervisor in the building. All other residents were escorted to their pod while Staff; Mr. Troutman and Assistant Shift Supervisor; Ms. Thacker attempted to talk to          Case Manager; Ms. Ropp arrived to speak with UC but UC continued to not comply with program policy while threatening to harm Staff. Following, Clinician; Ms. Cook arrived to speak with UC. UC used profanity towards Clinician and continued to threaten staff, saying he wanted to fight staff and that he refused to go to his room. Due to UC's continued noncompliance and escalating behavior, additional staff arrived to the gym. Staff; Mr. Ramos attempted to place UC in a physical restraint but UC lunged at Staff, punching him in the face. Staff; Mr. Moats, Mr. Ramos and Mr. Troutman placed UC in a physical restraint for the safety of all parties involved. Due to UC's continued struggle, the physical restraint was taken to the floor and additional staff assisted with securing UC's legs. Staff; Ms. Leos assisted with keeping UC's head still to prevent UC from spitting on staff. Staff; Ms. Cox applied mechanical restraints. UC was escorted to his room by Staff; Mr. Moats and Staff; Mr. Oldham. Mechanical restraints were removed. UC was in a physical restraint for approximately five minutes and in mechanical restraints for approximately ten minutes. |

⊞ **Follow-up and/or Resolution (History)**

| Prior Text | | Date Updated | Submitted By |
|---|---|---|---|
| UC          was removed from program for verbally threatening and assaulting staff. Pending full investigation. Follow up will be provided in a SIR Addendum. | | 10/19/2016 10:21:26 AM | ebarge@svjc.org |

| Follow-up and/or Resolution: | In accordance with the Shenandoah Valley Juvenile Center's behavioral management policy, UC                              was removed from programming for assault on staff, fighting and aggressive behavior. Per SVJC Program Manager; Jason Klingensmith, UC will be removed from programming until 10/20/16. Once removed from programming, UC will be placed on one to one supervision due to his continued assaultive behavior. Additionally, SVJC will be filing approximately two to four felony assault charges on UC for his assaultive behavior towards Staff. Clinician and Case Manager will meet with UC to discuss safety concerns and behavioral management. Follow up will be documented in UC's individual progress notes and case manager notes. Staff; Mr. Ramos called the VML nurse line due to swelling and bruising in his lip and left eye area. Staff's lip was also bleeding. VML advised staff to get checked at a medical facility. |

⊞ **Recommendations (History)**

| Prior Text | | Date Updated | Submitted By |
|---|---|---|---|
| UC          was removed from program for verbally threatening and assaulting staff. Pending full investigation. Follow up will be provided in a SIR Addendum. | | 10/19/2016 10:21:26 AM | ebarge@svjc.org |

| Recommendations: | It is recommended that UC continue to receive case management, mental health, medical and legal services. |

**Reporting:**

| Reported To State Licensing: | ○ Yes ⊙ No | Date of Report: | Time of Report: |
|---|---|---|---|
| Was the Incident Investigated? | ○ Yes ⊙ No | Date Notified the Incident will be investigated: | Case/Confirmation Number: |

Explain

⊞ **Progress of Investigation (History)**

⊞ **Results/Findings of Investigation (History):**

Results/Findings of Investigation:

Attach Reports/Findings:

| Is CPS Different From State Licensing: | ⊙ Yes ○ No |
|---|---|

| Reported To CPS: | ○ Yes ⊙ No | Date of Report: | Time of Report: |
|---|---|---|---|
| Was the Incident Investigated? | ○ Yes ⊙ No | Date Notified the Incident will be investigated: | Case/Confirmation Number: |

Explain

Results/Findings of Investigation:

Attach Reports/Findings:

| Reported To Local Law Enforcement: | ○ Yes ⊙ No | Date of Report: | Time of Report: |
|---|---|---|---|
|  |  | Officer Name: | Officer Badge: |
| Was the Incident Investigated? | ○ Yes ○ No | Date Notified the Incident will be investigated: | Case/Confirmation Number: |

Explain

**Progress of Investigation (History)**

**Results/Findings of Investigation (History):**

Results/Findings of Investigation:

Attach Reports/Findings:

**ORR Notifications:**

| Name | Agency/Title | Date Notified | Time Notified | Email | Telephone Number |
|---|---|---|---|---|---|
| Jessie Mansilla | ORR/FFS | 10/18/2016 | 03:32 PM | Jessie.Mansilla@acf.hhs.gov | 2024014844 |
| Joseph Flippin | ORR/PO | 10/18/2016 | 03:32 PM | Joseph.Flippin@acf.hhs.gov | 2024014863 |
|  | Medical Coordinator |  |  |  |  |
| Patricia Melendres | Case Coordinator | 10/18/2016 | 03:32 PM | Patricia.Melendres@GDIT.com | 9085876557 |
| Mark Bennett | CFS | 10/18/2016 | 03:32 PM | mark.bennett@acf.hhs.gov | 2022605738 |
| SIR Hotline | SIR Hotline | 10/18/2016 | 03:32 PM | sirhotline@acf.hhs.gov | 2024015709 |
| Rebecca Schreuder | GDIT Supervisor | 10/18/2016 | 03:32 PM | Rebecca.Schreuder@GDIT.com | 2475520202 |

**Other Notifications:**

Is this an SIR for a Runaway?      ○ Yes ○ No

| Title | Name | Date Notified | Time Notified | Method of Notification | Specify |
|---|---|---|---|---|---|
| ICE Juvenile Coordinator |  |  |  | Phone |  |

**Reporter and Follow-Up Contact:**

| Type | Name | Title | Email | Telephone Number |
|---|---|---|---|---|
| Staff Filing Report | Melissa Cook | Lead Clinician | mcook@svjc.org | 5408860729 |
| Contact for Follow-Up | Melissa Cook | Lead Clinician | mcook@svjc.org | 5408860729 |




**EXHIBIT**
D-3

| UAC Basic Information | | | |
|---|---|---|---|
| First Name: | | Status: | ADMITTED |
| Last Name: | | AKA: | |
| Date of Birth: | | Gender: | M |
| A No.: | 208946737 | LOS: | 201 |
| Age: | 14 | LOC: | 207 |
| Child's Country of Birth: | Mexico | Current Program: | Shenandoah Valley Juvenile Center |
| Admitted Date: | 4/9/2016 | Current Location: | Staunton, VA |
| ORR Placement Date: | 4/2/2016 | | |

| | | | |
|---|---|---|---|
| Event Type: | SIR Event | | |
| Date of Event: | 10/26/2016 | Time of Event: 04:00 PM | Event ID: 78181 |

**Synopsis of Event:** UC was removed from programming due to failure to obey, disruptive behavior and threatening behavior.

## Significant Incident Report

**SIR**

○ Emergency SIR　　⦿ SIR

| | | | |
|---|---|---|---|
| ☐ Abuse/Neglect in ORR Care | --Select-- | Alleged Perpetrator: | --Select-- |

| ☐ Past Abuse/Neglect Not in ORR Care | ☐ Abuse in Home Country | ☐ Abuse On Journey |
|---|---|---|
| | ☐ Neglect/Abandonment in the Home Country | ☐ Neglect/Abandonment in the United States |
| | ☐ Abuse In UnitedStates | ☐ Other |
| | ☐ Abuse In DHS Custody | Specify: |
| | 　☐ Physical Abuse In ICE Custody | |
| | 　☐ Sexual Abuse In ICE Custody | |
| | 　☐ Physical Abuse In CBP Custody | |
| | 　☐ Sexual Abuse In CBP Custody | |
| | 　☐ Other | |
| | Specify: | |

| ☑ Major Behavioral Incidents that threaten safety | ☐ Possession/Use of a Weapon | ☑ Physical Aggression/Harm to Others |
|---|---|---|
| | ☐ Suicidal Ideation | ☐ Use of Drugs and/or Alcohol in ORR Custody |
| | ☑ Verbal Aggression | ☐ Self-injurious Behaviors/Self Mutilation |
| | ☐ Other | ☐ Suicide Attempt/Gesture |
| | Specify: | |

| ☐ Runaway | ☐ Runaway | ☐ Attempted Runaway |
|---|---|---|

| ☐ Incidents Involving Law Enforcement | ☐ Search | ☐ Investigate/Response |
|---|---|---|
| | ☐ Interview | ☐ Arrest |
| | ☐ Other | |
| | Specify: | |

| ☐ Safety Measures | ☐ One-on-One Supervision | ☐ Use of Restraints | ☐ Pat-Down or Other Searches |
|---|---|---|---|

| ☐ Criminal History | ☐ Significant Criminal History in Home Country | |
|---|---|---|
| | ☐ Significant Criminal History in United States | |
| | ☐ Other | |
| | Specify: | |

| ☐ Pregnancy Related Issues | ○ Pregnancy | ○ Childbirth | ○ Termination Request |
|---|---|---|---|
| | Please describe how the pregnancy occurred and if there are any medical complications related to the pregnancy: | | |

| ☐ Other | ☐ Contact or Threats to UC while in ORR Care (from smuggling syndicates, organized crime, other criminal actors) |
|---|---|
| | ☐ Other |
| | Specify: |

**Incident Information:**

| | | |
|---|---|---|
| Did the incident take place at another care provider facility? | ○ Yes ⦿ No　Care Provider Name: --Select Provider Name-- | |
| | Care Provider City: --Select Provider City--　Care Provider State: --Select Provider State-- | |
| Location of Incident: | Housing Area　Date Reported To Care Provider: 10/26/2016 | Time Reported To Care Provider: 05:30 PM |
| Other Specify: | Charlie Unit　Date Reported To ORR: 10/26/2016 | Time Reported To ORR: 06:15 PM |

⊞ Description of Incident (History)

| Prior Text | Date Updated | Submitted By |
|---|---|---|
| Pending full investigation. Follow up will be provided in a SIR Addendum. | 10/27/2016 10:05:26 AM | ebarge@svjc.org |

**Description of Incident: (Full Description of Incident)** SIR Addendum 10/27/16: On 10/26/16 at 4:00 pm, Staff moved UC to Charlie Pod due to UC's request to be moved off of Alpha Pod. Soon after arriving to the unit, UC refused to go to his room. Multiple staff spoke with UC, verbally redirecting UC to comply with Staff's requests and follow program policy. UC stood up from his seat and walked into the back corner of Charlie pod while telling staff that they would have to use force to take him to his room. Staff continued verbal redirection, but UC refused to comply. Next, UC walked back to the corner of the room and held onto the door handles. Due to UC's escalating behavior and failure to comply with program policy; Staff; Ms. Leos and Assistant Shift Supervisor; Ms. Thacker each took one of UC's arms and removed them from the door handles. Next,

Staff; Mr. Moats and Staff; Mr. Troutman placed UC in a physical restraint for the safety of UC, Staff and other minors in the program. UC became combative and head butted Staff; Mr. Moats in the lip and also kicked Staff. The physical restraint was moved to the floor for the safety of all parties. Due to UC's continued aggressive behavior, mechanical restraints were applied. UC was escorted to his room. Once in his room, UC refused to allow staff to remove the mechanical restraints. After 20 minutes of verbal redirection, UC allowed Staff to remove the restraints and remained in his room without further incident. Reported by: Elizabeth Ropp

**Was the UC or Anyone Else Injured?:** ⦿ Yes ○ No        **Specify:** Staff; Mr. Moats

**Actions Taken**

⊞ **Staff Response and Intervention (History)**

| Prior Text | Date Updated | Submitted By |
|---|---|---|
| Pending full investigation. Follow up will be provided in a SIR Addendum. | 10/27/2016 10:05:26 AM | ebarge@svjc.org |

**Staff Response and Intervention**    SIR Addendum 10/27/16: On 10/26/16 at 4:00, Staff verbally redirected UC to enter his room after moving UC to Charlie Pod. UC refused to go to his room. Multiple staff spoke with UC, verbally redirecting UC to comply with Staff's requests and follow program policy. UC walked back to the corner of the room and held onto the door handles. Due to UC's escalating behavior and failure to comply with program policy, Staff; Ms. Leos and Assistant Shift Supervisor; Ms. Thacker each took one of UC's arms and removed them from the door handles. Next, Staff; Mr. Moats and Staff; Mr. Troutman placed UC in a physical restraint for the safety of UC, Staff and other minors in the program. UC became combative and head butted Staff; Mr. Moats in the lip and also kicked Staff. The physical restraint was moved to the floor for the safety of all parties. Due to UC's continued aggressive behavior, mechanical restraints were applied. UC was escorted to his room. Once in his room, UC refused to allow staff to remove the mechanical restraints. After 20 minutes of verbal redirection, UC allowed Staff to remove the restraints and remained in his room without further incident. UC was in a physical restraint for approximately one minute and in mechanical restraints for approximately 20 minutes. Reported by: Elizabeth Ropp

⊞ **Follow-up and/or Resolution (History)**

| Prior Text | Date Updated | Submitted By |
|---|---|---|
| Pending full investigation. Follow up will be provided in a SIR Addendum. | 10/27/2016 10:05:26 AM | ebarge@svjc.org |

**Follow-up and/or Resolution:**    SIR Addendum 10/27/16: In accordance with the Shenandoah Valley Juvenile Center's behavioral management policy, UC                          was removed from programming for threatening behavior, failure to obey and assault on staff. UC's behavior will be continually evaluated in order to expedite UC's reintegration into regular programming while maintaining the safety of UC, staff and other minors in the program. Removal from programming will not exceed 24 hours, without administrative approval. Clinician and Case Manager will meet with UC to discuss safety concerns and behavioral management. Follow up will be documented in UC's individual progress notes and case manager notes. Following the incident, Staff; Mr. Moats called the VML nurse line for his swollen and bruised lip from being head butted by UC. Reported by: Elizabeth Ropp

⊞ **Recommendations (History)**

| Prior Text | Date Updated | Submitted By |
|---|---|---|
| Pending full investigation. Follow up will be provided in a SIR Addendum. | 10/27/2016 10:05:26 AM | ebarge@svjc.org |

**Recommendations:**    It is recommended that UC continue to receive case management, mental health, medical and legal services.

**Reporting:**

| | | |
|---|---|---|
| **Reported To State Licensing:** ○ Yes ⦿ No | **Date of Report:** | **Time of Report:** |
| **Was the Incident Investigated?** ○ Yes ⦿ No | **Date Notified the Incident will be investigated:** | **Case/Confirmation Number:** |

**Explain**

⊞ **Progress of Investigation (History)**

⊞ **Results/Findings of Investigation (History):**

**Results/Findings of Investigation:**
**Attach Reports/Findings:**

**Is CPS Different From State Licensing:** ⦿ Yes ○ No

| | | |
|---|---|---|
| **Reported To CPS:** ○ Yes ⦿ No | **Date of Report:** | **Time of Report:** |
| **Was the Incident Investigated?** ○ Yes ⦿ No | **Date Notified the Incident will be investigated:** | **Case/Confirmation Number:** |

**Explain**

**Results/Findings of Investigation:**
**Attach Reports/Findings:**

| | | |
|---|---|---|
| **Reported To Local Law Enforcement:** ○ Yes ⦿ No | **Date of Report:** | **Time of Report:** |
| | **Officer Name:** | **Officer Badge:** |
| **Was the Incident Investigated?** ○ Yes ⦿ No | **Date Notified the Incident will be investigated:** | **Case/Confirmation Number:** |

**Explain**

⊞ **Progress of Investigation (History)**

⊞ **Results/Findings of Investigation (History):**

**Results/Findings of Investigation:**
**Attach Reports/Findings:**

**ORR Notifications:**

| Name | Agency/Title | Date Notified | Time Notified | Email | Telephone Number |
|---|---|---|---|---|---|
| Jessie Mansilla | ORR/FFS | 10/26/2016 | 06:15 PM | jessie.mansilla@acf.hhs.go | 2024014844 |
| Patrice West | ORR/PO | 10/26/2016 | 06:15 PM | rhonda.west@acf.hhs.gov | 2024014863 |
| | Medical Coordinator | | | | |

| | Patricia Melendres | Case Coordinator | 10/26/2016 | 06:15 PM | patricia.melendres@gdit.co | #035876557 |
|---|---|---|---|---|---|---|
| | Mark Bennett | CFS | 10/26/2016 | 06:15 PM | mark.bennett@acf.hhs.gov | 2024014827 |
| | DCS Hotline | SIR Hotline | 10/26/2016 | 06:15 PM | sirhotline@acf.hhs.gov | 2024015709 |
| | Rebecca Schreuder | GDIT | 10/26/2016 | 06:15 PM | rebecca.schreuder@gdit.com | 4555520202 |

**Other Notifications:**

Is this an SIR for a Runaway?        ○ Yes  ● No

| Title | Name | Date Notified | Time Notified | Method of Notification | Specify |
|---|---|---|---|---|---|
| ICE Juvenile Coordinator | | | | Phone | |

**Reporter and Follow-Up Contact:**

| Type | Name | Title | Email | Telephone Number |
|---|---|---|---|---|
| Staff Filing Report | Elsa Gallardo | Case Manager | egallardo@svjc.org | 5408860729 |
| Contact for Follow-Up | Elsa Gallardo | Case Manager | egallardo@svjc.org | 5408860729 |



**EXHIBIT**

**D-4**

| UAC Basic Information | | | |
|---|---|---|---|
| First Name: | | Status: | ADMITTED |
| Last Name: | | AKA: | |
| Date of Birth: | | Gender: | M |
| A No.: | 208946737 | LOS: | 219 |
| Age: | 14 | LOC: | 225 |
| Child's Country of Birth: | Mexico | Current Program: | Shenandoah Valley Juvenile Center |
| Admitted Date: | 4/9/2016 | Current Location: | Staunton, VA |
| ORR Placement Date: | 4/2/2016 | | |

| | | | | |
|---|---|---|---|---|
| Event Type: | SIR Event | | | |
| Date of Event: | 11/13/2016 | Time of Event: 03:00 PM | Event ID: | 80720 |

Synopsis of Event: Fight in the Gym; Unit Charlie

| Significant Incident Report |
|---|

○ Emergency SIR  ● SIR

**SIR**

| ☐ Abuse/Neglect in ORR Care | --Select-- | Alleged Perpetrator: | --Select-- |
|---|---|---|---|

| ☐ Past Abuse/Neglect Not in ORR Care | ☐ Abuse in Home Country | ☐ Abuse On Journey |
|---|---|---|
| | ☐ Neglect/Abandonment in the Home Country | ☐ Neglect/Abandonment in the United States |
| | ☐ Abuse In United States | ☐ Other |
| | ☐ Abuse In DHS Custody | Specify: |
| |    ☐ Physical Abuse In ICE Custody | |
| |    ☐ Sexual Abuse In ICE Custody | |
| |    ☐ Physical Abuse In CBP Custody | |
| |    ☐ Sexual Abuse In CBP Custody | |
| |    ☐ Other | |
| | Specify: | |

| ☑ Major Behavioral Incidents that threaten safety | ☐ Possession/Use of a Weapon | ☑ Physical Aggression/Harm to Others |
|---|---|---|
| | ☐ Suicidal Ideation | ☐ Use of Drugs and/or Alcohol in ORR Custody |
| | ☐ Verbal Aggression | ☐ Self-injurious Behaviors/Self Mutilation |
| | ☑ Other | ☐ Suicide Attempt/Gesture |
| | Specify: Assault on peer and threatening behavior | |

| ☐ Runaway | ☐ Runaway | ☐ Attempted Runaway |
|---|---|---|

| ☐ Incidents Involving Law Enforcement | ☐ Search | ☐ Investigate/Response |
|---|---|---|
| | ☐ Interview | ☐ Arrest |
| | ☐ Other | |
| | Specify: | |

| ☐ Safety Measures | ☐ One-on-One Supervision | ☐ Use of Restraints | ☐ Pat-Down or Other Searches |
|---|---|---|---|

| ☐ Criminal History | ☐ Significant Criminal History in Home Country |
|---|---|
| | ☐ Significant Criminal History in United States |
| | ☐ Other |
| | Specify: |

| ☐ Pregnancy Related Issues | ○ Pregnancy | ○ Childbirth | ○ Termination Request |
|---|---|---|---|
| | Please describe how the pregnancy occurred and if there are any medical complications related to the pregnancy: | | |

| ☐ Other | ☐ Contact or Threats to UC while in ORR Care (from smuggling syndicates, organized crime, other criminal actors) |
|---|---|
| | ☐ Other |
| | Specify: |

**Incident Information:**

| Did the incident take place at another care provider facility? | ○ Yes ● No | Care Provider Name: | -- Select Provider Name -- | |
|---|---|---|---|---|
| | | Care Provider City: | -- Select Provider City -- Care Provider State: | -- Select Provider State -- |
| Location of Incident: | Recreational Area On-Site | Date Reported To Care Provider: | 11/13/2016 | Time Reported To Care Provider: 03:08 PM |
| Other Specify: | Gym | Date Reported To ORR: | 11/13/2016 | Time Reported To ORR: 03:45 PM |

| ⊞ Description of Incident (History) | | |
|---|---|---|
| **Prior Text** | **Date Updated** | **Submitted By** |
| UC assaulted another minor in the gym. Pending full investigation. Follow up will be provided in a SIR Addendum. | 11/14/2016 10:12:50 AM | egalliardo@svjc.org |

**Description of Incident (Full Description of Incident)** On 11/13/16 at 02:41PM, while in the gym, another minor shot a basketball towards the hoop. As the ball came down, UC was standing under the basket and therefore, was hit on the head. At this time, UC immediately ran towards the minor and began assaulting him in his upper body. Due to no time for a less intrusive intervention, staff Mr. Peeling placed UC in a physical restraint and lowered him to the floor for the safety of UC, staff and other minors in the program. Due to his continued struggle, UC was placed in mechanical restraints for the safety of UC, staff and other minors in the program. UC was escorted to his room where he continued to

threaten to assault staff once the restraints were removed. Staff stayed with UC in his room where they continued to attempt verbal de-escalation. At 03:37PM, UC was calm enough to allow staff to remove the restraints without issue. UC was in physical restraints for approximately one minute and in mechanical restraints for approximately fifty-five minutes. SVJC nurse followed up with UC. However, UC did not report any injuries. Staff Mr. Peeling reported a swollen knee, and bruising and swelling to the right side of his forehead. He will be going to the Urgent Care to check for a concussion. Reported by CM Elsa Gallardo

**Was the UC or Anyone Else Injured?**  ⦿ Yes ○ No          **Specify:** UC reported no injuries. Staff was injured. Please see above.

**Actions Taken**

➕ **Staff Response and Intervention (History)**

| Prior Text | Date Updated | Submitted By |
|---|---|---|
| UC assaulted another minor in the gym. Pending full investigation. Follow up will be provided in a SIR Addendum. | 11/14/2016 10:12:50 AM | egallardo@svjc.org |

**Staff Response and Intervention**   On 11/13/16 at 02:41PM, staff placed UC                                in a physical restraint and lowered him to the ground due to an assault in progress. Due to UC's continued struggle, staff placed UC in a mechanical restraints for the safety of UC, staff and other minors in the program. Afterwards, staff escorted UC to his room where they continued to attempt verbal de-escalation. At 03:37PM, UC was calm and allowed staff to remove the mechanical restraints without issue. UC was in a physical restraints for approximately one minute and in mechanical restraints for approximately 55 minutes. Staff Mr. Peeling reported a swollen knee, and bruising and swelling to the right side of his forehead. He will be going to the Urgent Care to check for a concussion. Reported by CM Elsa Gallardo

➕ **Follow-up and/or Resolution (History)**

| Prior Text | Date Updated | Submitted By |
|---|---|---|
| UC assaulted another minor in the gym. Pending full investigation. Follow up will be provided in a SIR Addendum. | 11/14/2016 10:12:50 AM | egallardo@svjc.org |

**Follow-up and/or Resolution:**   In accordance with the Shenandoah Valley Juvenile Center's behavioral management policy, UC                        was removed from regular programming for disruptive behavior and assault on peer. UC's behavior will be continually evaluated in order to expedite minor's reintegration into regular programming while maintain the safety of UC, staff and other minors in the program. Following reintegration, Clinician and Case Manager will meet with UC to discuss safety concerns and behavioral management. Follow-up will be documented in UC's individual progress notes and case manager notes. Reported by CM Elsa Gallardo

➕ **Recommendations (History)**

| Prior Text | Date Updated | Submitted By |
|---|---|---|
| UC assaulted another minor in the gym. Pending full investigation. Follow up will be provided in a SIR Addendum. | 11/14/2016 10:12:50 AM | egallardo@svjc.org |

**Recommendations:**   It is recommended that UC                                continue to receive case management, clinical, legal and medical services. Reported by CM Elsa Gallardo

**Reporting:**

| | | | |
|---|---|---|---|
| **Reported To State Licensing:** | ○ Yes ⦿ No | **Date of Report:** | **Time of Report:** |
| **Was the Incident Investigated?** | ○ Yes ⦿ No | **Date Notified the Incident will be investigated:** | **Case/Confirmation Number:** |

**Explain**

➕ **Progress of Investigation (History)**

➕ **Results/Findings of Investigation (History):**

**Results/Findings of Investigation:**

**Attach Reports/Findings:**

**Is CPS Different From State Licensing:**  ⦿ Yes ○ No

| | | | |
|---|---|---|---|
| **Reported To CPS:** | ○ Yes ⦿ No | **Date of Report:** | **Time of Report:** |
| **Was the Incident Investigated?** | ○ Yes ⦿ No | **Date Notified the Incident will be investigated:** | **Case/Confirmation Number:** |

**Explain**

**Results/Findings of Investigation:**

**Attach Reports/Findings:**

| | | | |
|---|---|---|---|
| **Reported To Local Law Enforcement:** | ○ Yes ⦿ No | **Date of Report:** | **Time of Report:** |
| | | **Officer Name:** | **Officer Badge:** |
| **Was the Incident Investigated?** | ○ Yes ⦿ No | **Date Notified the Incident will be investigated:** | **Case/Confirmation Number:** |

**Explain**

➕ **Progress of Investigation (History)**

➕ **Results/Findings of Investigation (History):**

**Results/Findings of Investigation:**

**Attach Reports/Findings:**

**ORR Notifications:**

| Name | Agency/Title | Date Notified | Time Notified | Email | Telephone Number |
|---|---|---|---|---|---|
| Jessie Mansilla | ORR/FFS | 11/13/2016 | 03:45 PM | jessie.mansilla@acf.hhs.gov | 2024014844 |
| Joseph Flippin | ORR/PO | 11/13/2016 | 03:45 PM | joseph.flippin@acf.hhs.gov | 2024014863 |
| | Medical Coordinator | | | | |
| Patricia Melendres | Case Coordinator | 11/13/2016 | 03:45 PM | patricia.melendres@gdit.com | 2035876557 |
| Mark Bennett | CFS | 11/13/2016 | 03:45 PM | mark.bennett@acf.hhs.gov | 2022605738 |

| DCS Hotline | SIR Hotline | 11/13/2016 | 03:45 PM | sirhotline@acf.hhs.gov | 2024015709 |
| Rebecca Schreuder | GDIT | 11/13/2016 | 03:45 PM | rebecca.schreuder@gdit.co | 8475520202 |

**Other Notifications:**

Is this an SIR for a Runaway?    ○ Yes ● No

| Title | Name | Date Notified | Time Notified | Method of Notification | Specify |
|-------|------|---------------|---------------|------------------------|---------|
| ICE Juvenile Coordinator | | | | Phone | |

**Reporter and Follow-Up Contact:**

| Type | Name | Title | Email | Telephone Number |
|------|------|-------|-------|------------------|
| Staff Filing Report | Elsa Gallardo | Case Manager | egallardo@svjc.org | 5408860729 |
| Contact for Follow-Up | Elizabeth Ropp | Lead Case Manager | eropp@svjc.org | 5408860729 |

EXHIBIT

D-5

## UAC Basic Information

| | | | | |
|---|---|---|---|---|
| First Name: | | Status: | ADMITTED | |
| Last Name: | | AKA: | | |
| Date of Birth: | | Gender: | M | |
| A No.: | 208946737 | LOS: | 222 | |
| Age: | 14 | LOC: | 228 | |
| Child's Country of Birth: | Mexico | Current Program: | Shenandoah Valley Juvenile Center | |
| Admitted Date: | 4/9/2016 | Current Location: | Staunton, VA | |
| ORR Placement Date: | 4/2/2016 | | | |

| | | | | |
|---|---|---|---|---|
| Event Type: | SIR Event | | | |
| Date of Event: | 11/17/2016 | Time of Event: 10:30 AM | Event ID: | 81365 |

Synopsis of Event: Assault on Peer; Unit Charlie

## Significant Incident Report

○ Emergency SIR          ● SIR

### SIR

| | | | |
|---|---|---|---|
| ☐ Abuse/Neglect in ORR Care | --Select-- | Alleged Perpetrator: | --Select-- |

| ☐ Past Abuse/Neglect Not in ORR Care | ☐ Abuse in Home Country | ☐ Abuse On Journey |
|---|---|---|
| | ☐ Neglect/Abandonment in the Home Country | ☐ Neglect/Abandonment in the United States |
| | ☐ Abuse In UnitedStates | ☐ Other |
| | ☐ Abuse In DHS Custody | Specify: |
| | ☐ Physical Abuse In ICE Custody | |
| | ☐ Sexual Abuse In ICE Custody | |
| | ☐ Physical Abuse In CBP Custody | |
| | ☐ Sexual Abuse In CBP Custody | |
| | ☐ Other | |
| | Specify: | |

| ☑ Major Behavioral Incidents that threaten safety | ☐ Possession/Use of a Weapon | ☑ Physical Aggression/Harm to Others |
|---|---|---|
| | ☐ Suicidal Ideation | ☐ Use of Drugs and/or Alcohol in ORR Custody |
| | ☐ Verbal Aggression | ☐ Self-injurious Behaviors/Self Mutilation |
| | ☐ Other | ☐ Suicide Attempt/Gesture |
| | Specify: | |

| ☐ Runaway | ☐ Runaway | ☐ Attempted Runaway |
|---|---|---|

| ☐ Incidents Involving Law Enforcement | ☐ Search | ☐ Investigate/Response |
|---|---|---|
| | ☐ Interview | ☐ Arrest |
| | ☐ Other | |
| | Specify: | |

| ☐ Safety Measures | ☐ One-on-One Supervision | ☐ Use of Restraints | ☐ Pat-Down or Other Searches |
|---|---|---|---|

| ☐ Criminal History | ☐ Significant Criminal History in Home Country |
|---|---|
| | ☐ Significant Criminal History in United States |
| | ☐ Other |
| | Specify: |

| ☐ Pregnancy Related Issues | ○ Pregnancy | ○ Childbirth | ○ Termination Request |
|---|---|---|---|
| | Please describe how the pregnancy occurred and if there are any medical complications related to the pregnancy: | | |

| ☐ Other | ☐ Contact or Threats to UC while in ORR Care (from smuggling syndicates, organized crime, other criminal actors) |
|---|---|
| | ☐ Other |
| | Specify: |

### Incident Information:

| | | | | | |
|---|---|---|---|---|---|
| Did the incident take place at another care provider facility? | ○ Yes ● No | Care Provider Name: | --Select Provider Name-- | | |
| | | Care Provider City: | --Select Provider City-- | Care Provider State: | --Select Provider State-- |
| Location of Incident: | Housing Area | Date Reported To Care Provider: | 11/17/2016 | Time Reported To Care Provider: | 12:57 PM |
| Other Specify: | Charlie Pod | Date Reported To ORR: | 11/17/2016 | Time Reported To ORR: | 01:45 PM |

### Description of Incident (History)

| Prior Text | Date Updated | Submitted By |
|---|---|---|
| UC assaulted another minor. Pending full investigation. Follow up will be reported in an SIR addendum. | 11/17/2016 4:48:22 PM | egaﬂardo@svjc.org |

Description of Incident: (Full Description of Incident) EVENT TIME CORRECTION AND ADDENDUM: On 11/17/16 at 10:50AM, as the teacher left the unit, UC                 and another minor (minor 1) stood up from their seats and positioned themselves on either side of another minor (minor 2), in a threatening manner. UC and minor 1 were verbally redirected to sit in their respective seats. However, at 10:52AM, UC tackled minor 2 by the neck, taking him to the ground. With no time for a less intrusive intervention, UC was placed in a physical restraint for the safety of UC, staff and other minors in the program. However, before staff was able to gain full control of the situation, UC managed to kick minor 2. Once in the physical

restraint, UC continued to struggle to get free from the restraint, in addition to making threatening comments. Due to UC's continues struggle, an additional staff member assisted with controlling UC's legs. After exhausting all forms of less intrusive intervention and UC's continued struggle, mechanical restraints are placed on UC's hands at 10:54AM, for the safety of UC, staff and other minors in the program. At 10:57AM, UC was escorted to his room. At this time, UC continued making threatening comments towards staff and reported he would attack staff once the mechanical restraints were removed. At 11:03AM, UC allowed staff to remove the mechanical restraints. Staff exited UC's room without further issue. UC was in a physical restraint for approximately two minutes and in mechanical restraints for approximately eight minutes. No injuries reported by UC or staff. Reported by Elsa Gallardo

| Was the UC or Anyone Else Injured?: | ○ Yes ⦿ No | Specify: | No injuries reported by UC or staff. |

### Actions Taken

**Staff Response and Intervention (History)**

| Prior Text | Date Updated | Submitted By |
|---|---|---|
| Pending full investigation. Follow up will be reported in an SIR addendum. | 11/17/2016 4:48:22 PM | egallardo@svjc.org |

| Staff Response and Intervention | EVENT TIME CORRECTION and ADDENDUM: On 11/17/16 at 10:50AM, staff verbally redirected UC and minor 1 to sit in their respective seats. However, due to the assault in progress, staff physically intervened and placed UC in a physical restraint for the safety of UC, staff and other minors in the program. UC continued to struggle and an additional staff member assisted with controlling UC's legs. After exhausting all forms of less intrusive intervention and UC's continued struggle, staff placed mechanical restraints on UC's hands for the safety of UC, staff and other minors in the program. Staff escorted UC to his room and shortly after staff were able to remove the mechanical restraints. UC was in a physical restraint for approximately two minutes and in mechanical restraints for approximately eight minutes. Reported by Elsa Gallardo |

**Follow-up and/or Resolution (History)**

| Prior Text | Date Updated | Submitted By |
|---|---|---|
| Pending full investigation. Follow up will be reported in an SIR addendum. | 11/17/2016 4:48:22 PM | egallardo@svjc.org |

| Follow-up and/or Resolution: | In accordance with the Shenandoah Valley Juvenile Center's behavioral management policy, UC was removed from programming for disruptive behavior and assault on peer. UC's behavior will be continually evaluated in order to expedite UC's reintegration into regular programming while maintaining the safety of UC, staff and other minors in the program. Removal from programming will not exceed 24 hours, without administrative approval. Following reintegration, Clinician and Case Manager will meet with UC to discuss safety concerns and behavioral management. Follow up will be documented in UC's individual progress notes and case manager notes. Reported by Elsa Gallardo |

**Recommendations (History)**

| Prior Text | Date Updated | Submitted By |
|---|---|---|
| Pending full investigation. Follow up will be reported in an SIR addendum. | 11/17/2016 4:48:22 PM | egallardo@svjc.org |

| Recommendations: | it is recommended that UC continue to receive case management, mental health, legal, and medical services. |

### Reporting:

| Reported To State Licensing: | ○ Yes ⦿ No | Date of Report: | | Time of Report: | |
| Was the Incident Investigated? | ○ Yes ⦿ No | Date Notified the Incident will be investigated: | | Case/Confirmation Number: | |

Explain

**Progress of Investigation (History)**

**Results/Findings of Investigation (History):**

Results/Findings of Investigation:

Attach Reports/Findings:

| Is CPS Different From State Licensing: | ⦿ Yes ○ No |
| Reported To CPS: | ○ Yes ⦿ No | Date of Report: | | Time of Report: | |
| Was the Incident Investigated? | ○ Yes ⦿ No | Date Notified the Incident will be investigated: | | Case/Confirmation Number: | |

Explain

Results/Findings of Investigation:

Attach Reports/Findings:

| Reported To Local Law Enforcement: | ○ Yes ⦿ No | Date of Report: | | Time of Report: | |
| | | | | Officer Name: | |
| | | | | Officer Badge: | |
| Was the Incident Investigated? | ○ Yes ⦿ No | Date Notified the Incident will be investigated: | | Case/Confirmation Number: | |

Explain

**Progress of Investigation (History)**

**Results/Findings of Investigation (History):**

Results/Findings of Investigation:

Attach Reports/Findings:

### ORR Notifications:

| Name | Agency/Title | Date Notified | Time Notified | Email | Telephone Number |
|---|---|---|---|---|---|
| Jessie Mansilla | ORR/FFS | 11/17/2016 | 01:45 PM | jessie.mansilla@acf.hhs.gov | 2024014844 |
| Joseph Flippin | ORR/PO | 11/17/2016 | 01:45 PM | joseph.flippin@acf.hhs.gov | 2024014863 |
| | Medical Coordinator | | | | |
| Patricia Melendres | Case Coordinator | 11/17/2016 | 01:45 PM | patricia.melendres@gdit.com | 8035876557 |
| Mark Bennett | CFS | 11/17/2016 | 01:45 PM | mark.bennett@acf.hhs.gov | 2022605738 |

| SIR Hotline | SIR Hotline | 11/17/2016 | 01:45 PM | sirhotline@acf.hhs.gov | 2024015706 |
| Rebecca Schreuder | GDIT | 11/17/2016 | 01:45 PM | rebecca.schreuder@gdit.com | 9475520202 |

**Other Notifications:**

Is this an SIR for a Runaway?  ○ Yes ● No

| Title | Name | Date Notified | Time Notified | Method of Notification | Specify |
|-------|------|---------------|---------------|------------------------|---------|
| ICE Juvenile Coordinator | | | | Phone | |

**Reporter and Follow-Up Contact:**

| Type | Name | Title | Email | Telephone Number |
|------|------|-------|-------|------------------|
| Staff Filing Report | Elsa Gallardo | Case Manager | egallardo@svjc.org | 5408860729 |
| Contact for Follow-Up | Elizabeth Ropp | Case Manager | eropp@svjc.org | 5408860729 |