IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

| | |
|---|---|
| JOHN DOE 4, by and through his next friend, NELSON LOPEZ, on behalf of himself and all persons similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>**SHENANDOAH VALLEY JUVENILE CENTER COMMISSION***,*<br><br>*Defendant.* | CIVIL ACTION<br><br>Case No.: 5:17-cv-00097-EKD<br><br>Honorable Elizabeth K. Dillon |

## DEFENDANT'S MOTION FOR PROTECTIVE ORDER

Defendant Shenandoah Valley Juvenile Center Commission, by counsel, pursuant to Fed. R. Civ. P. 26(c), moves this Court for the entry of a Protective Order limiting the scope of Plaintiffs' First Requests for Admissions to (a) facts and documents related to members of the class certified by the Court on June 27, 2018; and (b) the time period encompassed by Defendant's current behavioral management program, which commenced on August 1, 2016. In accordance with Rule 26(c)(1), counsel for Defendant certifies having conferred in good faith with Plaintiffs' counsel on several occasions in an effort to resolve this matter without the involvement of the Court. However, the parties have not been able to resolve this matter, which involves evidentiary issues pertinent to the parties' preparation for and conduct of the trial in this case. Defendant respectfully requests that the Court enter an Order granting its motion for good cause shown and for the reasons set forth in Defendant's supporting Brief filed contemporaneously herewith.

1

DATED: October 17, 2018

                                **Respectfully submitted,**
                                **SHENANDOAH VALLEY JUVENILE**
                                **CENTER COMMISSION**
                                *By Counsel*

By: /s/ Jason A. Botkins
Jason A. Botkins (VSB No. 70823)
Melisa G. Michelsen (VSB No. 40001)
Litten & Sipe, LLP
410 Neff Avenue
Harrisonburg, Virginia 22801-3434
Telephone: (540) 434-5353
Facsimile: (540) 434-6069
Email: jason.botkins@littensipe.com
Email: melisa.michelsen@littensipe.com

Harold E. Johnson (VSB No. 65591)
Meredith M. Haynes (VSB No. 80163)
Williams Mullen
200 South 10th Street
Richmond, Virginia 23219
Telephone (804) 420-6000
Facsimile: (804) 420-6507
Email: hjohnson@williamsmullen.com
Email: mhaynes@williamsmullen.com

*Counsel for Shenandoah Valley Juvenile Center Commission*

# CERTIFICATE

I certify that on the 17th day of October, 2018, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

Hannah M. Lieberman (*pro hac vice)*
Tiffany Yang (*pro hac vice)*
Mirela Missova (*pro hac vice)*

Washington Lawyers Committee
for Civil Rights and Urban Affairs
11 Dupont Circle, NW, Suite 400
Washington, D.C. 20036
Telephone: (202) 319-1000
Facsimile: (202) 319-1010
hannah_lieberman@washlaw.org
tiffany_yang@washlaw.org
mirela_missova@washlaw.org

*Attorneys for Plaintiff John Doe 4*

Theodore A. Howard (*pro hac vice*)
Bradley C. Tobias (VSB No. 88046)
J. Ryan Frazee (*pro hac vice*)

Wiley Rein LLP
1776 K Street, NW
Washington, D.C. 20006
Telephone: (202) 719-7120
Facsimile: (202) 719-7049
thoward@wileyrein.com
btobias@wileyrein.com
jfrazee@wileyrein.com

/s/ Jason A. Botkins
*Counsel for Shenandoah Valley
Juvenile Center Commission*