IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| JOHN DOE 4, by and through his next friend, NELSON LOPEZ, on behalf of himself and all persons similarly situated<br><br>  *Plaintiffs*,<br><br>v.<br><br>SHENANDOAH VALLEY JUVENILE CENTER COMMISSION,<br><br>  *Defendant*. | Civil Action No. 5:17-cv-00097-EKD |

**DEFENDANT'S MOTION FOR SANCTIONS UNDER
FEDERAL RULE OF CIVIL PROCEDURE 16(f)**

Defendant Shenandoah Valley Juvenile Center Commission ("SVJC"), by counsel, and pursuant to Federal Rule of Civil Procedure 16(f), respectfully moves that the Court exclude the November 7, 2018 Supplemental Expert Report prepared by Plaintiff's expert, Dr. Paul Diver, and any testimony related thereto, as a sanction for the Plaintiff's failure to disclose the Supplemental Expert Report in a timely manner consistent with the Scheduling Order entered by this Court on August 22, 2018.

The bases for this Motion are detailed in Defendant's Memorandum in Support of this Motion, filed contemporaneously with this Motion.

                **Respectfully submitted,
                SHENANDOAH VALLEY JUVENILE
                CENTER COMMISSION
                *By Counsel***

**LITTEN & SIPE L.L.P.**, and
**WILLIAMS MULLEN**
By: /S/ Harold E. Johnson

Jason A. Botkins (VSB No. 70823)
Melisa G. Michelsen (VSB No. 40001)
410 Neff Avenue
Harrisonburg, Virginia 22801-3434
Telephone: (540) 434-5353
Facsimile: (540) 434-6069
Email: jason.botkins@littensipe.com
Email: melisa.michelsen@littensipe.com

Harold E. Johnson (VSB No. 65591)
Meredith M. Haynes (VSB No. 80163)
Williams Mullen
200 South 10th Street
Richmond, Virginia 23219
Telephone (804) 420-6000
Facsimile: (804) 420-6507
Email: hjohnson@williamsmullen.com
Email: mhaynes@williamsmullen.com

*Counsel for Defendant Shenandoah Valley Juvenile Center Commission*

# CERTIFICATE

I certify that on the 14th day of November, 2018, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

| | |
|---|---|
| Hannah M. Lieberman (*pro hac vice*) <br> Tiffany Yang (*pro hac vice*) <br> Mirela Missova (*pro hac vice*) <br><br> Washington Lawyers Committee <br> for Civil Rights and Urban Affairs <br> 11 Dupont Circle, NW, Suite 400 <br> Washington, D.C. 20036 <br> Telephone: (202) 319-1000 <br> Facsimile: (202) 319-1010 <br> hannah_lieberman@washlaw.org <br> tiffany_yang@washlaw.org <br> mirela_missova@washlaw.org <br><br> *Attorneys for Plaintiff John Doe 4* | Theodore A. Howard (*pro hac vice*) <br> Bradley C. Tobias (VSB No. 88046) <br> J. Ryan Frazee (*pro hac vice*) <br><br> Wiley Rein LLP <br> 1776 K Street, NW <br> Washington, D.C. 20006 <br> Telephone: (202) 719-7120 <br> Facsimile: (202) 719-7049 <br> thoward@wileyrein.com <br> btobias@wileyrein.com <br> jfrazee@wileyrein.com |

/s/ Harold E. Johnson
*Counsel for Shenandoah Valley
Juvenile Center Commission*