# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

**John Doe 4**

vs.

**Shenandoah Valley Juvenile Center Commission**

Action No: 5:17CV97
Date: 12/11/2018
Judge: Elizabeth K. Dillon
Court Reporter: M Butenschoen
Deputy Clerk: B. Davis

| Plaintiff Attorneys | Defendant Attorneys |
|---|---|
| Hannah Lieberman | Howard Johnson |
| Theodore Howard | Jason Botkins |
| Tiffany Yang | Melisa Michelsen |
| Mirela Missova | Meredith Haynes |

PROCEEDINGS:
Hearing held to inform counsel of upcoming rulings. The Court discusses how the Bench Trial will proceed.

Time in Court: 10:00AM – 10:15AM (15 min)