CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

12/13/2018

JULIA C. DUDLEY, CLERK
BY: S/J.Vasquez
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

JOHN DOE, by and through his next friend, )
NELSON LOPEZ, on behalf of himself and )
all persons similarly situated, )
)
       Plaintiffs, )
) Civil Action No. 5:17-cv-97
v. )
) By: Elizabeth K. Dillon
SHENANDOAH VALLEY JUVENILE ) United States District Judge
CENTER COMMISSION, )
)
       Defendant. )

## ORDER

For the reasons set forth in the accompanying memorandum opinion, it is hereby

ORDERED as follows:

1. Defendant's motion in limine to exclude the expert testimony of Paul Diver, Ph.D. (Dkt. No. 103) is GRANTED IN PART and DENIED IN PART;

2. Defendant's motion in limine to exclude the expert testimony of Andrea Weisman, Ph.D., (Dkt. No. 101) is GRANTED;

3. Defendant's motion in limine to exclude expert testimony of Gregory Lewis, Psy.D. (Dkt. No. 105) is GRANTED IN PART and DENIED IN PART;

4. Defendant's motion for sanctions (Dkt. No. 141) is DENIED; and

5. Defendant's motion in limine to exclude evidence of non-class members (Dkt. No. 131) is GRANTED IN PART and DENIED IN PART.

The clerk is directed to send a copy of this order and the memorandum opinion to all counsel of record.

Entered: December 13, 2018.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
United States District Judge