# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

**John Doe 4**

vs.

**Shenandoah Valley Juvenile Center Commission**

Action No: 5:17CV97
Date: 5/30/2019
Judge: Elizabeth K. Dillon
Court Reporter: S. Ferris
Deputy Clerk: B. Davis

<u>Plaintiff Attorneys</u>
Theordore A. Howard
Mirela Missova

<u>Defendant Attorneys</u>
Harold Johnson
Jason Botkins

PROCEEDINGS:
Hearing held as fairness hearing, for request of court approval for dismissal. Comments from Counsel. Additional briefing from Plaintiff due within 30 days. Reply by Defense due within 14 days after filing of briefing. The Court orders formal notice to Office of Refugee Resettlement. The Court continues the fairness hearing, and chambers will be in touch with counsel for a new date. Written order forthcoming.

Time in Court: 1:00p – 1:30p (30 min)