CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

6/14/2019

JULIA C. DUDLEY, CLERK
BY: s/ J. Vasquez
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| JOHN DOE 4, by and through his next friend, NELSON LOPEZ, on behalf of himself and all persons similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>SHENANDOAH VALLEY JUVENILE CENTER COMMISSION,<br><br>    Defendant. | Civil Action No. 5:17-cv-97<br><br>By: Elizabeth K. Dillon<br>    United States District Judge |

**ORDER**

In accordance with the court's March 19, 2019 order granting plaintiff's motion for issuance of class notice concerning voluntary dismissal of certain claims, the Notice to Class Members was provided to all Latino UACs in custody of the Office of Refugee Resettlement of the U.S. Department of Health and Human Services (ORR) and detained at Shenandoah Valley Juvenile Center Commission. On May 30, 2019, the court held a Fairness Hearing for the purpose of hearing any objections from the class members or their authorized representatives, as well as the arguments of counsel, on whether the voluntary dismissal of class claims proposed by plaintiffs should be permitted or rejected. During the Fairness Hearing, the court determined that the Notice to Class Members must also be provided to the ORR, as the custodian of the Latino UACs. Thus, the Fairness Hearing was continued in order to allow for notice to the ORR and to give counsel the opportunity to file additional briefing. The continued hearing is now scheduled for July 16, 2019, at 11:30 a.m., at the U.S. District Court in Harrisonburg, VA.

Accordingly, it is hereby ORDERED that plaintiffs' counsel shall transmit the Notice to Class Members, attached hereto as Exhibit A and incorporated herein by reference, along with a

copy of this Order, to the Office of Refugee Resettlement, care of Natasha David, Federal Field Specialist with the ORR, located at the Division of Unaccompanied Children Operations, 330 C. Street, SW, Suite 500, Washington, DC 20201.

Entered: June 14, 2019.

*/s/ Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge