# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

**John Doe 4**

vs.

**Shenandoah Valley Juvenile Center Commission**

Action No: 5:17CV97
Date: 7/16/2019
Judge: Elizabeth K. Dillon
Court Reporter: J. Meyer
Deputy Clerk: B. Davis

| Plaintiff Attorneys | Defendant Attorneys |
|---|---|
| Hannah Lieberman | Howard Johnson |
| Theodore Howard | Jason Botkins |

PROCEEDINGS:
Hearing held as a continued fairness hearing. Comments from the Court. Comments from Counsel. The Court approves the settlement of this matter. Counsel to prepare a draft order and submit it to the Court by 7/22/2019.

Time in Court: 11:32a – 11:40a (8 min)