IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

| | |
|---|---|
| JOHN DOE 4, by and through his next friend, NELSON LOPEZ, on behalf of himself and all persons similarly situated,<br><br>   *Plaintiffs,*<br><br>v.<br><br>SHENANDOAH VALLEY JUVENILE CENTER COMMISSION,<br><br>   *Defendant.* | Case No. 5:17-cv-00097-EKD/JCH<br>Judge Elizabeth K. Dillon |

ORDER

This matter comes before the Court for decision on the Consent Motion of Plaintiffs John Doe 4, *et al.*, to Modify the Scheduling Order currently in effect in this case, entered June 7, 2021 (ECF Dkt. No. 224). For the reasons set forth in the Consent Motion, the Court finds that good cause for the relief requested has been shown, and that the Motion therefore should be GRANTED.

Accordingly, the first two entries on the Scheduling Order entered June 7, 2021 are hereby modified as follows:

| | |
|---|---|
| PLAINTIFFS' DEADLINE TO FILE AN AMENDED COMPLAINT | July 23, 2021 |
| DEFENDANT'S DEADLINE TO RESPOND TO THE AMENDED COMPLAINT | August 13, 2021 |

In all other respects, the Scheduling Order entered June 7, 2021 remains unchanged and shall govern the further proceedings in this case accordingly.

SO ORDERED this 19th day of July 2021.

_____
The Hon. Joel C. Hoppe
United States Magistrate Judge