# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

December 6, 2021

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fourth Circuit
1100 East Main Street
Room 501
Richmond, VA  23219

    Re:  Shenandoah Valley Juvenile Center Commission
         v. John Doe 5, et al., By and Through Their Next Friend, Nelson Dolores Lopez, Individually and on Behalf of All Others Similarly Situated
         No. 21-48
         (Your No. 19-1910)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk