IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| JOHN DOE 5, JOHN DOE 6, and JOHN DOE 7, by and through their next friend, NELSON DELORES LOPEZ, on behalf of themselves and all persons similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>SHENANDOAH VALLEY JUVENILE CENTER COMMISSION,<br><br>Defendant. | Civil Action No. 5:17-cv-00097<br><br>By:  Elizabeth K. Dillon<br>      United States District Judge |

**ORDER**

Upon the agreement of the parties, the court ORDERS that this case is hereby is STAYED pending the disposition of defendant's motion to dismiss and until further order of the court. The trial of this case currently scheduled May 2–6, 2022, is continued until further order of the court.

Entered: February 9, 2022.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
United States District Judge