IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| JOHN DOE 5, JOHN DOE 6, and JOHN DOE 7, by and through their next friend, NELSON DELORES LOPEZ, on behalf of themselves and all persons similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>SHENANDOAH VALLEY JUVENILE CENTER COMMISSION,<br><br>Defendant. | Civil Action No. 5:17-cv-00097<br><br>By:  Elizabeth K. Dillon<br>     United States District Judge |

**ORDER DENYING MOTION TO DISMISS**

For the reasons stated in the accompanying memorandum opinion, it is HEREBY ORDERED that:

1. Defendant's motion to dismiss for failure to state a claim (Dkt. No. 229) is DENIED;

2. Defendant's motion to dismiss for lack of subject matter jurisdiction (Dkt. No. 229) is TAKEN UNDER ADVISEMENT pending an evidentiary hearing; and

3. The parties are directed to contact the court to schedule a telephone status conference and an evidentiary hearing on the issue of Nelson Delores Lopez's status as next friend.

The clerk of court is directed to transmit a copy of this order and the accompanying memorandum opinion to all counsel of record.

Entered: September 26, 2022.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
United States District Judge