IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

| | |
|---|---|
| JOHN DOE 5, JOHN DOE 6, and JOHN DOE 7, by and through their next friend, NELSON LOPEZ, on behalf of themselves and all persons similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>**SHENANDOAH VALLEY JUVENILE CENTER COMMISSION**,<br><br>*Defendant.* | **CIVIL ACTION**<br><br><br>Case No.: 5:17-cv-00097-EKD<br><br><br>Honorable Elizabeth K. Dillon |

## CONSENT MOTION TO DISMISS

Defendant Shenandoah Valley Juvenile Center Commission, by counsel, respectfully moves for the entry of an Order dismissing this case for lack of subject-matter jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1).  Plaintiffs have consented to this Motion and to a ruling without a hearing.  Defendant respectfully requests that the Court enter an Order granting its motion for the reasons and on the bases set forth in Defendant's supporting Brief filed contemporaneously herewith.

DATED:  April 26, 2023

Respectfully submitted,
SHENANDOAH VALLEY JUVENILE
CENTER COMMISSION
*By Counsel*

By: /s/ *Jason A. Botkins*
Jason A. Botkins (VSB No. 70823)
Melisa G. Michelsen (VSB No. 40001)
Daniel P. Rose (VSB No. 93736)
410 Neff Avenue
Harrisonburg, Virginia 22801-3434
Telephone: (540) 434-5353
Facsimile: (540) 434-6069
jason.botkins@littensipe.com
melisa.michelsen@littensipe.com
daniel.rose@littensipe.com

Harold E. Johnson (VSB No. 65591)
Williams Mullen
200 South 10th Street
Richmond, Virginia 23219
Telephone: (804) 420-6000
Facsimile: (804) 420-6507
hjohnson@williamsmullen.com

*Counsel for Defendant Shenandoah Valley Juvenile Center Commission*

## CERTIFICATE

I certify that on the 26th day of April, 2023, I electronically filed the forgoing Consent Motion to Dismiss with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

| | |
|---|---|
| Mirela Missova (*pro hac vice*) | Theodore A. Howard (*pro hac vice*) |
| Marja Plater (*pro hac vice*) | Benjamin C. Eggert |
| Washington Lawyers Committee | Wiley Rein LLP |
| for Civil Rights and Urban Affairs | 2050 M Street, NW |
| 700 14th Street NW, Suite 400 | Washington, D.C. 20036 |
| Washington, D.C. 20005 | Telephone: (202) 719-7120 |
| Telephone: (202) 319-1000 | Facsimile: (202) 719-7049 |
| Facsimile: (202) 319-1010 | thoward@wiley.law |
| mirela_missova@washlaw.org | beggert@wiley.law |
| marja_plater@washlaw.org | |

*Attorneys for Plaintiffs John Doe 5, John Doe 6, and John Doe 7*

                                              /s/Jason A. Botkins
                                 *Counsel for Shenandoah Valley*
                                 *Juvenile Center Commission*