IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

| | |
|---|---|
| JOHN DOE 5, JOHN DOE 6, and JOHN DOE 7, by and through their next friend, NELSON LOPEZ, on behalf of themselves and all persons similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>SHENANDOAH VALLEY JUVENILE CENTER COMMISSION,<br><br>*Defendant.* | CIVIL ACTION<br><br>Case No.: 5:17-cv-00097-EKD<br><br>Honorable Elizabeth K. Dillon |

**ORDER**

This matter is before the Court for decision on Defendant's Consent Motion to Dismiss this case for lack of subject-matter jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1).

Upon consideration of Defendant's Consent Motion and Brief in Support, the Court hereby ORDERS that:

1. Defendant's Consent Motion to Dismiss is GRANTED.

2. This case is hereby dismissed without prejudice.

3. Each party shall bear their own costs and attorneys' fees.

Entered: April 26, 2023.

/s/ *Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge